**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WEARNE DIGITAL PTE LTD,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER INC.,<br><br>Defendant. | Civil Action No. 1:26-cv-8691<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Wearne Digital Pte Ltd ("Wearne Digital" or "Plaintiff") files this Complaint for Patent Infringement against Defendant Pfizer Inc. ("Pfizer" or "Defendant"), alleging, based on its own knowledge as to itself and its own actions, and based on information and belief as to all other matters, as follows:

## NATURE OF THE ACTION

1. This is a patent infringement action to stop Pfizer's infringement of U.S. Patent No. 11,456,067 (the "Asserted Patent" or the "'067 patent"; attached hereto as **Exhibit 1**), issued by the United States Patent and Trademark Office ("USPTO").

2. Wearne Digital seeks injunctive relief and monetary damages.

## PARTIES

3. Wearne Digital repeats and re-alleges the allegations in the Paragraphs above as though set forth in their entirety.

4. Plaintiff Wearne Digital is a private company organized under the laws of Singapore, and it has been registered to do business since August 29, 2022. Wearne Digital's registered place of business is at 531A Upper Cross Street, #03-100, Hong Lim Complex,

Singapore (051531).

5. Wearne Digital is the assignee of the Asserted Patent, with all rights to recover for all past, present, and future infringement, including past damages.

6. On information and belief, Defendant Pfizer is a corporation organized under the laws of the State of Delaware.

## JURISDICTION AND VENUE

7. Wearne Digital repeats and re-alleges the allegations in the Paragraphs above as though set forth in their entirety.

8. This is an action for infringement of a United States patent arising under 35 U.S.C. §§ 271, 281, and 284-85, among others. This Court has subject matter jurisdiction of the action under 28 U.S.C. §§ 1331 and 1338(a).

9. Defendant is subject to this Court's personal jurisdiction consistent with the principles of due process and the New York Long Arm Statute. NY CPLR § 302 (2025), *et. seq.*

10. On information and belief, jurisdiction and venue for this action are proper in this District.

11. This Court has personal jurisdiction over Defendant because Defendant, directly or through intermediaries, has committed acts within this District giving rise to this action and/or has established minimum contacts with this District such that the exercise of jurisdiction would not offend traditional notions of fair play and substantial justice. In particular, Defendant (i) maintains a regular and established place of business in the State of New York and this judicial district; (ii) has purposefully availed itself of the rights and benefits of the laws of the State of New York and this judicial district; (iii) has done and is doing substantial business in the State of New York and this judicial district, both generally and, on information and belief, with respect to the accused

operations described below; (iv) has derived and is deriving substantial revenues from the accused operations described below, which occur in the State of New York and this judicial district; and/or (v) maintains continuous and systematic contacts in the State of New York and this judicial district.

12. Defendant maintains a regular and established place of business—in fact, its global headquarters—at The Spiral, 66 Hudson Boulevard East, New York, NY 10001, which is within this judicial district. *See* 28 U.S.C. § 112(b). On information and belief, Pfizer conducts activities from its headquarters in managing the accused operations described below.

13. Defendant also maintains a regular and established place of business in this judicial district at 401 N Middletown Road, Pearl River, NY 10965, which is in Rockland County, New York. *See* 28 U.S.C. § 112(b). The Pearl River location is the primary research and development center housing activities relating to Defendant's collaboration with BioNTech, including the mRNA-based COVID-19 vaccine distributed in the Accused Products (defined below). *See* Pfizer, "Pearl River, NY Site Statistics," *available at* www.pfizer.com/pearl-river-new-york (last visited Oct. 1, 2026).

14. On information and belief, Defendant has distributed its mRNA-based COVID-19 vaccine to medical providers in this judicial district using the Accused Products. *See, e.g.*, Letter from New York City Department of Health and Mental Hygiene (Sept. 11, 2023), *available at* https://www.nyc.gov/assets/doh/downloads/pdf/covid/providers/updated-covid-19-vaccine-available-091123.pdf (last visited Oct. 1, 2026); Modern Healthcare, "New York City to receive 72,000 doses of Pfizer COVID vaccine in initial shipment" (Dec. 9, 2020), *available at* https://www.modernhealthcare.com/safety-quality/new-york-city-receive-72000-doses-pfizer-covid-vaccine-initial-shipment (last visited Oct. 1, 2026).

15. Venue is proper in this District under 28 U.S.C. § 1400(b) because Defendant has

committed maintains regular and established places of business in this judicial district, including its global headquarters identified above, and, on information and belief, has committed acts of infringement in this judicial district by performing steps of the accused method in connection with its vaccine distribution operations. The accused domestic operations are described in the Complaint below.

**THE DEVELOPMENT OF THE PATENTED THERAPEUTIC PLATFORM**

16. Wearne Digital repeats and re-alleges the allegations in the Paragraphs above as though fully set forth in their entirety.

17. The family of Wearne Digital's founder and principal, David Wearne, had business interests in Australia and Singapore related to the early research and development of radio frequency identification ("RFID"), artificial intelligence ("AI"), and various other innovative technologies since as early as the late 1980s. Mr. Wearne thus had early exposure to these technologies, as well as to practical business matters, including the application, combination, or merging of technologies, technological adoption, and change management.

18. In September 2001, Mr. Wearne joined Harm Reduction Services Pty Ltd ("HRS"), an Australian private company incorporated in 1999, as a director. At that time, HRS was restructured to reflect the joint venture between Mr. Wearne and one of the other directors of HRS. On or about December 5, 2003, HRS became Caretech Services Pty Ltd ("Caretech").

19. At the time HRS was restructured in 2001, Australia was continuing to struggle with the management of various State-based "safe syringe programs," which had begun some years before as the Australian Federal government's crisis response to the imminent threat of a potential HIV/AIDS epidemic in Australia.[1]

1 Safe Syringe Programs are community-based programs that help to reduce the incidence of infectious diseases (such as HIV/AIDS) and other complications of injection drug use by providing free access to sterile syringes,

20. In furtherance of that purpose, Caretech developed two STERAFIT products addressing both the provision of sterile injecting equipment and the safe disposal of that equipment. The first product was the STERAFIT Single, which consisted of an individual 1 mL needle and syringe with a specifically designed plastic tube that, if used correctly, would render the needle inoperable and securely contain the used needle and syringe for safe transport and disposal. *See* **Exhibit 3** (Bluelight Website) at 2; **Exhibit 4** (HRS 2001 Letter) at 1. The device could also serve as packaging for distribution. **Ex. 4** (HRS 2001 Letter) at 2.

21. The second product, the STERAFIT kit, was a sterile injecting kit and included needles, syringes, alcohol swabs, water ampoules, filters, and mixing receptacles. *See* **Ex. 3** (Bluelight Website) at 2; **Ex. 4** (HRS 2001 Letter) at 1.

22. STERAFIT products were regulated under a specially granted Western Australian Government "dispensation," or license, that enabled the participation of retail pharmacies and pharmaceutical wholesalers. STERAFIT kits were also TGA-approved.[2]

23. To enable this business model, Caretech independently managed or oversaw many critical aspects of the production and supply chain.

24. The safe syringe program in Western Australia was very successful, and more than 20 million units of STERAFIT products were manufactured and sold. Nonetheless, there were a number of drug-related and supply-related incidents in Western Australia—particularly in the city of Kalgoorlie—that highlighted certain problems with the production and supply chain of pharmaceuticals and medical technology.

disposing of used injection equipment, testing and vaccinating for infectious diseases, and providing resources for treatment of infectious diseases and substance use disorder. *See* U.S. CENTERS FOR DISEASE CONTROL AND PREVENTION, "Strengthening Syringe Services Programs (SSPs)" (Mar. 20, 2024), *available at* https://www.cdc.gov/hepatitis-syringe-services/php/about/.

[2] In Australia, the Therapeutic Goods Administration ("TGA") is the government's regulatory body responsible for evaluating, assessing, and monitoring the safety and quality of medicines, medical devices, and biologicals.

25. As a result, Mr. Wearne, who later became an active member of both the Medical Technology Association of Australia and APACMed Singapore, realized that location tracking and compliance verification capabilities of the then-current pharmaceutical and medical technology packaging were lacking.

