# EXHIBIT 3

USED KETAMINE IN AUSTRALIA? Join the Australian Ketamine Survey

Main Discord Home **Forums** Blogs What's new **Donate** Researc Log in | Register

New posts Search forums

# OTHER DRUGS

**Welcome Guest**

| | |
|---|---|
| Posting Rules | Bluelight Rules |
| Notable Threads 1 | Notable Threads 2 |
| Dangerous Combos | Addiction Support |
| Emergency Services | Benzo Guide v.1 |
| Addiction Stories | Scary Case Studies |
| Biology, Pharmacology & Drugs 101 | |

**Select Your Topic Then Scroll Down**

| | | |
|---|---|---|
| Alcohol | Bupe | Benzos |
| Cocaine | Heroin | Opioids |
| RCs | Stimulants | Misc |
| Harm Reduction | All Topics | Gabapentinoids |

Tired of your habit? Struggling to cope?
Want to regain control or get sober?
Visit our Recovery Support Forums

OD Moderators: Keif' Richards | negrogesic | Tryptamino

Forums Focus Forums **Other Drugs**

# New Australian needle eliminates risk of injury

starshine_seraphim · Aug 14, 2001

S

**starshine_seraphim**
Bluelighter
Joined: Mar 5, 2001
Messages: 289
Location: nc

Aug 14, 2001 #1

An Australian company has tackled the growing threat of needle stick injuries, developing a new disposable needle and syringe.
Harm Reduction Services (HRS) have designed the Sterafit, an all-in-one needle, syringe and safety disposal tube unit.
Once it has been inserted and locked into the disposal tube, the used needle cannot be exposed or reused.
The needle is also bent, crushed and destroyed when placed in the tube.
"While no-one in the health industry condones the use of illicit drugs, it's in the community's interest to ensure injecting drug users have access to products which are safe and pose minimal risk to the public," HRS director Peter Goldsworthy said.
Heroin use is escalating in Australia, with the number of dependent users doubling in the decade from 1987-1997, according to a report from the National Centre in HIV Epidemiology and Clinical Research.
This year's Clean Up Australia campaign found more than half a million needles and syringes across the nation.
A drug summit is currently underway in Perth, with the aim of formulating recommendations for problems ranging from treatment to law enforcement.
Australia's first legal heroin injecting room, where addicts supply their own drugs, is also being trialled in Sydney's Kings Cross.
"The needlestick (injury) risk to unsuspecting members of the public can be significant," Mr Goldsworthy said.
"When using Sterafit, needlestick injuries are eliminated."
People who suffer a needlestick injury risk contracting blood-borne diseases such as HIV/AIDS or Hepatitis C.
Mr Goldsworthy said unlike standard needles, the Sterafit cannot be exposed once it has been properly inserted into the tube.
"The caps covering (standard) needles can come loose when kicked or trodden on or when they are dropped onto the ground," he said.
"The Sterafit disposal tube is made from an ultra-tough nylon, so it will not be destroyed even if run over by trucks or buses."
A kit containing needle, syringe and disposal tube, alcohol swabs, 2ml water ampoule, filters and mixing receptacle is also available.
"Having all this equipment in kit form means users will no longer need to share items, thereby reducing the risk of transmission of blood-borne viruses," Mr Goldsworthy said.
About 30 million of the needles will be distributed this year to injecting drug users from pharmacies and needle exchange locations.
The product will also be marketed overseas, mainly in Europe.
(http://news.ninemsn.com.au/health/story_17040.asp)

USED KETAMINE IN AUSTRALIA? Join the Australian Ketamine Survey

S

**starshine_seraphim**
Bluelighter
Joined: Mar 5, 2001
Messages: 289
Location: nc

Aug 14, 2001 #2

i meant to put this in media/busts/legal
can someone please move it
thanks

Forums Focus Forums **Other Drugs**

You must log in or register to reply here.

BL Light Classic Contact us Terms and rules Privacy policy Help Home

Community platform by XenForo® © 2010-2026 XenForo Ltd. | Add-ons by ThemeHouse | Media embeds via s9e/MediaSites
XenPorta 2 PRO © Jason Axelrod of 8WAYRUN