# EXHIBIT 4

LAID UPON THE TABLE OF THE HOUSE

THE CLERK OF THE PARLIAME

LEGISLATIVE ASSEMBLY
No. 1224
16 OCT 2001
QUEENSLAND

PO Box 7136,
Bondi Beach NSW 2026, Australia

Phone: +61 2 9130 1213
Fax:+61 2 9130 1016
Email:info@hrs.au.com

HRS
HARM REDUCTION SERVICES

ABN 67 088 587 428

PO Box 734,
Mt Lawley WA 6929, Australia

Phone: +61 8 9473 0311
Fax:+61 8 9473 0322
Email:info@hrs.au.com

27th August 2001

Needle Stick Action Group
Mrs Cindy Bush
2 Barreenong Street
Gladstone 4680 QLD

Dear Mrs Bush

In relation to our phone conversation on Thursday 26/8/01.

Please find enclosed samples and product literature from Harm Reduction Services (Pty LTD). As a representative of an organisation with an interest in injecting drug issues, it is vital that you be familiar with these important new products.

HRS™ is concerned with both the supply of sterile injecting equipment, and the safe disposal of that equipment. It is also apparent that there is a need for a cost effective single syringe and disposal product. To this end, we have developed STERAFIT™ products, samples of which have been included in this pack. There are two STERAFIT™ product types: the STERAFIT™ sterile injecting kit, and the STERAFIT™ single. HRS™ believes that the commercial sale of these products supplements harm reduction by meeting a need not currently covered by the NSW fitpack scheme.

The STERAFIT™ single consists of an individual 1ml N&S and, importantly, a disposal device (a specifically designed plastic tube) to securely contain it after use. Moreover, upon inserting the N&S in the tube, the needle is destroyed, thus denying its reuse. The kit version represents the ultimate in safe injection and disposal. It contains all the injecting equipment required for a single safe injection - and the disposal tube - with each component being completely sterile.

You will note that HRS™ also supplies disposal bins to house used sharps of all kinds (including diabetic sharps). This forms part of an integrated approach to managing the harms associated with injecting drug use, which, along with STERAFIT™ products, allows HRS™ to positively intervene at each stage of the injection/disposal process.

For more information on HRS™, STERAFIT™ products, or HRS™ disposal bins, please do not hesitate to contact myself Patrice Torchia at our HRS™ ' Sydney office

Yours Sincerely

P. Torchia

Patrice Torchia
Harm Reduction Services

# INJECT AND DISPOSE SAFELY WITH STERAFIT™

**Harm Reduction Services Pty Ltd (HRS) is a new company specifically incorporated to develop harm reduction products aimed at minimising the transmission of blood-borne viruses, as well as other harm arising from injecting drug use.**

HRS focus on the design and supply of not only sterile injection equipment, but also safe disposal options for used needles and syringes (N&S). Quite simply, HRS products offer safer and more practical solutions to N&S supply and disposal problems. As the name suggests, HRS is dedicated to the principles of harm reduction as a way of safeguarding the entire community against drug-related harm.

## The STERAFIT™ KIT



**Contents of the kit**
**1x 1ml N&S; 1x disposal tube; 1x 2ml water ampoule; 2x cotton filters (glass fibre free); 2x alcohol swabs.**

**The STERAFIT™ KIT has been developed to facilitate a single safe injection. Designed and manufactured using the latest technology, the STERAFIT™ KIT is a world first.**

All the equipment in the STERAFIT™ KIT is completely sterile - an absolute necessity for a safe injection. Furthermore, the STERAFIT™ KIT includes a unique disposal tube to ensure safe and easy disposal of the used syringe.

The STERAFIT™ KIT represents a significant step forward in products dedicated to reducing the harmful effects of injecting drug use.

## The STERAFIT™ SINGLE



**At last, a SINGLE N&S distribution and disposal device.**

This revolutionary product enables a sterile 1ml 29 gauge N&S to be distributed with a safe, convenient and discreet disposal container.

Once captured inside the tube, the used N&S is rendered non-reusable. Furthermore, the STERAFIT™ SINGLE exceeds applicable sharps containers standards.

