# EXHIBIT 10

# Pfizer Pipeline

February 3, 2026

© 2026 Pfizer Inc. All rights reserved.

# Disclaimer

- The information contained on these pages is accurate as of February 3, 2026 to the best of Pfizer's knowledge. Pfizer assumes no obligation to update this information.

- This presentation includes forward-looking statements that are subject to substantial risks and uncertainties that could cause actual results to differ materially from those expressed or implied by such statements. There can be no guarantees with respect to pipeline products that clinical studies will be successful, that products will advance to the next phase of development, that the products will receive the necessary regulatory approvals or that they will prove to be commercially successful. If underlying assumptions prove inaccurate or risks or uncertainties materialize, actual results may differ materially from those set forth in or implied by the forward-looking statements. Additional information regarding these and other factors can be found in Pfizer's Annual Report on Form 10-K for the fiscal year ended December 31, 2024 and its subsequent reports on Form 10-Q, including in the sections thereof captioned "Risk Factors" and "Forward-Looking Information and Factors That May Affect Future Results", as well as in Pfizer's subsequent reports on Form 8-K, all of which are filed with the U.S. Securities and Exchange Commission and available at www.sec.gov and www.pfizer.com.

- As some programs are still confidential, some candidates may not be identified in this list. In these materials, Pfizer discloses Mechanism of Action (MOA) information for some candidates in Phase 1 and for all candidates from Phase 2 through regulatory approval. With a view to expanding the transparency of our pipeline, Pfizer is including new indications or enhancements that target unmet medical need or represent potential significant commercial opportunities.

- Visit www.pfizer.com/pipeline, Pfizer's online database where you can learn more about our portfolio of investigational medicines and vaccines and find out more about our Research and Development efforts around the world.

# Table of Contents


| | |
|---|---|
| **Pfizer Pipeline Snapshot** | **4** |
| **Inflammation and Immunology** | **5-6** |
| **Internal Medicine** | **7-8** |
| **Oncology** | **9-13** |
| **Vaccines** | **14** |
| **Programs Discontinued Since Last Update** | **15** |
| **Appendix: Regulatory Designation Definitions** | **16-19** |

# Pfizer Pipeline Snapshot

| R&D Projects | Phase 1 | Phase 2 | Phase 3 | Registration | Total |
|---|---|---|---|---|---|
| | 38 | 30 | 32 | 2 | 102 |

**Pfizer Pipeline Snapshot as of February 3, 2026**

**Recent Approvals and Pipeline Highlights**

Pipeline represents progress of R&D programs as of February 3, 2026

- 15 programs advanced or are new
- 9 program discontinued since last update
- Included are 61 NMEs, 41 additional indications

Pfizer Inc. and Astellas Pharma Inc. announced that the U.S. Food and Drug Administration (FDA) has approved PADCEV® (enfortumab vedotin-ejfv), a Nectin-4 directed antibody-drug conjugate (ADC), in combination with the PD-1 inhibitor Keytruda® (pembrolizumab) or Keytruda QLEX™ (pembrolizumab and berahyaluronidase alfa-pmph), as neoadjuvant treatment and then continued after cystectomy (surgery) as adjuvant treatment for adult patients with muscle-invasive bladder cancer (MIBC) who are ineligible for cisplatin-containing chemotherapy. The approval of this perioperative (before and after surgery) treatment was based on results from the pivotal Phase 3 EV-303 clinical trial (also known as KEYNOTE-905).

Pfizer Inc. presented results from the Phase 3 BASIS study (NCT03938792) evaluating HYMPAVZI® (marstacimab) for adults and adolescents living with hemophilia A or B with inhibitors. The results demonstrated the superiority of HYMPAVZI in improving key bleeding outcomes compared to on-demand (OD) treatment with bypassing agents. HYMPAVZI was administered with a straightforward, once-weekly subcutaneous injection requiring minimal preparation and no treatment-related lab monitoring.

Pfizer Inc. announced detailed results from the Phase 3 HER2CLIMB-05 trial of the tyrosine kinase inhibitor TUKYSA® (tucatinib) as part of an investigational first-line maintenance treatment combination, following chemotherapy-based induction, in patients with human epidermal growth factor receptor 2-positive (HER2+) metastatic breast cancer (MBC). The primary endpoint analysis showed a 35.9% reduction in the risk of disease progression or death among patients treated with TUKYSA, trastuzumab, and pertuzumab compared to those treated with placebo, trastuzumab, and pertuzumab, as assessed by the investigator (hazard ratio [HR] of 0.641, 95% confidence interval (CI): 0.514-0.799; 2-sided p<0.0001).