26. Mr. Wearne subsequently developed other products in healthcare, including products that used RFID technology. This work led to the conceptualization of Safe Injection Packaging ("SIP") in 2017, which was later renamed the Strategic Intelligent Packaging System and used the same acronym.

27. The SIP System was structured around two process cycles. The first cycle provides an efficient and secure process through which a medical practitioner could administer a test or treatment to a patient and receive the corresponding results or report. The second cycle was a closed-loop process designed to enhance manufacturing sustainability by ensuring the disposal of hazardous materials, the return of recyclable materials to the manufacturer, and the reuse of recycled packaging in new SIP SmartPacks for delivery of subsequent tests or treatments. These two cycles are depicted below:




**Figure 1 – The SIP System**

28. The core of the SIP System was the SIP SmartPack, an innovative procedural pack that provides the healthcare worker with materials needed to conduct a specific medical procedure. This included both the required pharmacology as well as the materials required to administer the medication or procedure (*e.g.*, needle and syringes, swabs). The SIP SmartPacks could be used for prevention (*i.e.*, vaccines), treatments (*i.e.*, medication(s)), and diagnosis.

29. The SIP SmartPacks also included an onboard digital identifier used to identify and track the package. Among other things, the digital identifier helped ensure that the medication in the package was not counterfeit. It also monitored shipping conditions to ensure that the medication(s) had not been, for example, exposed to temperatures that would degrade efficacy of the medication. Mr. Wearne particularly saw the SmartPack's potential for revolutionizing cold chain logistical management and transportation of medications.

30. The other half of the SIP System was the SIP App for smartphones or tablets. The

SIP App had access to electronic health records, enabling it to assess five elements of safety, including, but not limited to, whether the medication was counterfeit and whether there had been a break in the cold-chain during shipment. The SIP App automatically updated inventory control records, among other things. This process solved a long-held need to make this process more accurate and efficient. It also permitted healthcare workers to spend more time focusing on patients rather than performing administrative tasks.

**PATENT PROTECTION OVER THE INNOVATIVE THERAPEUTIC PLATFORM**

31. Wearne Digital repeats and re-alleges the allegations in the Paragraphs above as though set forth in their entirety.

32. Mr. Wearne filed his first application for patent protection in Australia on February 15, 2018 (Australian Patent Application No. 2018900475).

33. Mr. Wearne filed an application under the Patent Cooperation Treaty ("PCT") on January 30, 2019 (PCT Application No. PCT/AU2019/050067). The PCT Application entered the national stage in the United States as U.S. Patent Application No. 16/969,323 (the "'323 Application") on August 12, 2020. The '323 Application issued as U.S. Patent No. 11,823,784 on November 21, 2023.

34. U.S. Application No. 17/198,524 was filed as a continuation of the '323 Application on March 11, 2021. It issued as the Asserted Patent (*i.e.*, the '067 patent) on September 27, 2022. *See* **Ex. 1** at 1.

35. The Asserted Patent concerns pharmaceutical logistics and medical technology platforms, including the packaging, transport, monitoring, verification, and administration of therapeutics. The claimed invention addresses longstanding technical deficiencies in conventional systems, including those used in cold chain distribution environments, such as those employed by

Defendant for its standard cold chain and its ultra-cold chain (used, for example, for its COMIRNATY vaccine, as discussed below).

36. Pharmaceutical distribution requires coordination among independent packaging, environmental monitoring, logistics platforms, and manufacturing operations, requiring data transfer between systems. The difficulty coordinating between different aspects of the vaccine distribution chain was well-known at the time the Australian patent application was filed. For example, in 2014, the World Health Organization ("WHO") Immunization Practices Advisory Committee ("IPAC") published "A Call-To-Action" entitled: "Immunization Supply Chain and Logistics: A Neglected But Essential System For National Immunization Programmes." **Exhibit 5** (WHO IPAC Call to Action). In 2014, "less than 25% of countries are operating at even a minimum standard within the criteria of maintenance, stock management and distribution. Furthermore, only 29% of countries are meeting minimum standards for temperature control." **Ex. 5** (WHO IPAC Call to Action) at 3. In 2018, the WHO estimated that "more than 50% of vaccines may be wasted globally every year because of temperature control, logistics, and shipment-related issues." **Exhibit 6** (Cracking the Cold Chain Challenge) at 2. Solutions offered at the time, however, focused on the flow of distribution, inventory management, timing of shipments, improved storage equipment at the manufacturing and delivery locations, improved training or guidelines for healthcare workers, and even the development of new vaccines that did not require constant refrigeration. *See, e.g.*, **Ex. 5** (WHO IPAC Call to Action) at 6-7; **Ex. 6** (Cracking the Cold Chain Challenge).

37. Unlike other solutions being offered at the time, the Asserted Patent addresses the difficulty coordinating between the different systems involved in pharmaceutical distribution through the communication of information from therapeutic procedural packs to a computer

system and the use of the processed information to control one or more steps of pack manufacture, including but not limited to vaccine manufacture, and geographic deployment. *See* **Ex. 1**. Real-time monitoring is now an important part of the vaccine supply chain. For example, according to Gartner in 2023, "96% of pharma supply chain leads say having real-time decision making is an essential capability, while only 7% believe they currently have real-time decision making as at least a partial capability." **Exhibit 7** (Controlant Insights) at 1-2.

38. In contrast, by at least the February 2018 priority date, the Asserted Patent's disclosure had already described a method for managing the use of portable therapeutic procedural packs containing a therapeutically effective item and an electronic communications device with a unique identification code through the transfer and real-time processing of information about the environment surrounding and including the packs, and the initiation of an automated control response. *See* **Ex. 1**, claim 9.

39. This claimed combination links information from physical therapeutic procedural packs to a response affecting their manufacture and deployment, not simply environmental monitoring in isolation. *See* **Ex. 1**, claim 9.

## BACKGROUND OF COLD CHAIN TECHNOLOGY

40. Wearne Digital repeats and re-alleges the allegations in the Paragraphs above as though fully set forth in their entirety.

41. "In general, vaccines need to be stored in cold temperature[,] therefore it is imperative to make use of the cold storage method." **Exhibit 8** (Vaccine cold chain management article) at 958; *see also id.* at 956 ("[C]old storage is essential because vaccines are substances that quickly change their properties and efficacy when stored at other temperatures."). The CDC explains: "A cold chain is a temperature-controlled supply chain that includes all vaccine-related

equipment and procedures." **Exhibit 9** (CDC Vaccine Storage Toolkit) at 5. This chain "begins with the cold storage unit at the manufacturing plant, extends to the transport and delivery of the vaccine and correct storage at the provider facility, and ends with administration of the vaccine to the patient." *Id*. The applicable temperature limits and storage periods depend on the particular product and presentation. *See id.* at 5. There are four types of cold chain: (a) the traditional cold chain, with a temperature range of 2° C to 8° C; (b) the frozen cold chain, with a temperature range of -20°C to -17°C; (c) the ultra-cold chain (*i.e.*, highly frozen), with a temperature range of -80° C to -70° C; and (d) the Extended Controlled Temperature Chain, with a temperature range of 2° C to 8° C during the initial stage and an allowance of up to 40° C for at least 3 days before use. **Ex. 8** (Vaccine cold chain management article) at 959 (Table 1).

42. Defendant, directly or through its subsidiaries, manufactures and distributes vaccines, pharmaceuticals, and other therapeutic products that require temperature-controlled storage and transportation throughout the supply chain, including, but not limited to, antibody-drug conjugates ("ADCs"), monoclonal antibodies, polyclonal antibodies, recombinant proteins, and COMIRNATY (BNT162).

43. ADCs are a class of highly potent biopharmaceuticals that combine the targeting specificity of monoclonal antibodies with the cytotoxic potency of small-molecule drugs. Defendant currently has at least five ADCs on the market: BESPONSA®, ADCETRIS®, MYLOTARG™, PADCEV®, and TIVDAK®. As of the fourth quarter of 2025, Defendant also had at least 19 further ADCs at various stages in its development pipeline. **Exhibit 10** (Pfizer Pipeline) at 9-13. The maintenance of a strict cold chain, typically between 2° C and 8° C, is essential to prevent physical and chemical degradation of ADCs.