From a public health standpoint, the STERAFIT™ SINGLE is an essential new product.


## HARM REDUCTION SERVICES Pty Ltd

ABN 67 088 587 428

**NEW SOUTH WALES**
PO Box 7136
Bondi Beach
NSW 2026 Australia
Phone: +61 2 9130 1213 Fax: +61 2 9130 1016
Email: info@hrs.au.com

**WESTERN AUSTRALIA**
PO Box 734
Mt Lawley Perth Western Australia 6929
Phone: +61 8 9473 0311
Fax: +61 8 9473 0322
Email: info@hrs.au.com

HRS HARM REDUCTION SERVICES

# STERAFIT™

Safety Disposal Device

## Needle Destruction Instruction

1. **Hold the black STERAFIT™ disposal container by the pointed end and carefully place the UNCAPPED syringe into the STERAFIT™ container.**

2. **Hold the pointed end of the STERAFIT™ securely with your index fingers and place your thumb on top of the white syringe plunger.**

3. **While holding the STERAFIT™ with the index fingers PRESS the syringe plunger DOWN with the thumb until the syringe CLICKS and LOCKS into the STERAFIT™ safety disposal device.**

4. **To ensure needle destruction and safer disposal the syringe plunger must be pushed right down to same level as the STERAFIT™ disposal device.**

✓ ***When you can place your thumb across the open end of the STERAFIT™ without the syringe plunger protruding the syringe is safely retained, destroyed and disposed.***

***Safer for Everyone!***

# WHY STERAFIT™

## The Product

- The most effective anti-needlestick device specific to the injecting drug use context
- The most convenient, discreet and "user-friendly" option
- The only product that contains all the equipment required for a safe injection in a sterile and hermetically sealed pack
- The needle destruction feature effectively eliminates the likelihood of re-use after disposal (significantly alleviating unintentional sharing)
- Exceeds applicable standards
- Works in accordance with existing methods of needle and syringe (N&S) distribution (i.e. vending machines)
- The only disposal device compatible with all sharps disposal units.

## Cost

- The cheapest per unit means of supplying and safely disposing of N&S
- The cheapest means of providing all the sterile equipment required for a safe injection
- Purchase of an "all-in-one" kit is more cost effective to organisations than the purchase of individual components

## Other Population Health Advantages

- The ability to specify and disseminate harm reduction/educational information by locality
- Such information is presented in different formats (messages on the exterior of the packaging for the general public, messages on the interior for IDU's).
- Can be supplied in safety standards yellow bearing a biohazard symbol

# HOW TO USE THE Sterafit™ KIT :

1. WASH HANDS
Wash your hands prior to handling sterile injecting equipment.



2. OPEN
Bend (up) the plastic tab and break the seal on the lower right end corner of the STERAFIT™ Kit.



3. PEEL
From the bent serrated tab section - slowly pull off the foil overlay to reveal the sterile contents.



4. SWAB FINGERS
If unable to wash hands - use one of the two swabs to clean and sterilise the tips of fingers prior to handling other sterilised equipment or paraphernalia inside the kit.



5. SLIDE OUT
Slide the sterilised needle and syringe out of the STERAFIT™ safety disposal device.

6. STERILE WATER
Uncap and use the sterile fit to draw up water from the 2ml water ampule.



7. STERAMIX
The blue STERAMIX™ is a sterile mixing receptacle.

8. CLIP STERAMIX
The STERAMIX™ clips into the end section of the tray allowing for moderate heat if necessary. Alternatively it may be placed inside or outside the STERAFIT™ tray.



9. MIXING
Use the sterile pointed end of the STERAFIT™ safety disposal device to mix up. No longer is it necessary to contaminate the injection via syringe plungers.



10. FILTER
Two sterile cotton filters (glass fibre free) are supplied with every kit. Use the damp stirring, pointed end of the STERAFIT™ safety disposal device to remove filters from the tray and to place into the STERAMIX™ and use to filter. The filter also protects the sharp point of the needle

11. CLICK & LOCK
Without re-capping insert the used needle/syringe into the STERAFIT™ safety disposal device, push in to - click, lock and safely destroy the used needle.