Astellas Pharma Inc. and Pfizer Inc. announced positive topline results from an interim analysis of the Phase 3 EV-304 clinical trial (also known as KEYNOTE-B15) for PADCEV™ (enfortumab vedotin), a Nectin-4 directed antibody-drug conjugate, in combination with Keytruda® (pembrolizumab), a PD-1 inhibitor. This pivotal study is evaluating the combination as neoadjuvant and adjuvant treatment (before and after surgery) versus standard of care neoadjuvant chemotherapy (gemcitabine and cisplatin) in patients with muscle-invasive bladder cancer (MIBC) who are eligible for cisplatin-based chemotherapy. The trial met its primary endpoint, demonstrating clinically meaningful and statistically significant improvements in event-free survival (EFS), and overall survival (OS), a key secondary endpoint.

| R&D Projects | Phase 1 | Phase 2 | Phase 3 | Registration | Total |
|---|---|---|---|---|---|
| | 37 | 30 | 30 | 4 | 101 |

**Pfizer Pipeline Snapshot as of November 4, 2025**

Pfizer

Keytruda and Keytruda QLEX are trademarks of Merck Sharp & Dohme Corp.

# Inflammation and Immunology (1 of 2)

| R&D Projects | Phase 1 | Phase 2 | Phase 3 | Registration | Total |
|---|---|---|---|---|---|
| | 6 | 11 | 4 | 1 | 22 |

| Compound Name | Mechanism of Action | Indication | Phase of Development | Submission Type |
|---|---|---|---|---|
| ►HYMPAVZI™ (marstacimab) | Anti-tissue factor pathway inhibitor | Hemophilia (inhibitor cohort) (Biologic) (FAST TRACK, ORPHAN – U.S.) | Registration | Product Enhancement |
| LITFULO™ (ritlecitinib) | JAK3/TEC inhibitor | Vitiligo | Phase 3 | Product Enhancement |
| dazukibart (PF-06823859) | anti-IFN-β | Dermatomyositis, Polymyositis (Biologic) (ORPHAN - U.S. E.U.[1], FAST TRACK – U.S., PRIME - E.U.) | Phase 3 | New Molecular Entity |
| HYMPAVZI™ (marstacimab) | Anti-tissue factor pathway inhibitor | Hemophilia (Pediatric: inhibitor and non-inhibitor cohorts) (Biologic) (BREAKTHROUGH, ORPHAN – U.S.) | Phase 3 | Product Enhancement |
| osivelotor (PF-07940367) | HbS polymerization inhibitor | Sickle Cell Disease (RPD, FAST TRACK, ORPHAN – U.S.) | Phase 3 | New Molecular Entity |
| LITFULO™ (ritlecitinib) | JAK3/TEC inhibitor | Ulcerative Colitis | Phase 2 | Product Enhancement |
| LITFULO™ (ritlecitinib) | JAK3/TEC inhibitor | Crohn's Disease | Phase 2 | Product Enhancement |
| ►LITFULO™ (ritlecitinib) | JAK3/TEC inhibitor | Chronic Spontaneous Urticaria | Phase 2 | Product Enhancement |
| ►LITFULO™ (ritlecitinib) | JAK3/TEC inhibitor | Hidradenitis Suppurativa | Phase 2 | Product Enhancement |
| dazukibart (PF-06823859) | anti-IFN-β | Lupus (Biologic) | Phase 2 | Product Enhancement |
| PF-06835375 | anti-CXCR5 | Immune Thrombocytopenic Purpura (Biologic) | Phase 2 | New Molecular Entity |
| Tilrekimig | anti-IL-4/ IL-13/ TSLP | Atopic Dermatitis (Biologic) | Phase 2 | New Molecular Entity |
| Tilrekimig | anti-IL-4/ IL-13/ TSLP | Asthma (Biologic) | Phase 2 | Product Enhancement |

►Indicates that the project is either new or has progressed in phase since the previous portfolio update of Pfizer.com
Regulatory Designations – See Definitions in Backup

1. Orphan Drug designation for dazukibart applies only to dermatomyositis indication

# Inflammation and Immunology (2 of 2)

| Compound Name | Mechanism of Action | Indication | Phase of Development | Submission Type |
|---|---|---|---|---|
| Ompekimig | anti-IL-4/ IL-13/ IL-33 | Atopic Dermatitis (Biologic) | Phase 2 | New Molecular Entity |
| PF-07868489 | anti-BMP9 | Pulmonary Arterial Hypertension (Biologic) (ORPHAN – U.S.) | Phase 2 | New Molecular Entity |
| PF-07261271[1] | p40/TL1a bispecific | Inflammatory Bowel Disease (Biologic) | Phase 2 | New Molecular Entity |
| Dekavil[2] | IL-10 | Rheumatoid Arthritis (Biologic) | Phase 1 | New Molecular Entity |
| PF-06835375 | anti-CXCR5 | Lupus (Biologic) | Phase 1 | Product Enhancement |
| PF-07905428 | undisclosed | Acne | Phase 1 | New Molecular Entity |
| PF-08049820 | STAT6 inhibitor | Atopic Dermatitis | Phase 1 | New Molecular Entity |
| PF-07832837 | undisclosed | Atopic Dermatitis (Biologic) | Phase 1 | New Molecular Entity |
| PF-07985631 | undisclosed | Nephropathy (Biologic) | Phase 1 | New Molecular Entity |