44. Monoclonal antibodies are laboratory-produced, identical copies of a single

antibody that binds to exactly one specific site on a target antigen. Polyclonal antibodies, on the other hand, are a diverse mixture of antibodies produced by different immune cells that recognize multiple, different sites on the same target antigen. Defendant manufactures at least 10 monoclonal antibodies or polyclonal antibodies, including: ATGAM®; CUTAQUIG®; ELREXFIO™; HYMPAVZI™; INFLECTRA®; IXIFI™; North American Coral Snake Antivenin; RUXIENCE™; TRAZIMERA; and ZIRABEV. As of the fourth quarter of 2025, Defendant also had at least 19 further monoclonal antibodies or polyclonal antibodies at various stages in its development pipeline. **Ex. 10** (Pfizer Pipeline) at 5-15. As with ADCs, the maintenance of a strict cold chain, typically between 2° C and 8° C, is essential to prevent the chemical and physical degradation of monoclonal antibodies and polyclonal antibodies.

45. Recombinant proteins are manipulated, artificially engineered proteins produced by inserting a specific gene sequence into a host organism's DNA, forcing that organism's cellular machinery to manufacture the desired protein. Defendant manufactures at least 12 recombinant proteins, including: ABRYSVO™; BeneFIX®; ELELYSO™; GENOTROPIN®; NGENLA injection; NIVESTM™; NYVEPRIA™; PENBRAYA™; RETACRIT Injection; SOMAVERT®; Trumenba™, and XYNTHA®. As of the fourth quarter of 2025, Defendant also had at least three further recombinant proteins at various stages in its development pipeline. **Ex. 10** (Pfizer Pipeline) at 5-15. Maintaining a strict cold chain, again typically between 2° C and 8° C, is also essential to prevent the chemical and physical degradation of recombinant proteins, as well as to prevent adverse drug events in patients.

46. On information and belief, many of Defendant's other products also require cold chain distribution, including but not limited to: ELLENCE®; ERAXIS®; Gemcitabine; HEMABATE®; IDAMYCIN PFS®; Lorazepam; NEURONTIN® (oral solution); NIPENT™;

Pemetrexed Injection; PREPIDIL® Gel; Prevnar 13; Synercid; TICOVAC; TOPOTECAN; TORISEL; VFEND® I.V.; and VinCRIStime Sulfate.

47. COMIRNATY (BNT162) is a mRNA COVID-19 vaccine. Unlike the pharmaceutical products discussed above that require standard cold chain, COMIRNATY requires ultra-cold chain. Indeed, the U.S. Food and Drug Administration ("FDA") mandates the strict maintenance of -90°C to -60°C for the storage and distribution of COMIRNATY. **Exhibit 11** (CBER CMC BLA Review Memo) at 32.

48. The COVID-19 pandemic highlighted the logistical challenges of distributing temperature-sensitive vaccines at scale. DHL described delivering those vaccines in a timely manner as an "extraordinary challenge" that required an "equally ground-breaking approach to logistics." **Exhibit 12** (DHL Article) at 1-2. COMIRNATY is highly temperature-sensitive, requiring ultra-cold storage from manufacture until injection. **Exhibit 13** (Pfizer "Accelerating Digital Technology" Article) at 8. Ensuring that millions of doses could be delivered intact and potent was not just a matter of scaling up production; it necessitated unprecedented coordination and monitoring across the entire supply chain. *Id.* at 7-8, 10. In fact, describing its initial COVID-19 vaccine rollout, Defendant stated that "an ultracold supply chain at this scale simply did not exist anywhere in the world" and that "their distribution leads set out to build one from the ground up—at lightning speed." **Exhibit 13** (Pfizer "Accelerating Digital Technology" Article) at 8. Defendant's account also identifies digital tools that connect manufacturing and supply data with the monitoring of vaccine shipments. *Id.* at 4, 7, 10.

49. For COMIRNATY vials shipped at -90ºC to -60ºC, trayboxes containing the vials of the vaccine are transferred from ultra-low temperature ("ULT") freezers into validated ULT shipping containers. **Ex. 11** (CBER CMC BLA Review Memo) at 32; *see also* **Exhibit 14** (WHO

Training on Pfizer Vaccine) at 12. Describing Defendant's ULT shipper in 2021, DHL reported that "[t]he final product uses a combination of efficient thermal insulation and dry ice to keep the vaccines cold, while a flexible internal design allows a single box to hold between one and five trays, each tray containing 195 vials of vaccine, enough for more than 1,100 doses." **Ex. 12** (DHL Article) at 3.

50. Similarly, in a presentation first published in 2021 and last updated in 2024, the WHO has reported that trays (also called cartons) may hold 10 vials, 25 vials, or 195 vials. **Ex. 14** (WHO Training on Pfizer Vaccine) at 17. After the vials are placed in the appropriate carton, the cartons are placed in a single freezer case, which may contain between 48 and 72 cartons depending on the manufacturing location. *Id.* at 83. A single Medium (Reusable) Thermal Shipper (or Shipping Container) can contain one freezer case, while a Bulk Shipper (or Shipping Container) can contain up to eight freezer cases. *Id.* This is depicted in the images below:




**Figure 2 –Ex. 14 (WHO Training on Pfizer Vaccine) at 17**




**Figure 3 – Ex. 14 (WHO Training on Pfizer Vaccine) at 83**

51. Temperature monitoring devices are inserted and activated in the shipping containers. **Ex. 11** (CBER CMC BLA Review Memo) at 32. "Temperatures during shipment are verified to ensure that the product maintains -90°C to -60°C." *Id.* Defendant describes the temperature monitoring device as "a GPS-enabled data logger that measures temperature and location, allowing every single dose to be tracked along its delivery path." **Ex. 13** (Pfizer "Accelerating Digital Technology" Article) at 10. Defendant uses a "broader dashboard, a software platform that keeps tabs on the entire vaccine operation across the company," using in part the information collected from the data loggers inserted in each shipping container. *Id.* at 7. As Tanya Alcorn, then Defendant's Vice President of BioPharma Global Supply Chain, explained, Defendant uses this "'control tower' technology" to "'monitor[] the vaccine once it leaves our site until it gets into the hands of health care practitioners.'" *Id.* at 10. Specifically, "[d]ata from the trackers is transmitted wirelessly [through] mobile phone networks to a three-tiered system of 24/7 control towers, giving Pfizer and its logistics partners real-time, end-to-end visibility of the entire supply chain." **Ex. 12** (DHL Article) at 3.

52. DHL reports that the tracking system is "tightly integrated with Pfizer's other supply chain management systems, all the way back to its manufacturing plants." **Ex. 12** (DHL Article) at 3. Alcorn explained: "In collaboration with our technology provider and our logistics partners, we have developed playbooks that determine the actions we take in response to an alarm from any one of" the approximately 3,000 shippers then in transit. *Id.* at 4. DHL described the escalation process: "After an initial triage process at the first-tier control tower run by the technology provider, information from an alarm is forwarded either to relevant logistics provider's control tower, or to Pfizer's in-house control tower." *Id.* Alcorn further stated: "If a problem can't be fixed, as would be the case if there was a significant temperature deviation, real-time notification often allows Pfizer to take mitigating action before the issue affects the customer." *Id.* DHL described the typical response: the "problem shipment will be stopped in transit, then a replacement order is immediately dispatched from the appropriate Pfizer site." *Id.*

53. Depending on the type of shipping container used for the COMIRNATY vaccine, Defendant requires some or all of the ULT shipping package to be return to Defendant. For Single-Use Thermal Shipping Containers, Defendant instructs recipients to return the data logger and temperature-monitoring device and dispose of the container. *See, e.g.*, **Exhibit 15** (2023 Single-Use Shipping Container Guidelines) at 15; **Exhibit 16** (Return Instructions) at 1, 4-5. For Medium (Reusable) Thermal Shipping Containers, Pfizer directs: "Return BOTH the Temperature-Monitoring Device and thermal shipping container." **Ex. 16** (Return Instructions) at 1; *see also, e.g.*, *id.* at 2-3; **Ex. 14** (WHO Training on Pfizer Vaccine) at 87; **Exhibit 17** (25-Pack Shipping and Handling Guidelines) at 14; **Exhibit 18** (Temperature Monitor and Container Return Instructions) at 1; **Exhibit 19** (2021 Medium Thermal Shipping Container Guidelines) at 14; **Exhibit 20** (2022 Medium Thermal Shipping Container Guidelines) at 14. For example:

**Returning the manufacturer-supplied thermal shipper**

**Individual thermal shipper must be returned within 30 days after receipt.**

- The manufacturer-supplied thermal shipper should be returned via Pfizer's delivery agent.