12. DISPOSE SAFELY - DO NOT RECYCLE
Gather all injecting equipment and dispose of safely.

13. WASH HANDS



V2.2 HRS HARM REDUCTION SERVICES

# Introducing

# THE STERABIN™




**The Ultimate Disposal Option For General Purpose Medical Waste!**

The New HRS STERABINtm. As well as the safe disposal of medical and non-medical sharps, the STERABINtm is perfect for disposing of:

CATHETERS

BLADDER BAGS & COLOSTOMY BAGS

BLOOD BAGS

**Perfect for Outpatient disposal requirements**

## Features:

**Robust Construction** **2mm zinc sealed plate**

**Ultra-Secure Locking Mechanism**

**High-Grade Powder Coating** **Yellow & red**

**Suitable for all Environmental Conditions**

For more information on STERABINtm, and other HRS products:
Email: info@hrs.au.com
Telephone: (02) 9130 1213 (Sydney); (08) 9473 0311 (Perth)
Facsimile: (02) 9130 1016 (Sydney); (08) 9473 0322 (Perth)

HRS
HARM REDUCTION SERVICES

# Available thru HRS for the first time

# 23 litre Community Disposal Units



## Dispose Safely

Perfect for medium sized disposal requirements

Floor, Bollard or Wall-mounted

100 mm wide chute to suit a variety of sharps containers

High-quality construction

High-grade powder-coating

New!

## Ideal for use in Community Health Centers and Pharmacy



With an ever-increasing number of community locations accepting the return of used sharps, the 23-litre disposal unit solves the problem of storing this problematic & contaminated waste.

It is also ideally suited for use in public areas with a medium incidence of injecting drug use. In many of these areas, 1.4lt disposal bins are inadequate due to high volumes.

Dimensions: 700mm X 420mm X 420mm

Note: HRS also supply internal 23lt container

HRS
HARM REDUCTION SERVICES

# INJECT AND DISPOSE SAFELY WITH STERAFIT™

**Harm Reduction Services Pty Ltd (HRS) is a new company specifically incorporated to develop harm reduction products aimed at minimising the transmission of blood-borne viruses, as well as other harm arising from injecting drug use.**

HRS focus on the design and supply of not only sterile injection equipment, but also safe disposal options for used needles and syringes (N&S). Quite simply, HRS products offer safer and more practical solutions to N&S supply and disposal problems. As the name suggests, HRS is dedicated to the principles of harm reduction as a way of safeguarding the entire community against drug-related harm.





**The unsafe disposal of used needles and syringes presents a serious threat to the whole community. While the HRS disposal tube lessens the problem of needlestick injury at a primary level, the ultimate removal of sharps waste from the community remains a pressing concern.**

HRS sharps disposal units alleviate this fear. Moreover, they are able to meet large and small-scale sharps disposal needs. As a receptacle for disposal tubes and individual sharps, the HRS Convenience Disposal Bin houses a 1.4 litre sharps container. The larger HRS Community Disposal Bin houses a standard 240lt bin, and can accommodate sharps containers up to a size of 22.7 litres.

HRS disposal units act as a safe and secure collection point for used sharps prior to their removal and thermal destruction by licensed contractors. The strategic deployment of a HRS disposal unit is a proven method of sharps management. Furthermore, because disposal bins in appropriate locations service the needs of diabetics as well as illicit drug users, they can help remove the stigma associated with sharps use.

HRS
HARM REDUCTION SERVICES

## HARM REDUCTION SERVICES Pty Ltd

ABN 67 088 587 428

**NEW SOUTH WALES**
PO Box 7136
Bondi Beach
NSW 2026 Australia
Phone: +61 2 9130 1213 Fax: +61 2 9130 1016
Email: info@hrs.au.com

**WESTERN AUSTRALIA**
PO Box 734
Mt Lawley Perth Western Australia 6929
Phone: +61 8 9473 0311
Fax: +61 8 9473 0322
Email: info@hrs.au.com