►Indicates that the project is either new or has progressed in phase since the previous portfolio update of Pfizer.com
Regulatory Designations – See Definitions in Backup

1. Pfizer and Roche have a global collaboration for PF-07261271 (Anti-p40/TL1A – bispecific antibody)
2. Dekavil clinical trial conducted by Philogen S.p.A

# Internal Medicine (1 of 2)

| R&D Projects | Phase 1 | Phase 2 | Phase 3 | Registration | Total |
|---|---|---|---|---|---|
| | 6 | 5 | 3 | 0 | 14 |

| Compound Name | Mechanism of Action | Indication | Phase of Development | Submission Type |
|---|---|---|---|---|
| ibuzatrelvir (PF-07817883) | SARS-CoV-2 3CL protease inhibitor (oral COVID-19 treatment) | COVID-19 Infection (FAST TRACK – U.S.) | Phase 3 | New Molecular Entity |
| NURTEC® (rimegepant) | calcitonin gene-related peptide (CGRP) receptor antagonist | Menstrually-Related Migraine | Phase 3 | Product Enhancement |
| ►MET-097i (PF-08653944) | GLP-1 receptor agonist | Chronic Weight Management (Biologic) | Phase 3 | New Molecular Entity |
| ponsegromab (PF-06946860) | Growth Differentiation Factor 15 (GDF15) monoclonal antibody | Cachexia in Cancer (Biologic) | Phase 2 | New Molecular Entity |
| PF-07976016 | GIPR antagonist | Chronic Weight Management | Phase 2 | New Molecular Entity |
| PF-07328948 | Branched chain ketoacid dehydrogenase kinase (BDK) inhibitor | Heart Failure | Phase 2 | New Molecular Entity |
| ►MET-097i+MET-233i (PF-08653944 + PF-08653945) | GLP-1 receptor agonist + DACRA | Chronic Weight Management (Biologic) | Phase 2 | New Molecular Entity |
| ►MET-233i (PF-08653945) | DACRA | Chronic Weight Management (Biologic) | Phase 2 | New Molecular Entity |

►Indicates that the project is either new or has progressed in phase since the previous portfolio update of Pfizer.com
Regulatory Designations – See Definitions in Backup

Pfizer

# Internal Medicine (2 of 2)

| Compound Name | Mechanism of Action | Indication | Phase of Development | Submission Type |
|---|---|---|---|---|
| PF-07258669 | Melanocortin-4 receptor (MC4R) antagonist | Malnutrition | Phase 1 | New Molecular Entity |
| PF-07999415 | undisclosed | Obesity (Biologic) | Phase 1 | New Molecular Entity |
| ►MET-034i +/- MET-097i (PF-08654696 +/- PF-08653944) | GIPR agonist +/- GLP-1 receptor agonist | Chronic Weight Management (Biologic) | Phase 1 | New Molecular Entity |
| ►MET-224o (PF-08656796) | GLP-1 receptor agonist | Chronic Weight Management (Biologic) | Phase 1 | New Molecular Entity |
| ►MET-815i[1] (PF-08656795) | GLP-1 receptor agonist | Chronic Weight Management (Biologic) | Phase 1 | New Molecular Entity |
| ►PF-08642534 | GLP-1 receptor agonist | Chronic Weight Management | Phase 1 | New Molecular Entity |

►Indicates that the project is either new or has progressed in phase since the previous portfolio update of Pfizer.com
Regulatory Designations – See Definitions in Backup