**Considerations**

- Protect the thermal shipper and temperature data logger from damage.
- Do not include unused or expired vaccine when returning the thermal shippers
- The temperature data logger, dry ice pods, and empty payload container must also be returned.

**Figure 4 - Ex. 14 (WHO Training on Pfizer Vaccine) at 87 (returning the Medium (Reusable) Thermal Shipping Container)**

The type of thermal shipping container your vaccine order was shipped in determines what components require returning to the supplier after use. Returning these components is necessary to help Pfizer fulfill its commitment to reusable resources. If the thermal shipping container you received is labeled **Medium ULT** (or otherwise indicates **Do Not Discard)**, you must return both the Temperature-Monitoring Device and the thermal shipping container to the supplier. **For complete return instructions for Medium Thermal Shipping Containers, see pages 2-3 of this guide.**

If the thermal shipping container you received is labeled **Single Use ULT**, return only the Temperature-Monitoring Device to the supplier. The Single-Use Thermal Shipping Container should be disposed of at your facility. **For complete return instructions for Single-Use Thermal Shipping Containers, see pages 4-5 of this guide.**

**Figure 5 – Ex. 16 (Return Instructions) at 1**

54. PharmaSource describes the broader industry's response: "The COVID-19 pandemic dramatically accelerated investment in cold chain infrastructure and capabilities." **Exhibit 21** (Cold Chain Management) at 7. "The successful global distribution of billions of doses of mRNA vaccines requiring ultra-cold storage demonstrated both the critical importance and feasibility of large-scale cold chain operations." *Id.* "This experience catalyzed significant capacity expansion and technology adoption that continues to benefit the broader pharmaceutical cold chain sector." *Id.*

55. Defendant does not custom design shipping containers for each individual medication that requires standard cold chain (*i.e.*, 2º C – 8º C) (as compared to the ultra-cold chain). Instead, to satisfy FDA and Good Distribution Practice compliance, Defendant only needs to qualify a universal passive container system that is proven to maintain this exact range under extreme summer and winter transport profiles. Any vaccine, pharmaceutical, and other therapeutic

product the same standard cold chain storage and distribution mandate can then use that qualified shipping container. On information and belief, after the COVID-19 pandemic ended, Defendant expanded its use of data logger and temperature-monitoring devices that communicate information back to Defendant's "control tower technology," and such devices are now also used with shipping containers qualified for cold chain distribution. *See, e.g.,* **Exhibit 22** (Pfizer COVID-19 Vaccine Transport Procedure) at 2; **Exhibit 23** (Pfizer's Global Trade in Medicines) at 4.

56. Indeed, according to RFgen in an article that was updated in November 2025, Defendant's use of ultra-cold chain shipping solutions is "now being applied to a wider range of products, including gene therapies, oncology treatments, and other mRNA medicines." **Exhibit 24** (Pfizer Supply Chain Modernization) at 7. RFgen also noted that an "integral" part of "Pfizer's supply chain strategy" are digital technologies, including: (i) "Digital tool integration for real-time tracking of shipments while ensuring timely delivery and quality control with less than 0.1% production loss"; (ii) "High-quality data collection for supply chain analytics and predictive planning"; (iii) "Cold chain technology for safe delivery of medicines requiring cold and ultra-cold storage"; and (iv) "IoT devices integrated with cloud analytics platforms to ensure capture of environmental information, temperature, light levels, and more during shipment." *Id.* at 8.

## THE ACCUSED OPERATIONS

57. Wearne Digital repeats and re-alleges the allegations in the Paragraphs above as though fully set forth in their entirety.

58. The Asserted Patent claims methods of managing the use of portable therapeutic procedural platforms. It requires a therapeutic procedural platform (also referred to in the Asserted Patent as a therapeutic procedural pack) that consists of a therapeutically effective item and an embedded electronic communication device capable of sensing and transmitting the environment

surrounding and including each platform. The electronic communication device is capable of real-time communication with a computer system that, after processing the data, is capable of initiating an automated control response regarding manufacturing or geographical deployment. *See* **Ex. 1**.

59. Based upon public information, Defendant manages a system for the distribution of vaccines, pharmaceuticals, or other therapeutic products that require cold chain or ultra-cold chain (the "Accused Method"), which includes: (i) a cold chain shipping container or an ultra-cold chain shipping container; (ii) a GPS-enabled data logger and temperature monitoring device; and (iii) a connected computer system for monitoring and controlling manufacturing and distribution (collectively, the "Accused Instrumentalities"). The Accused Method is illustrated in **Exhibit 2.**

60. Based on public information, Defendant performs the Accused Method in connection with its domestic cold chain distribution of therapeutic products such as ADCs, monoclonal antibodies, polyclonal antibodies, and recombinant proteins. *See, e.g.*, **Ex. 22** (Pfizer COVID-19 Vaccine Transport Procedure) at 1-2; **Exhibit 25** (Pfizer GCC Press Release) at 3 (one of Defendant's three Global Command Centers is located in "Collegeville (USA)"); **Exhibit 26** (Pfizer American Pharmaceutical Innovation and Job Creation) at 2 (identifying Collegeville, Pennsylvania as a "major office location"). On information and belief, ADCs, monoclonal antibodies, polyclonal antibodies, and recombinant proteins are manufactured at Defendant's Andover, Massachusetts; McPherson, Kansas; or Pearl River, New York manufacturing facilities, and distributed through either the Memphis, Tennessee or Pleasant Prairie, Wisconsin distribution centers. **Ex. 26** (Pfizer American Pharmaceutical Innovation and Job Creation) at 2 (only two distribution centers were in Memphis and Pleasant Prairie; Andover manufactured biologics and vaccines; McPherson manufactured vaccines, biologics, biosimilars, and sterile injectables; Pearl River manufactured biologics).

61. Based on public information, Defendant also performs the Accused Method in connection with its domestic ultra-cold chain distribution of mRNA COVID-19 vaccines such as COMIRNATY. On information and belief, since at least in 2021, "Pfizer's Kalamazoo, Michigan, facility only produces vaccine doses for the United States market." **Exhibit 27** (Exploring COVID-19 Vaccine Supply Chains) at 21. Defendant's March 2023 COVID-19 Vaccine U.S. Manufacturing and Distribution Fact Sheet similarly states: "In the U.S., our distribution is direct from our manufacturing facility in Kalamazoo, Michigan and Pleasant Prairie, Wisconsin as well as from our partnering UPS' sites in Louisville, Kentucky and Columbus, Ohio to the point of use (POU)." **Exhibit 28** (COVID-19 Vaccine U.S. Manufacturing and Distribution Fact Sheet) at 2. The same page describes temperature-controlled thermal shippers using dry ice and "temperature and location tracking through a device." *Id.*

62. On information and belief, Defendant uses one or more shipping containers qualified for cold chain distribution for the domestic distribution of ADCs, monoclonal antibodies, polyclonal antibodies, recombinant proteins, and certain other drug products that require a strict cold chain.