1. MET-815i is MET-097i prodrug

Pfizer

# Oncology (1 of 5)

| R&D Projects | Phase 1 | Phase 2 | Phase 3 | Registration | Total |
|---|---|---|---|---|---|
| | 23 | 11 | 21 | 1 | 56 |

| Compound Name | Mechanism of Action | Indication | Phase of Development | Submission Type |
|---|---|---|---|---|
| vepdegestrant (ARV-471) | ER-targeting PROTAC protein degrader | ER+/HER2- Metastatic Breast Cancer ESR1mu[1] (VERITAC 2) | Registration | New Molecular Entity |
| sasanlimab (PF-06801591) + Bacillus Calmette-Guerin (BCG) | Anti-PD-1 | High-Risk Non-Muscle-Invasive Bladder Cancer[2] (CREST) (Biologic) | Phase 3 | New Molecular Entity |
| IBRANCE® (palbociclib) | CDK 4,6 kinase inhibitor | ER+/HER2+ Metastatic Breast Cancer (PATINA) (BREAKTHROUGH – U.S.) | Phase 3 | Product Enhancement |
| TALZENNA® (talazoparib) | PARP inhibitor | Combo w/ XTANDI® (enzalutamide) for DNA Damage Repair (DDR)-Deficient Metastatic Castration Sensitive Prostate Cancer (TALAPRO-3) | Phase 3 | Product Enhancement |
| ELREXFIO™ (elranatamab-bcmm) | BCMA-CD3 bispecific antibody | Relapsed/Refractory Multiple Myeloma Double-Class Exposed (MM-5) (Biologic) | Phase 3 | Product Enhancement |
| ELREXFIO™ (elranatamab-bcmm) | BCMA-CD3 bispecific antibody | Newly Diagnosed Multiple Myeloma Post-Transplant Maintenance (MM-7) (Biologic) | Phase 3 | Product Enhancement |
| ELREXFIO™ (elranatamab-bcmm) | BCMA-CD3 bispecific antibody | Newly Diagnosed Multiple Myeloma Transplant-Ineligible (MM-6) (Biologic) | Phase 3 | Product Enhancement |
| ELREXFIO™ (elranatamab-bcmm) | BCMA-CD3 bispecific antibody | 2L+ post-CD38 Relapsed Refractory Multiple Myeloma (MM-32) (Biologic) | Phase 3 | Product Enhancement |
| sigvotatug vedotin (PF-08046047) | Integrin beta-6-directed antibody-drug conjugate | 2L+ Metastatic Non-Small Cell Lung Cancer (mNSCLC) (Be6A LUNG-01) (Biologic) | Phase 3 | New Molecular Entity |
| sigvotatug vedotin (PF-08046047) | Integrin beta-6-directed antibody-drug conjugate | 1L Metastatic Non-Small Cell Lung Cancer (mNSCLC) (tps high) (Be6A LUNG-02) (Biologic) | Phase 3 | Product Enhancement |

►Indicates that the project is either new or has progressed in phase since the previous portfolio update of Pfizer.com
Regulatory Designations – See Definitions in Backup

1. Pfizer and Arvinas have a collaboration agreement to co-develop vepdegestrant, and intend to identify/select a third party for the commercialization of vepdegestrant
2. Sasanlimab (PF-06801591)+Bacillus Calmette-Guerin (BCG) in Registration phase of development in the EU

# Oncology (2 of 5)

| Compound Name | Mechanism of Action | Indication | Phase of Development | Submission Type |
|---|---|---|---|---|
| PADCEV® (enfortumab vedotin) | Nectin-4 directed antibody-drug conjugate | Cisplatin-Eligible Muscle-Invasive Bladder Cancer (EV-304) (Biologic)[1] | Phase 3 | Product Enhancement |
| TUKYSA® (tucatinib) | HER2 tyrosine kinase inhibitor | HER2+ Adjuvant Breast Cancer (CompassHER2 RD) | Phase 3 | Product Enhancement |
| TUKYSA® (tucatinib) | HER2 tyrosine kinase inhibitor | 1L HER2+ Maintenance Metastatic Breast Cancer (HER2CLIMB-05) | Phase 3 | Product Enhancement |
| TUKYSA® (tucatinib) | HER2 tyrosine kinase inhibitor | 1L HER2+ Metastatic Colorectal Cancer (MOUNTAINEER-03) | Phase 3 | Product Enhancement |
| disitamab vedotin (PF-08046051) | HER2-directed antibody-drug conjugate | 1L HER2 (≥IHC1+) Metastatic Urothelial Cancer (DV-001) (Biologic)[2] | Phase 3 | New Molecular Entity |
| mevrometostat (PF-06821497) + enzalutamide | EZH2 inhibitor + androgen receptor inhibitor | 1/2L Metastatic Castration Resistant Prostate Cancer post-Abiraterone (MEVPRO-1) | Phase 3 | New Molecular Entity |
| mevrometostat (PF-06821497) + enzalutamide | EZH2 inhibitor + androgen receptor inhibitor | 1L Metastatic Castration Resistant Prostate Cancer NHT naive (MEVPRO-2) | Phase 3 | Product Enhancement |
| mevrometostat (PF-06821497) + enzalutamide | EZH2 inhibitor + androgen receptor inhibitor | 1L Metastatic Castration-Sensitive Prostate Cancer NHT naive (MEVPRO-3) | Phase 3 | Product Enhancement |
| atirmociclib (PF-07220060) | CDK4 inhibitor | 1L HR+/HER2- Metastatic Breast Cancer (FourLight-3) | Phase 3 | New Molecular Entity |
| prifetrastat (PF-07248144) | KAT6 epigenetic modifier | 2L/3L HR+/HER2- Metastatic Breast Cancer (KATSIS-1) | Phase 3 | New Molecular Entity |
| PF-08046054 (PDL1V) | PD-L1-directed antibody-drug conjugate | 2L+ Non-Small Cell Lung Cancer (PADL1NK-005) (Biologic) | Phase 3 | New Molecular Entity |
| ►PF-08634404 | PD-1xVEGF Bispecific Antibody | 1L Metastatic Colorectal Cancer (Symbiotic-GI-03) (Biologic) | Phase 3 | New Molecular Entity |