63. Defendant's ultra-cold chain shipping containers are known either as Single-Use Thermal Shippers (or Shipping Containers), Medium (Reusable) Thermal Shippers (or Shipping Containers), or Bulk Shippers (or Shipping Containers). Exemplary ultra-cold chain shipping containers utilized by Defendant as part of its Accused Method include, but are not limited to: (i) certain Aerosafe shipping containers; (ii) certain Cold Chain Technologies ("CCT") shipping containers; (iii) certain Softbox shipping containers; and/or (iv) certain Sonoco shipping containers. *See, e.g.*, **Exhibit 29** (Pfizer Thermal Shipping Container Catalogue) at 1-2; **Ex. 27** (Exploring COVID-19 Vaccine Supply Chains) at 25; **Exhibit 30** (WA DOH COVID-19 Vaccine

Partner Newsletter) at 13. Examples of Defendant's ultra-cold chain shipping containers are depicted in Figure 3 above and Figures 5-15 below:

**Single-Use ULT Thermal Shippers**




**CCT**




**Sonoco**

**Please Note:** The above are for illustrative purposes and the product configuration may vary based on manufacturing location and/or market. Additional configurations may be available.

| Item | Description |
|---|---|
| A TEMPERATURE-MONITORING DEVICE | *The temperature-monitoring device could either be embedded in the foam lid or located in the foam compartment found on the box flap with the Return Kit (G)* |
| B FOAM LID | *Removable top foam lid that may include an embedded temperature-monitoring device* |
| C DRY ICE POD | *Holds the top layer of dry ice* |
| D VIAL CARTONS | *Each vial carton contains multiple dose vials and may appear different, depending on the size of your order* |
| E VIAL CARTON COMPARTMENT | *Area that holds the vial cartons within the Single-Use Thermal Shipping Container* |
| F THERMAL SHIPPING CONTAINER | *Outer box of the Single-Use Thermal Shipping Container* |
| G RETURN KIT FOR THE TEMPERATURE-MONITORING DEVICE | *Kit used to return the temperature-monitoring device* |

**Figure 5 – Ex. 29 (Pfizer Thermal Shipping Container Catalogue) at 2**




Figure 6 – Ex. 30 (WA DOH COVID-19 Vaccine Partner Newsletter) at 14




| Item | | Description |
|---|---|---|
| A | TEMPERATURE-MONITORING DEVICE | *The temperature-monitoring device will be embedded in the foam lid and may be concealed by a removable compartment cover* |
| B | COMPARTMENT COVER | *A removable cover that may sit atop the temperature-monitoring device to protect it from over-freezing* |
| C | FOAM LID | *Removable top foam lid that includes an embedded temperature-monitoring device* |
| D | DRY ICE POD | *Holds the top layer of dry ice* |
| E | VIAL CARTONS | *Each vial carton contains multiple dose vials and may appear different, depending on the size of your order* |
| F | VIAL CARTON COMPARTMENT | *Area that holds the vial cartons within the Single-Use Thermal Shipping Container* |
| G | THERMAL SHIPPING CONTAINER | *Outer box of the Single-Use Thermal Shipping Container* |
| H | RETURN KIT FOR THE TEMPERATURE-MONITORING DEVICE | *The temperature-monitoring device must be returned in the enclosed kit* |

Figure 7 – Ex. 15 (2023 Single-Use Shipping Container Guidelines) at 8-9 (example Single-Use Thermal Shipping Container)




**Figure 8 – Ex. 16 (Return Instructions) at 4 (example Single-Use Thermal Shipping Container)**

**Medium ULT Thermal Shippers**




| Item | Description |
|---|---|
| (A) DRY ICE POD | *Holds the top layer of dry ice* |
| (B) VIAL CARTONS | *Each vial carton contains multiple dose vials and may appear different or include additional packaging, depending on the size of your order. Additional packaging configurations could include: (i) a colored bag, (ii) a plastic corrugated box, or (iii) 1-5 individual 195-pack cartons, which look like small pizza boxes.* |
| (C) VIAL CARTON COMPARTMENT | *Fixed compartment within the thermal shipping container that holds the vial cartons* |
| (D) FOAM LID | *Top foam lid that includes an embedded temperature-monitoring device and remains connected to the box* |
| (E) THERMAL SHIPPING CONTAINER | *Outer box of the thermal shipping container* |




**Please Note:** The above are for illustrative purposes and the product configuration may vary based on manufacturing location and/or market. Additional configurations may be available.

**Figure 9 – Ex. 29 (Pfizer Thermal Shipping Container Catalogue) at 1**

## CONTENTS AND PACKAGING

There are two types of thermal shipping containers: a Softbox thermal shipping container and an AeroSafe thermal shipping container. Their outer appearance is different, but their components are very similar. **Do not discard the original thermal shipping container or any of its components.**

**Softbox**




| Item | Description |
|---|---|
| A DRY ICE POD | *Holds the top layer of dry ice* |
| B X-DIVIDER | *Cardboard X-divider placed on top of the bagged vial cartons to ensure the bagged vial cartons stay in place* |
| C VIAL CARTONS* IN BAG | *Each carton contains 25 multiple dose vials* |
| D FOAM LID | *Top foam lid that includes an embedded temperature-monitoring device and remains connected to the box* |
| E BOX THAT HOLDS THE VIAL CARTONS | *Box within the thermal shipping container that includes the vial cartons. This box should not be removed. The 25-pack cartons are placed into a bag before being placed into the box* |
| F THERMAL SHIPPING CONTAINER | *Outer box of the thermal shipping container* |

*There are scenarios where you could receive more than the depicted amount.

**Figure 10 – Ex. 17 (25-Pack Shipping and Handling Guidelines) at 8**

**AeroSafe**




| Item | Description |
| --- | --- |
| A DRY ICE POD | *Holds the top layer of dry ice* |
| B X-DIVIDER | *Cardboard X-divider placed on top of the bagged vial cartons to ensure the bagged vial cartons stay in place* |
| C VIAL CARTONS* IN BAG | *Each carton contains 25 multiple dose vials* |
| D FOAM LID | *Top foam lid that includes an embedded temperature-monitoring device and remains connected to the box* |
| E ALUMINUM INNER LINING | *Structure that holds the vial cartons in place, is integrated into the thermal shipping container. The 25-pack cartons are placed into a bag before being placed into the aluminum inner lining* |
| F THERMAL SHIPPING CONTAINER | *Outer box of the thermal shipping container* |

*There are scenarios where you could receive more than the depicted amount.

**Figure 11 – Ex. 17 (25-Pack Shipping and Handling Guidelines) at 9**




**Figure 12 – Exhibit 31 (LA DOH COVID-19 Vaccine Storage & Handling) at 15-16**




**Figure 13 - Ex. 14 (WHO Training on Pfizer Vaccine) at 84 (examples of Medium (Reusable) Thermal Shipping Container)**




| Components of the thermal shipping container used for vaccine delivery | | | | |
|---|---|---|---|---|
| A | B | C | D | E |
| Dry ice pod | Vial carton | Traybox compartment | Foam lid | Thermal shipping container |
| Removable container for top layer of dry ice | Cartons containing vaccine vials (secondary packaging) | Fixed inner container that holds the vial trayboxes or cartons | Foam cover with TMD connected to the thermal shipping container | Outer carton of the thermal shipping container |

**Figure 14 - Ex. 14 (WHO Training on Pfizer Vaccine) at 85 (examples of Medium (Reusable) Thermal Shipping Containers; "TMD" stands for temperature monitoring device)**




| Item | Description |
| --- | --- |
| A DRY ICE POD | Holds the top layer of dry ice |
| B VIAL CARTONS | Each vial carton contains multiple dose vials and may appear different or include additional packaging, depending on the size of your order |
| C VIAL CARTON COMPARTMENT | Fixed compartment within the thermal shipping container that holds the vial cartons |
| D FOAM LID | Top foam lid that includes an embedded temperature-monitoring device and remains connected to the box |
| E THERMAL SHIPPING CONTAINER | Outer box of the thermal shipping container |

**Figure 15 – Ex. 19 (2021 Medium Thermal Shipping Container Guidelines) at 8-9 (illustrative example); Ex. 20 (2022 Medium Thermal Shipping Container Guidelines) at 8-9 (same)**