►Indicates that the project is either new or has progressed in phase since the previous portfolio update of Pfizer.com
Regulatory Designations – See Definitions in Backup

1. Pfizer and Astellas have a collaboration agreement to co-develop PADCEV®
2. Pfizer and RemeGen have a collaboration agreement to co-develop disitamab vedotin (DV)

# Oncology (3 of 5)

| Compound Name | Mechanism of Action | Indication | Phase of Development | Submission Type |
|---|---|---|---|---|
| maplirpacept (TTI-622) | CD47-SIRPα fusion protein | Hematological Malignancies (Biologic) | Phase 2 | New Molecular Entity |
| PADCEV® (enfortumab vedotin) | Nectin-4 directed antibody-drug conjugate | Locally Advanced or Metastatic Solid Tumors (EV-202) (Biologic)[1] | Phase 2 | Product Enhancement |
| TIVDAK® (tisotumab vedotin) | Tissue Factor-directed antibody-drug conjugate | Advanced Solid Tumors (TV-207) (Biologic)[2] | Phase 2 | Product Enhancement |
| TUKYSA® (tucatinib) | HER2 tyrosine kinase inhibitor | 2L+ HER2+ Metastatic Breast Cancer (HER2CLIMB-04) | Phase 2 | Product Enhancement |
| TUKYSA® (tucatinib) | HER2 tyrosine kinase inhibitor | Locally Advanced or Metastatic Solid Tumors with HER2 Alterations | Phase 2 | Product Enhancement |
| disitamab vedotin | HER2-directed antibody-drug conjugate | 2L+ Metastatic Urothelial Cancer with HER2 Expression (Biologic)[3] | Phase 2 | Product Enhancement |
| disitamab vedotin | HER2-directed antibody-drug conjugate | Locally Advanced or Metastatic Solid Tumors with HER2 Expression (Biologic)[4] | Phase 2 | Product Enhancement |
| atirmociclib | CDK4 inhibitor | 2L HR+/HER2- Metastatic Breast Cancer (FourLight-1) | Phase 2 | Product Enhancement |
| atirmociclib | CDK4 inhibitor | Early Breast Cancer | Phase 2 | Product Enhancement |
| PF-08634404 | PD-1xVEGF Bispecific Antibody | 1L Non-Small Cell Lung Cancer (squamous) (Biologic)[4] | Phase 2 | Product Enhancement |
| PF-08634404 | PD-1xVEGF Bispecific Antibody | 1L Non-Small Cell Lung Cancer (non-squamous) (Biologic)[4] | Phase 2 | Product Enhancement |

►Indicates that the project is either new or has progressed in phase since the previous portfolio update of Pfizer.com
Regulatory Designations – See Definitions in Backup

1. Pfizer and Astellas have a collaboration agreement to co-develop PADCEV®
2. Pfizer and Genmab have a collaboration agreement to co-develop TIVDAK®
3. Pfizer and RemeGen have a collaboration agreement to co-develop disitamab vedotin (DV)
4. 3SBio, Inc. is conducting Phase 2 trials in China. Pfizer will conduct global trials, including in China