64. The GPS-enabled data logger and temperature monitoring device included in the shipping containers continuously measure environmental conditions, including temperature and location, and transmit that data to central monitoring systems. *See, e.g.,* **Ex. 12** (DHL Article) at 3; **Ex. 13** (Pfizer "Accelerating Digital Technology" Article) at 7, 10; **Ex. 14** (WHO Training on Pfizer Vaccine) at 82, 95-96. Exemplary GPS-enabled data logger and temperature monitoring devices utilized by Defendant as part of its Accused Method include, but are not limited to certain Controlant data loggers, such as the CO 10.01 and Saga Models, and certain Sensitech temperature monitors. *See, e.g.,* **Ex. 14** (WHO Training on Pfizer Vaccine) at 95-96 (Controlant Logger 10.01 and Controlant SAGA Logger models); **Ex. 23** (Pfizer's Global Trade in Medicines) at 26 ("Pfizer uses two types of temperature trackers from Controlant and Sensitech."); **Exhibit 32** (VT DOH Immunization Provider Update) at 21 ("Starting this week, Pfizer vaccine shippers will begin transitions to an updated data logger from *Controlant*."). Examples of these GPS-enabled data logger and temperature monitoring devices are depicted in Figures 16-14 below:

## Temperature & Location Tracking During Transportation

- Each thermal shipper has reusable GPS enabled temperature monitoring device (TMD), which is activated when a shipper is packed.
- Manufacturer tracks all shipments via onboard GPS monitoring device to ensure end-to-end distribution within required temperatures.
- Each thermal shipper only includes one device, either (1) Controlant SAGA Logger or (2) Controlant Logger 10.01.
- Quality report from a "Controlant" unit will be provided within 1-3 hours of pushing the data logger's STOP button.
- Processing times may vary based on the pending verification of emails and digital connectivity in each country.

**Temperature Monitoring Devices**




Controlant Logger 10.01

Controlant SAGA Logger

**This printed information will appear in all thermal shippers that contain SAGA loggers**




**Figure 16 - Ex. 14 (WHO Training on Pfizer Vaccine) at 95**

## Comparison of the two models of Controlant data logger

| | Controlant Logger 10.01  | Controlant SAGA Logger*  |
|---|---|---|
| **Logger Type** | Real Time Monitoring | Real Time Monitoring |
| **Temperature Display** | Not Available | E-ink Display<br>Last registered temperature and min/max temperature during shipment |
| **Status Indicators** | Red/Green Indicator | Interactive E-ink Display |
| **Battery Information** | Lithium Ion<br>10-100 day based on cloud reporting interval | NiMH Battery<br>Not Dangerous Goods<br>The SAGA Logger operates on a single charge from 10 to 110 days based on cloud reporting interval |
| **Battery Status** | Red/Green Indicator | Live Display on E-ink Screen |
| **Logger Activation** | Press and hold 'Start' for 5 seconds | Press and hold 'Start' for 5 seconds |
| **Logger Size** | 20mm (Width) x 61mm (Height) x 91mm (Length) | 25mm (Width) x 61mm (Height) x 98mm (Length) |

**Key Improvements on SAGA logger:**

- Enhanced location accuracy with WiFi
- Utilizes 4G cellular network
- Interactive E-ink display
- 150 days of backup storage when no cloud available
- Longer battery life
- Improved data transmission capability

*For more information, access to training videos and user manual: https://in.controlant.com/how-to-use-the-new-saga-loggers

**Figure 17 - Ex. 14 (WHO Training on Pfizer Vaccine) at 96**




**Figure 18 – Ex. 32 (VT DOH Immunization Provider Update) at 21**

| Softbox Shipper | AeroSafe Shipper | |
|---|---|---|
|  |  | When opening, you will see a temperature-monitoring device embedded in the foam lid. |
|  |  | Upon receipt, press and hold the stop button for 5 seconds. Sites are responsible for continuing to monitor the product storage temperature. |

**Figure 19 – Ex. 31 (LA DOH COVID-19 Vaccine Storage & Handling) at 16**

65. Defendant's control tower and its partners' monitoring systems receive real-time data regarding, among other things, the temperature within the shipping container and the shipping container's GPS coordinates during transit, thereby supporting the alarm, escalation, and shipment responses described above. *See, e.g.*, **Ex. 12** (DHL Article) at 3-4; **Ex. 13** (Pfizer "Accelerating Digital Technology" Article) at 10-12; **Ex. 14** (WHO Training on Pfizer Vaccine) at 95-96; **Ex. 24** (Pfizer Supply Chain Modernization) at 8; **Ex. 25** (Pfizer GCC Press Release) at 2-3; **Ex. 28** (COVID-19 Vaccine U.S. Manufacturing and Distribution Fact Sheet) at 2. Defendant separately

describes its digital "cockpit" as providing "a shared view of end-to-end manufacturing and supply data." **Ex. 13** (Pfizer "Accelerating Digital Technology" Article) at 4. Its broader digital dashboard "serves as a single source of truth for all operational metrics related to vaccine production, testing, and distribution." *Id.* at 7. These statements, together with DHL's description that "the real-time tracking system . . . is tightly integrated with Pfizer's other supply chain management systems, all the way back to its manufacturing plants," inform Wearne Digital's allegations concerning the connected systems. **Ex. 12** (DHL Article) at 3.

66. Public materials dated after the issuance of the Asserted Patent also describe Defendant's continued use of real-time shipment information. According to Tomas Fant, Defendant's then-Head of Temperature Controlled Logistics Projects: "So having that real-time control meant that you could actually be looking over your supply chain in real time and taking those actions or interventions." **Ex. 7** (Controlant Insights) at 5. Other 2023 documents from Defendant also separately document monitored domestic cold-chain and/or ultra-cold chain distribution. *See* **Ex. 15** (2023 Single-Use Shipping Container Guidelines) at 8-11; **Ex. 28** (COVID-19 Vaccine U.S. Manufacturing and Distribution Fact Sheet) at 2.

**COUNT I: DIRECT INFRINGEMENT OF U.S. PATENT NO. 11,456,067**

67. Wearne Digital repeats and re-alleges the allegations in the Paragraphs above as though fully set forth in their entirety.

64. Wearne Digital is the assignee of the Asserted Patent with all substantial rights and interest in and to the Asserted Patent, including the sole and exclusive right to prosecute this action and enforce the Asserted Patent against infringers and to collect damages for all relevant times.

65. Wearne Digital or its predecessors-in-interest have satisfied all statutory obligations required to collect pre-filing damages for the full period allowed by law for infringement of the

Asserted Patent.

66. The written description of the Asserted Patent describes in technical detail each limitation of the claims, allowing a skilled artisan to understand the scope of the claims and how the non-conventional and non-generic combination of claim limitations is patently distinct from and improved upon what may have been considered conventional or generic in the art at the priority date. The Asserted Patent also identifies and circumscribes all information necessary for a skilled artisan to perform each limitation in the claims in light of that which was known in the art at the priority date.

67. Defendant has infringed and continues to directly infringe at least claim 9 of the '067 Patent, pursuant to 35 U.S.C. § 271(a), literally or under the doctrine of equivalents through performance of the Accused Method and through its making, using, selling, offering for sale, providing, supplying, distributing, and/or importing into the United States of the Accused Instrumentalities. For example, Defendant's infringement of claim 9 of the Asserted Patent is shown in the preliminary claim chart attached as **Exhibit 2** hereto, which is incorporated by reference herein.

68. The Accused Method is a method for managing the use of portable therapeutic platforms for a therapeutic procedure, comprising the steps of: (a) providing a plurality of therapeutic procedural packs, each therapeutic procedural pack comprising a therapeutically effective item required to conduct the therapeutic procedure and an electronic communications device having a unique identification code for receiving and transmitting information about an environment surrounding and including each platform; (b) transferring information about the environment surrounding and including each therapeutic procedural pack between the electronic communications device of each therapeutic procedural and a computer system including a

processor which processes said information in real time; (c) initiating an automated control response to, when processed, said information transferred from said plurality of therapeutic procedural packs wherein said electronic information device of each therapeutic procedural pack communicates with the computer system so that information is communicated between each therapeutic procedural pack and the processor of the computer system; and wherein said processed information enables control over manufacture of therapeutic procedural packs and deployment of therapeutic procedural packs to different geographic segments; and wherein said computer system is configured to initiate said automated control response by modifying a step in a therapeutic procedural pack manufacturing process so that said therapeutic procedural packs include determined therapeutically effective items.