# Oncology (4 of 5)

| Compound Name | Mechanism of Action | Indication | Phase of Development | Submission Type |
|---|---|---|---|---|
| tegtociclib (PF-07104091) | CDK2 inhibitor | Breast Cancer Metastatic | Phase 1 | New Molecular Entity |
| prifetrastat (PF-07248144) | KAT6 epigenetic modifier | Breast Cancer Metastatic | Phase 1 | Product Enhancement |
| tegtociclib (PF-07104091) + atirmociclib | CDK2 + CDK4 inhibitors | Breast Cancer Metastatic | Phase 1 | New Molecular Entity |
| claturafenib (PF-07799933) | BRAF Class 1 and Class 2 inhibitor | Advanced Solid Tumors | Phase 1 | New Molecular Entity |
| PF-07799544 | MEK brain penetrant inhibitor | Advanced Solid Tumors | Phase 1 | New Molecular Entity |
| TUKYSA® (tucatinib) | HER2 tyrosine kinase inhibitor | HER2+ Gastrointestinal Cancers (SGNTUC-024)[1] | Phase 1 | Product Enhancement |
| PF-06940434 | Integrin alpha-V/beta-8 antagonist | Advanced Solid Tumors (Biologic) | Phase 1 | New Molecular Entity |
| TIVDAK® (tisotumab vedotin) | Tissue Factor-directed antibody-drug conjugate | Recurrent or Metastatic Cervical Cancer (TV-205) (Biologic)[2] | Phase 1 | Product Enhancement |
| PF-08046052 (EGFRd2) | EGFR-targeted bispecific gamma delta T-cell engager | Advanced Solid Tumors (Biologic) | Phase 1 | New Molecular Entity |
| PF-08046040 (CD70) | Non-fucosylated CD70-directed antibody | Myelodysplastic Syndrome and Acute Myeloid Leukemia (Biologic) | Phase 1 | New Molecular Entity |
| PF-08046050 (CEACAM5C) | CEACAM5-directed antibody-drug conjugate | Advanced Solid Tumors (Biologic) | Phase 1 | New Molecular Entity |

►Indicates that the project is either new or has progressed in phase since the previous portfolio update of Pfizer.com
Regulatory Designations – See Definitions in Backup

1. TUKYSA® for HER2+ GI cancers is currently in a Ph1b/2 study
2. Pfizer and Genmab have a collaboration agreement to co-develop TIVDAK®

Pfizer

# Oncology (5 of 5)

| Compound Name | Mechanism of Action | Indication | Phase of Development | Submission Type |
|---|---|---|---|---|
| sigvotatug vedotin | Integrin beta-6-directed antibody-drug conjugate | Advanced Solid Tumors (Biologic) | Phase 1 | Product Enhancement |
| PF-08046044 (35C) | CD30-directed antibody TOPO1 drug conjugate | Advanced Solid Tumors (Biologic) | Phase 1 | New Molecular Entity |
| PF-07934040 (KRAS) | selective KRAS inhibitor | Advanced Solid Tumors | Phase 1 | New Molecular Entity |
| PF-08052666 (MesoC2) | mesothelin-targeted antibody-drug conjugate | Advanced Solid Tumors (Biologic) | Phase 1 | New Molecular Entity |
| PF-07985045 (KRAS) | selective KRAS inhibitor | Advanced Solid Tumors | Phase 1 | New Molecular Entity |
| PF-08046031 (CD228V) | CD228V directed antibody-drug conjugate | Advanced Melanoma and other Solid Tumors (Biologic) | Phase 1 | New Molecular Entity |
| PF-08046037 (PDL1iT) | Immunostimulatory Drug Conjugate (ISAC) targeted to PD-L1 with a TLR7 agonist payload | Advanced Solid Tumors (Biologic) | Phase 1 | New Molecular Entity |
| PF-08046032 (CD25V) | CD25V directed antibody-drug conjugate | Advanced Solid Tumors (Biologic) | Phase 1 | New Molecular Entity |
| PF-08046876 (B6C) | Integrin beta-6-directed antibody-drug conjugate | Advanced Solid Tumors (Biologic) | Phase 1 | New Molecular Entity |
| ►PF-08052667 (B6N) | Integrin beta-6-directed antibody-drug conjugate | Non-muscle Invasive Bladder Cancer (Biologic) | Phase 1 | New Molecular Entity |
| ►PF-08032560 (KAT6/7) | Selective inhibitor of epigenetic modifiers KAT6A, KAT6B and KAT7 | Advanced Solid Tumors (Biologic) | Phase 1 | New Molecular Entity |
| ►PF-08634404 | PD-1xVEGF Bispecific Antibody | Unresectable Locally Advanced or Metastatic Hepatocellular Carcinoma (Symbiotic-GI-13) (Biologic) | Phase 1 | Product Enhancement |

►Indicates that the project is either new or has progressed in phase since the previous portfolio update of Pfizer.com
Regulatory Designations – See Definitions in Backup