69. Wearne Digital has been damaged as a result of the infringing conduct by Defendant alleged above. Thus, Defendant is liable to Wearne Digital in an amount that compensates it for such infringement, which by law cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

68. Wearne Digital has suffered and continues to suffer irreparable harm, through its loss of market share, goodwill, and reputation as an innovator. Defendant's actions have also interfered with and will continue to interfere with Wearne Digital's right to exclude others from using its patented invention and its ability to license and commercialize its technology. Wearne Digital has and will continue to suffer this harm by virtue of Defendant's infringement of one or more claims of the Asserted Patent, and monetary relief alone is not an adequate remedy for this harm. Wearne Digital seeks a permanent injunction upon a showing of irreparable injury, inadequacy of remedies at law, a balance of hardships favoring equitable relief, and consistency with the public interest. Any requested injunction should be tailored to proven infringement and

to account for continuity of access to vaccines and other therapeutics.

## JURY DEMAND

69. Wearne Digital hereby requests a trial by jury on all issues so triable by right.

## PRAYER FOR RELIEF

70. WHEREFORE, Wearne Digital requests that the Court find in its favor and against Defendant, and that the Court grant Wearne Digital the following relief:

a. Judgment that Defendant has infringed, literally or under the doctrine of equivalents, one or more claims of the Asserted Patent;

b. A permanent injunction against further infringement by Defendant and its officers, agents, servants, employees, attorneys, and other persons in active concert or participation with Defendant who receive actual notice of the injunction, or, alternatively, an award of a reasonable ongoing royalty for adjudicated infringement of the Asserted Patent continuing after judgment;

c. An award of damages pursuant to 35 U.S.C. § 284 in an amount sufficient to compensate Wearne Digital for the harm caused by Defendant's infringement, not less than a reasonable royalty;

d. Pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein;

e. An order for an accounting of damages from Defendant's infringement during the period covered by the evidence presented at trial;

f. An order for an accounting of damages, and an award of supplemental damages for, any infringement occurring after the period covered by the evidence presented at trial through entry of judgment;

g. That this Court declare this an exceptional case and award Wearne Digital its reasonable attorneys' fees and costs in accordance with 35 U.S.C. § 285; and

h. All other and further relief as the Court may deem just and proper under the circumstances.

Dated: October 1, 2026

Respectfully submitted,

By: */s/ Kristin M. Whidby*

Francisco A. Villegas (Bar No. 4978409)
Damir Cefo (Bar No. 3997566)
Kristin M. Whidby (Bar No. 4661708)
**VILLEGAS & CEFO, LLP**
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
Telephone: (646) 844-0679
Email: fvillegas@villegascefo.com
Email: dcefo@villegascefo.com
Email: kwhidby@villegascefo.com

***Attorneys for Plaintiff WEARNE DIGITAL PTE LTD***

**List of Exhibits**

1. U.S. Patent No. 11,456,067 ("Asserted Patent" or "'067 patent")

2. Preliminary Claim Chart of Infringement of Claim 9 of the '067 Patent

3. Bluelight, "New Australian needle eliminates risk of injury," Aug. 14, 2001, *available at* https://www.bluelight.org/community/threads/new-australian-needle-eliminates-risk-of-injury.35690/ ("Bluelight Website")

4. Letter from Harm Reduction Services Pty Ltd to Needle Stick Action Group, Aug. 27, 2001, *available at* https://www.parliament.qld.gov.au/Work-of-the-Assembly/Tabled-Papers/docs/5001T1224/5001t1224.pdf ("HRS 2001 Letter")

5. World Health Organization, A Call-To-Action for National Programmes and the Global Community by the WHO Immunization Practices Advisory Committee, "Immunization Supply Chain and Logistics: A Neglected But Essential System for National Immunization Programmes," March 2014, *available at* https://iris.who.int/server/api/core/bitstreams/a47fbe09-1efd-448c-8edf-2dd7bd170904/content ("WHO IPAC Call to Action")

6. The Conversation, "Cracking the cold chain challenge is key to making vaccines ubiquitous," July 15, 2018, *available at* https://theconversation.com/cracking-the-cold-chain-challenge-is-key-to-making-vaccines-ubiquitous-99329 ("Cracking the Cold Chain Challenge")

7. Controlant, "The value of automation and real time visibility for pharma supply chains: Key takeaways from LogiPharma EU 2023," May 23, 2023, *available at* https://www.controlant.com/insights/the-value-of-automation-and-real-time-visibility-for-pharma-supply-chains ("Controlant Insights")

8. Pambudi et al., "Vaccine cold chain management and cold storage technology to address the challenges of vaccination programs," 8 Energy Reports 955 (2022), *available at* https://pmc.ncbi.nlm.nih.gov/articles/PMC8706030 ("Vaccine cold chain management article")

9. U.S. Centers for Disease Control and Prevention, "Vaccine Storage and Handling Toolkit," Mar. 29, 2024, *available at* https://www.cdc.gov/vaccines/hcp/downloads/storage-handling-toolkit.pdf ("CDC Vaccine Storage Toolkit")

10. Pfizer, "Pfizer Pipeline," Feb. 3, 2026, *available at* https://cdn.pfizer.com/pfizercom/product-pipeline/Q4%202025%20Pipeline%20Update_vFinal3.pdf?VersionId=XSLcQ04JnYn3Py.PPsUP_5lAboV.fDPh ("Pfizer Pipeline")

11. The Center for Biologics Evaluation and Research (CBER) Chemistry, Manufacturing, and Controls (CMC) BLA Review Memorandum for STN 125742/0, COMIRNATY (COVID-19 mRNA vaccine), Jan. 16, 2022, *available at* https://icandecide.org/wp-content/uploads/2023/11/120_Courtesy-Copy_BLA-125742-0_CBER-CMC-BLA-Review-Memo-COMIRNATY.pdf ("CBER CMC BLA Review Memo")

12. DHL, "Ingenious supply chain solutions for revolutionary vaccines," Aug. 2021, *available at* https://www.dhl.com/global-en/delivered/innovation/ingenious-supply-chain-solutions-for-revolutionary-vaccines.html ("DHL Article")

13. Pfizer, "Accelerating Digital Technology for the COVID-19 Vaccine Rollout," Mar. 2022, *available at* https://www.pfizer.com/news/behind-the-science/accelerating-digital-technology-covid-19-vaccine-rollout ("Pfizer 'Accelerating Digital Technology' Article")

14. World Health Organization, "Training on handling, storing and transporting Pfizer-BioNTech COVID-19 mRNA Vaccine – COMIRNATY®," Aug. 4, 2021 (last updated Feb. 15, 2024), *available at* https://www.who.int/publications/m/item/training-on-handling--storing-and-transporting-pfizer-biontech-covid-19-mrna-vaccine-comirnaty--(tozinameran) ("WHO Training on Pfizer Vaccine")

15. Pfizer-BioNTech, "Shipping and Handling Guidelines for the Single-Use Thermal Shipping Container," Feb. 28, 2023, *available at* https://webfiles.pfizer.com/single-use-thermal-shipping-container ("2023 Single-Use Shipping Container Guidelines")

16. Pfizer-BioNTech, "Return Instructions for Medium and Single-Use Thermal Shipping Containers," Oct. 2021, *available at* https://webfiles.pfizer.com/US-Return-Instructions ("Return Instructions")

17. Pfizer-BioNTech, "Shipping and Handling Guidelines for 25-Pack," May 19, 2021, *available at* https://web.archive.org/web/20220125003905/https://www.cvdvaccine-us.com/images/pdf/25-Pack%20Shipping%20and%20Handling%20Guidelines.pdf ("25-Pack Shipping and Handling Guidelines")

18. Pfizer-BioNTech, "Returning Real-Time Temperature Monitor and Thermal Shipping Container," June 16, 2021 (last recovered from Pfizer website by Wayback Machine on Mar. 12, 2022), *available at* https://web.archive.org/web/20220312011941/https://www.cvdvaccine-us.com/images/pdf/Return%20Instructions.pdf ("Temperature Monitor and Container Return Instructions")