# Vaccines

| R&D Projects | Phase 1 | Phase 2 | Phase 3 | Registration | Total |
|---|---|---|---|---|---|
| | 3 | 3 | 4 | 0 | 10 |

| Compound Name | Mechanism of Action | Indication | Phase of Development | Submission Type |
|---|---|---|---|---|
| PF-07307405 | Prophylactic vaccine – protein subunit | Lyme Disease (FAST TRACK – U.S.) | Phase 3 | New Molecular Entity |
| COVID-19 Vaccine | Prophylactic vaccine – mRNA | COVID-19 Infection (in collaboration with BioNTech) (U.S. – 6 months through 11 years of age) | Phase 3 | Product Enhancement |
| PF-06760805 | Prophylactic vaccine – polysaccharide conjugate | Invasive Group B Streptococcus Infection (maternal) (BREAKTHROUGH, FAST TRACK – U.S., PRIME - EU) | Phase 3 | New Molecular Entity |
| ►PF-07831694 | Prophylactic vaccine – protein subunit | *Clostridioides difficile (C. difficile)* – updated formulation | Phase 3 | New Molecular Entity |
| PF-07252220 | Prophylactic vaccine – mRNA | Influenza (adults) | Phase 2 | New Molecular Entity |
| PF-07872412 | Prophylactic vaccine – polysaccharide conjugate | Pneumococcal Infection (FAST TRACK – U.S.) | Phase 2 | New Molecular Entity |
| PF-07926307 | Prophylactic vaccine – mRNA | Combination COVID-19 & Influenza (in collaboration with BioNTech) | Phase 2 | New Molecular Entity |
| PF-07845104 | Prophylactic vaccine – saRNA | Influenza (adults) | Phase 1 | New Molecular Entity |
| ABRYSVO® | Prophylactic vaccine – protein subunit | Respiratory Syncytial Virus Infection (pediatric) | Phase 1 | Product Enhancement |
| PF-07985819 | Prophylactic vaccine – mRNA | Pandemic influenza | Phase 1 | New Molecular Entity |

►Indicates that the project is either new or has progressed in phase since the previous portfolio update of Pfizer.com
Regulatory Designations – See Definitions in Backup

Pfizer

# Programs Discontinued from Development since November 4, 2025

| Compound Name | Mechanism of Action | Indication | Phase of Development | Submission Type |
|---|---|---|---|---|
| TUKYSA® (tucatinib) | HER2 tyrosine kinase inhibitor | 2L/3L HER2+ Metastatic Breast Cancer (HER2CLIMB-02) | Phase 3 | Product Enhancement |
| vepdegestrant (ARV-471) | ER-targeting PROTAC protein degrader | ER+/HER2- Neoadjuvant Breast Cancer | Phase 2 | Product Enhancement |
| ervogastat (PF-06865571) | Diacylglycerol O-Acyltransferase 2 (DGAT2) inhibitor | Metabolic Dysfunction-Associated Steatohepatitis (MASH) | Phase 2 | New Molecular Entity |
| prifetrastat (PF-07248144) + atirmociclib (PF-07220060) | KAT6 epigenetic modifier + CDK4 inhibitor | Breast Cancer Metastatic | Phase 1 | New Molecular Entity |
| PF-07899895 | SIK inhibitor | Ulcerative Colitis | Phase 1 | New Molecular Entity |
| PF-07853578 | PNPLA3 modulator | Metabolic Dysfunction-Associated Steatohepatitis (MASH) | Phase 1 | New Molecular Entity |
| PF-07054894 | CCR6 antagonist | Ulcerative Colitis | Phase 1 | New Molecular Entity |
| PF-06414300 | undisclosed | Ulcerative Colitis | Phase 1 | New Molecular Entity |
| PF-07940369 | undisclosed | Anemia of Clonal Hematopoiesis (ACH) | Phase 1 | New Molecular Entity |

Pfizer

Anticalin® is a registered trademark of Pieris Pharmaceuticals GmbH; Pfizer Development under Exclusive License

# Appendix

# Regulatory Designations (U.S., 1 of 2)

- **Accelerated Approval** (U.S.) may be granted to a product for a serious or life-threatening disease or condition that has an effect on a surrogate endpoint that is reasonably likely to predict clinical benefit, or on a clinical endpoint that can be measured earlier than irreversible morbidity or mortality, that is reasonably likely to predict an effect on irreversible morbidity or mortality or other clinical benefit. Approval under this program requires confirmatory trials using endpoints that demonstrate clinical benefit. More information about the qualifying criteria and features of the Accelerated Approval program can be found on the FDA's website.

- **Fast Track** (U.S.) is a designation available to a product if it is intended, whether alone or in combination with one or more other drugs, for the treatment of a serious or life-threatening disease or condition, and it demonstrates the potential to address unmet medical needs for such a disease or condition. This designation is intended to facilitate development and expedite review of drugs to treat serious and life-threatening conditions so that an approved product can reach the market expeditiously. More information about the qualifying criteria and features of the Fast Track program can be found on the FDA's website.