19. Pfizer-BioNTech, "Shipping and Handling Guidelines for the Medium Thermal Shipping Container," Oct. 4, 2021 (last recovered from Pfizer website by Wayback Machine on July 7, 2022), *available at* https://web.archive.org/web/20220707164610/https://www.cvdvaccine-us.com/images/pdf/medium-shipping-container-brochure.pdf ("2021 Medium Thermal Shipping Container Guidelines")

20. Pfizer-BioNTech, "Shipping and Handling Guidelines for the Medium Thermal Shipping Container," Jan. 24, 2022 (last recovered from Pfizer website by Wayback Machine on Oct. 2, 2023), *available at* https://webfiles.pfizer.com/MediumULT_Print ("2022 Medium Thermal Shipping Container Guidelines")

21. PharmaSource, "Cold Chain Management: A Comprehensive Guide," *available at* https://pharmasource.global/content/guides/category-guide/cold-chain-management-a-comprehensive-guide/ (last visited Sept. 24, 2026) ("Cold Chain Management")

22. Center for Disease Control, "Pfizer-BioNTech COVID-19 Vaccine: Transporting Vaccine for Vaccination Clinics Held at Satellite, Temporary, or Off-Site Locations," Nov. 5, 2021, *available at* https://ldh.la.gov/assets/oph/Center-PHCH/Center-PH/immunizations/COVID-19_Provider_Toolkit/Pfizer-BioNTech/Pediatrics/Pfizer_TransportingVaccine.pdf ("Pfizer COVID-19 Vaccine Transport Procedure")

23. Import Globals, "Pfizer's Global Trade in Medicines: A 2025 Outlook," Oct. 10, 2025, *available at* https://www.importglobals.com/blog/pfizers-global-trade-in-medicines-a-2025-outlook ("Pfizer's Global Trade in Medicines")

24. Elias Schoelmann, "Pfizer Supply Chain Modernization Leading The Way In Healthcare," RF Gen, Feb. 29, 2024 (last updated Nov. 3, 2025), *available at* https://www.rfgen.com/blog/pfizer-supply-chain-modernization-leading-the-way-in-healthcare ("Pfizer Supply Chain Modernization")

25. Pfizer, "Pfizer establishes a global control center in Madrid to reduce delivery time for innovative medicines by up to 7 days," June 15, 2026, *available at* https://www.pfizer.es/noticias/noticias-2026/pfizer-establece-en-madrid-un-centro-de-control-global-para-reducir-hasta-7-d%C3%ADas-el-tiempo-de-entrega-de-medicamentos-innovadores (translated using Google Translate) ("Pfizer GCC Press Release")

26. Pfizer, "American Pharmaceutical Innovation and Job Creation," Nov. 2022, *available at* https://cdn.pfizer.com/pfizercom/American_Pharmaceutical_Innovation_and_Job_Creation-110822.pdf ("Pfizer American Pharmaceutical Innovation and Job Creation")

27. Jonas Neubert, "Exploring the Supply Chain of the Pfizer/BioNTech and Moderna COVID-19 vaccines," Jan. 10, 2021 (last updated Jan. 4, 2025), *available at* https://blog.jonasneubert.com/2021/01/10/exploring-the-supply-chain-of-the-pfizer-biontech-and-moderna-covid-19-vaccines ("Exploring COVID-19 Vaccine Supply Chains")

28. Pfizer, "Pfizer-BioNTech COVID-19 Vaccine: U.S. Manufacturing and Distribution Fact Sheet," Mar. 2023, *available at* https://cdn.pfizer.com/pfizercom/COVID19_Vaccine_US_Distribution_Fact_Sheet_032023.pdf ("COVID-19 Vaccine U.S. Manufacturing and Distribution Fact Sheet")

29. Pfizer, "Catalogue of Thermal Shipping Containers," Apr. 21, 2022, *available at* https://web.archive.org/web/20220707173148/https://www.cvdvaccine-us.com/images/pdf/US_ThermalShipper_Catalogue_042122.pdf ("Pfizer Thermal Shipping Container Catalogue")

30. Washington State Department of Health, "COVID-19 Vaccine Partner Newsletter – December 16, 2022," *available at* https://content.govdelivery.com/accounts/WADOH/bulletins/33d9b06 ("WA DOH COVID-19 Vaccine Partner Newsletter")

31. Louisiana Department of Health, Office of Public Health Immunization Program, "COVID-19 Vaccine Storage & Handling," Feb. 12, 2021, *available at* https://ldh.la.gov/assets/oph/Center-PHCH/Center-PH/immunizations/COVID-19VaccineStorageandHandlingTrainingPresentation_21221.pdf ("LA DOH COVID-19 Vaccine Storage & Handling")

32. Vermont Department of Health, "Immunization Program Provider Update: 02/18/2022," *available at* https://www.healthvermont.gov/sites/default/files/documents/pdf/HS-IZ-VVP-OfficeHours-02.18.2022.pdf ("VT DOH Immunization Provider Update")

33. Pfizer, "Here's How Pfizer is Using IoT to Support Vaccine Distribution," July 14, 2021, *available at* https://logipharmaeu.wbresearch.com/blog/how-pfizer-is-using-iot-to-support-vaccine-distribution ("Pfizer Using IoT to Support Vaccine Distribution")

34. Pfizer, "Applying the Latest Digital Technology to Optimize COVID-19 Vaccine Efforts: Demonstrating how Science Will Win and how Digital is helping Pfizer do it faster," 2021 Annual Review, *available at* https://www.pfizer.com/sites/default/files/investors/financial_reports/annual_reports/2021/story/latest-digital-technology-to-covid-vaccine-efforts/ ("Applying Latest Digital Technology")

35. Controlant, "Device during a shipment – Shipping mode," 2026, *available at* https://support.controlant.com/en/20956-27384-device-during-a-shipment---shipping-mode.html ("Controlant Shipping Mode")

36. Centers for Disease Control and Prevention, "Pfizer COVID-19 Vaccine Summary," Aug. 28, 2024, *available at* https://archive.cdc.gov/www_cdc_gov/vaccines/php/info-by-product/pfizer-covid-19-summary.html ("CDC COMIRNATY Summary")

37. Pfizer, "Shipper and Logger Return Instructions," Sept. 7, 2023 ("Shipper and Logger Return Instructions")

38. Texas Department of Health, "COVID-19 Vaccine Provider Weekly News Digest – Nov. 4, 2022," *available at* https://content.govdelivery.com/accounts/TXHHSC/bulletins/3358fb4 ("TX DOH Vaccine Provider Digest")

39. Washington State Department of Health, "COVID-19 Vaccine Partner Newsletter – November 4, 2022," *available at* https://content.govdelivery.com/accounts/WADOH/bulletins/335f9d0 ("WA DOH Vaccine Partner Newsletter")

40. Pfizer, Full Prescribing Information for COMIRNATY, Aug. 2026, *available at* https://labeling.pfizer.com/ShowLabeling.aspx?id=16351&format=pdf ("COMIRNATY Prescribing Information")

41. Michigan Department of Health & Human Services, "URGENT Addendum – Provider Information Regarding Use of Controlant On-Site Monitoring for Pfizer Vaccine," Nov. 23, 2022, *available at* https://content.govdelivery.com/accounts/MIDHHS/bulletins/339a200 ("MI DHHS Addendum")

42. Pfizer, "Pfizer-BioNTech COVID-19 Vaccine U.S. Distribution Fact Sheet," Nov. 2020, *available at* https://health.wyo.gov/wp-content/uploads/2020/12/PFE_COVID19VaccineDistribution_FactSheet-FINAL-11202020.pdf ("Distribution Fact Sheet")

43. County of Los Angeles, California, "Weekly Vaccine Update and Order Reminder 4/29," Apr. 29, 2022, *available at* https://content.govdelivery.com/accounts/CALACOUNTY/bulletins/315bddc ("CA LA County Vaccine Update")

44. Controlant, "Controlant Acquires Business Intelligence Solution, BI Manager, Adds VP of Data," Mar. 15, 2021, *available at* https://www.prnewswire.com/news-releases/controlant-acquires-business-intelligence-solution-bi-manager-adds-vp-of-data-301246426.html ("Controlant Press Release")