- **Breakthrough Designation** (U.S.) may be granted to a drug (alone or in combination with 1 or more other drugs) intended to treat a serious or life-threatening disease or condition, and preliminary clinical evidence indicates that the drug may demonstrate substantial improvement over existing therapies on one or more clinically significant endpoints, such as substantial treatment effects observed early in clinical development. A drug that receives breakthrough designation is eligible for all fast-track designation features and an FDA commitment to work closely with the sponsor to ensure an efficient drug development program. More information about the qualifying criteria and features of the Breakthrough program can be found on the FDA's website.

- **Orphan Drug** (U.S.) status may be granted to drugs and biologics that are intended for the diagnosis, prevention, or treatment of rare diseases/disorders that affect fewer than 200,000 people in the U.S., or that affect more than 200,000 persons but where it is unlikely that expected sales of the product would cover the sponsor's investment in its development. A drug that receives orphan designation is eligible for incentives including tax credits for qualified clinical trials, exemption from user fees, and potential for seven years of market exclusivity after approval. More information about the qualifying criteria, features, and incentives involved in an orphan drug designation can be found on the FDA's website.

# Regulatory Designations (U.S., 2 of 2)

- **Regenerative Medicine Advanced Therapy (RMAT)** (U.S.) is a designation that is granted to regenerative medicine therapies intended to treat, modify, reverse, or cure a serious condition, for which preliminary clinical evidence indicates that the medicine has the potential to address an unmet medical need. The RMAT designation includes all the benefits of the fast track and breakthrough therapy designation programs, including early interactions with FDA. More information about the qualifying criteria and features of the RMAT program can be found on the FDA's website.

- **Rare Pediatric Disease (RPD)** (U.S.) designation may be granted to a drug intended to treat a rare pediatric disease that is serious or life-threatening in which the serious or life-threatening manifestations primarily affect patients from birth to 18 years, including neonates, infants, children, and adolescents. More information about the qualifying criteria and features of the RPD program can be found on the FDA's website.

- **Priority Review** (U.S.) A U.S. drug application will receive a priority review designation if it is for a drug that treats a serious condition and, if approved, would provide a significant improvement in safety or effectiveness. A priority designation is intended to direct overall attention and resources to the evaluation of such applications. A priority review designation means that FDA's goal is to act on the marketing application within 6 months of receipt (compared with 10 months under standard review). More information about the qualifying criteria and features of a priority review designation can be found on the FDA's website.

- **Commissioner's National Priority Review (CNPV)** (U.S.) A U.S. drug application may receive a national priority review designation. The Commissioner will establish national priorities that support this designation which may include such factors as addressing a health crisis, potential innovative therapies, unmet public health needs, and significantly increasing national security. More information about the qualifying criteria and features of national priority review designation can be found on the FDA's web site.

# Regulatory Designations (E.U.)

- **Orphan Drug** (E.U.) status may be granted to drugs and biologics that are intended for the diagnosis, prevention or treatment of a life-threatening or chronically debilitating condition affecting no more than 5 in 10,000 persons in the European Union at the time of submission of the designation application, or that affect more than 5 in 10,000 persons but where it is unlikely that expected sales of the product would cover the investment in its development. More information about the qualifying criteria, features, and incentives involved in an orphan drug designation can be found on the EMA's website.

- **Accelerated Assessment** (E.U.) designation reduces the timeframe for the European Medicines Agency's (EMA) Committee for Medicinal Products for Human Use (CHMP) to review a marketing-authorisation application. Applications may be eligible for accelerated assessment if the CHMP decides the product is of major interest for public health and therapeutic innovation.

- **PRIME** (E.U.) designation is applicable to products under development which are innovative and yet to be placed on the EU market. The scheme aims to support medicinal products of major public health interest and from the viewpoint of therapeutic innovation. Medicines eligible for PRIME must address an unmet medical need, i.e., for which there exists no satisfactory method of diagnosis, prevention or treatment in the Community or, if such a method exists, in relation to which the medicinal product concerned will be of major therapeutic advantage to those affected. A product eligible for PRIME should demonstrate the potential to address, to a significant extent, the unmet medical need, for example by introducing new methods of therapy or improving existing ones. Data available to support the request for eligibility should support the claim to address the unmet medical need through a clinically meaningful improvement of efficacy, such as having an impact on the prevention, onset or duration of the condition, or improving the morbidity or mortality of the disease. EMA will provide early and enhanced support to optimize the development of eligible medicines. Products granted PRIME support are anticipated to benefit from the Accelerated Assessment procedure. More information about the qualifying criteria and features of PRIME and Accelerated Assessment can be found on the EMA's website.