# EXHIBIT 15

**ATTENTION: PLEASE READ**

Improper handling may cause problems

# SHIPPING AND HANDLING GUIDELINES

---

## SINGLE-USE

**Thermal Shipping Container**

**The Single-Use Thermal Shipping Container is NOT to be used for temporary storage of the vaccine**

To ensure appropriate controls are in place, review the enclosed Dry Ice Safety Data Sheet BEFORE accessing the contents from the thermal shipping container and consult with your Occupational Health Department.

BIONTECH Pfizer

**Current as of February 28, 2023. For the most up-to-date brochure, visit www.cvdvaccine-us.com.**

# TABLE OF CONTENTS

CONNECT WITH US .... 3
GENERAL INFORMATION .... 4
FACTS ABOUT DRY ICE .... 4
HANDLING .... 5
GENERAL SAFETY GUIDANCE FOR DRY ICE .... 6
VENTILATION .... 7
BURN TREATMENT .... 7
DISPOSAL .... 7
CONTENTS AND PACKAGING .... 8-9
UNPACKING THE THERMAL SHIPPING CONTAINER .... 10-13
DISCARDING DRY ICE .... 14
RETURNING THE TEMPERATURE-MONITORING DEVICE .... 15

# CONNECT WITH US

For general questions, visit **www.cvdvaccine-us.com** or call the telephone number provided below.

**www.cvdvaccine-us.com**

**1-877-VAX-C019**

(1-877-829-2619)

# GENERAL INFORMATION

This guide details user processes and procedures that must be followed upon receiving the vaccine.

The nature of this vaccine requires it to be kept at extremely low temperatures during shipment. To achieve this, multiple dose vials of the frozen vaccine are shipped in insulated thermal shipping containers containing dry ice. This allows the vaccine to remain frozen at this low temperature.

**For information about specific temperature requirements and ranges to monitor, as well as dry ice safety, storage, and handling, please go to www.cvdvaccine-us.com.**

# FACTS ABOUT DRY ICE

Dry ice is the frozen form of carbon dioxide. When heated, most frozen solids melt to a liquid form, but dry ice transforms directly into a gas (sublimation). Dry ice sublimates at temperatures at or above -109°F (-78°C).

The main hazards of dry ice include **asphyxiation** and **burns**. Use of dry ice in confined spaces (small rooms or walk-in coolers) and/or poorly ventilated areas can result in depletion of oxygen, causing asphyxiation. Exposed skin should be protected from contact with dry ice. To ensure appropriate controls are in place, **review the enclosed Dry Ice Safety Data Sheet BEFORE accessing the contents from the thermal shipping container and consult with your Occupational Health Department.**

# HANDLING

Use caution when lifting the thermal shipping container, as it may be heavy. Depending on the amount of vaccine ordered, the thermal shipping container will vary in weight. Do not place anything on top of the thermal shipping container. Contact Pfizer Customer Service at 1-877-VAX-CO19 (1-877-829-2619) immediately to communicate any issues.

**Do not open the vial cartons or remove vials until you are ready for thawing or use.** Visit www.cvdvaccine-us.com for further information.

**You will need to take precautions when preparing to handle dry ice**. Before opening the thermal shipping container, make sure the area in which you are working has proper ventilation. Use of dry ice in confined spaces, such as small rooms, walk-in coolers, and/or poorly ventilated areas, can result in depletion of oxygen, causing asphyxiation. Make sure you are wearing safety goggles or safety glasses with side shields and waterproof insulated gloves when handling dry ice.

To ensure all appropriate safeguards are in place, review the enclosed Dry Ice Safety Data Sheet, and consult with your Occupational Health Department.



*Masks were worn due to pandemic; refer to SDS for dry ice protection.*

**In the event of vial breakage, damage, or leakage, to prevent cuts and exposure to the product, do not handle the vial with bare hands. Wear protective gloves and dispose of the vial pieces in a medical sharps container using forceps, tongs, or other appropriate tools.**

# GENERAL SAFETY GUIDANCE FOR DRY ICE ‘CAUTION’



**Do not touch – avoid eye contact**

Use waterproof insulated gloves when removing or adding dry ice to prevent cold burns and frostbite. Avoid contact with face and eyes. Wear safety goggles or safety glasses with side shields.



**Do not eat**

Dry ice is harmful if eaten or swallowed. If ingested, seek immediate medical care.



**Do not store in confined spaces**

Dry ice changes to a gas very rapidly at room temperature, displacing oxygen. Only use dry ice in open or well-ventilated areas.



**Do not place in airtight containers**

Airtight containers may explode as dry ice rapidly expands to a gas when exposed to temperatures above -109°F (-78°C).

# VENTILATION

At room temperature (including most cold storage temperatures), dry ice becomes carbon dioxide gas, which may cause difficulty breathing or suffocation. If dry ice has been in a closed area, trailer, or container, open doors and allow adequate ventilation before entering. **If you feel short of breath or develop a headache, these may be signs that you have inhaled too much carbon dioxide. Leave the area immediately.** Carbon dioxide is heavier than air and accumulates in low, poorly ventilated spaces.

Operational practices for accessing a closed area where dry ice is present should be reviewed and agreed upon with your Occupational Health and Safety officer.

# BURN TREATMENT

Dry ice may cause cold burns to the skin. Use waterproof insulated gloves when handling dry ice. Seek medical care as directed by the Dry Ice Safety Data Sheet.

# DISPOSAL

Once dry ice is no longer needed, open the container and leave it at room temperature in a well-ventilated area. It will readily sublimate from a solid to a gas. DO NOT leave dry ice in an unsecured area. DO NOT place in drain or flush in toilet. DO NOT dispose in trash. DO NOT place in a closed area such as an airtight container or walk-in cooler.

# CONTENTS AND PACKAGING

There are multiple types of thermal shipping containers and vial carton sizes, all with similar components.

**The example shown below is for illustrative purposes only and may not exactly replicate the thermal shipping container you receive. For actual photography of the various thermal shippers you may receive, please go to www.cvdvaccine-us.com.**

**Be sure to read all instructions that are included with the thermal shipping container and its components.**



**The thermal shipping container you received may vary in weight and should be opened on the floor, as it may be heavy.**

| Item | Description |
|---|---|
| A TEMPERATURE-MONITORING DEVICE | *The temperature-monitoring device will be embedded in the foam lid and may be concealed by a removable compartment cover* |
| B COMPARTMENT COVER | *A removable cover that may sit atop the temperature-monitoring device to protect it from over-freezing* |
| C FOAM LID | *Removable top foam lid that includes an embedded temperature-monitoring device* |
| D DRY ICE POD | *Holds the top layer of dry ice* |
| E VIAL CARTONS | *Each vial carton contains multiple dose vials and may appear different, depending on the size of your order* |
| F VIAL CARTON COMPARTMENT | *Area that holds the vial cartons within the Single-Use Thermal Shipping Container* |
| G THERMAL SHIPPING CONTAINER | *Outer box of the Single-Use Thermal Shipping Container* |
| H RETURN KIT FOR THE TEMPERATURE-MONITORING DEVICE | *The temperature-monitoring device must be returned in the enclosed kit* |

REMOVABLE DRY ICE SDS TO BE STAPLED HERE

# UNPACKING THE THERMAL SHIPPING CONTAINER

## Step Instructions

1. First, break the seal to open the thermal shipping container.



2. When you open the thermal shipping container, **you will see a removable foam lid that may contain a compartment cover and / or an embedded temperature-monitoring device.**

   Carefully remove the foam lid and compartment cover in order to access the contents of the thermal shipping container.



3 The temperature-monitoring device continuously tracks the temperature during shipment to document if the frozen vaccine product has been maintained at the required temperature during transport to vaccination centers. **Upon receipt, press and hold the stop button for 5 seconds. Sites are responsible for continuing to monitor the product storage temperature.**

**Information about temperature monitoring can be found at www.cvdvaccine-us.com.**

4 Make sure that you are now wearing waterproof insulated gloves and safety goggles or safety glasses with side shields as you prepare to handle layers of the container that have dry ice.

Beneath the foam lid is the dry ice pod, which holds a layer of dry ice to help maintain the temperature of the multiple dose vials.

There will also be dry ice in compartments in the container that surround the box that holds the vial carton compartment.

Using your waterproof insulated gloves, remove the dry ice pod.



5 **If your thermal shipping container comes with a lid for the vial carton compartment,** open it to access the vial carton. The vial carton may not be visible at first glance because it may be wrapped in a colored bag. **Carefully remove the vial carton.** In some cases, the compartment holding the vial carton is affixed to the inside of the thermal shipping container and should not be removed when accessing or removing the vial carton.

*Please note that the bag is not a storage option and does not provide cold-chain protection.*



6 **You must immediately store the vaccine product, preferably in an ultra-low-temperature (ULT) freezer. NOTE: The single-use thermal shipping container should not be used as temporary storage.**

For additional information about storage time limits and transferring between storage environments, visit Storage and Handling at www.cvdvaccine-us.com. Do not use the single-use thermal shipping container as temporary storage.



*Masks were worn due to pandemic.*

**Ensure Authenticity—Help Prevent Counterfeiting:** Ensure the safety of the vaccine vials by limiting access to only authorized personnel. The location they are stored in must be secure and locked when not in use. To prevent counterfeits, discard vaccine vials in sharps containers and empty vial cartons as medical waste or deface or safely crush all materials so they cannot be reused. Remember, the vaccines are only available through government-authorized vaccination centers – such as doctors' offices, authorized pharmacies, outpatient clinics, community vaccination locations, and hospitals. The vaccine can only be administered by licensed healthcare professionals, or other individuals that are approved vaccinators, at government-authorized vaccination sites. Individual doses are not for sale.

## Important Note:

**Do not open the vial cartons or remove vials until you are ready for thawing or use.**

Visit www.cvdvaccine-us.com for further information.

Review the Product Safety Data Sheets (available by visiting **https://safetydatasheets.pfizer.com/**).

**For information about specific temperature requirements and ranges to monitor and temporary storage information, please go to www.cvdvaccine-us.com.**

# DISCARDING DRY ICE

**The single-use thermal shipping container should not be used as temporary storage.** You should discard the dry ice. Take necessary precautions by reviewing the Dry Ice Safety Data Sheet, and consult with your Occupational Health Department.

To discard, open the thermal shipping container and leave it at room temperature in a **well-ventilated area**. It will sublimate from a solid to a gas. **DO NOT leave dry ice in an unsecured area. DO NOT place in drain or flush in toilet. DO NOT dispose in trash. DO NOT place in a closed area such as an airtight container or walk-in cooler.**



*Masks were worn due to pandemic; refer to SDS for dry ice protection.*

**In the US, issues with the shipment should be immediately communicated to Pfizer Customer Service at 1-800-666-7248.**

# RETURNING THE TEMPERATURE-MONITORING DEVICE

## Important Return Instructions:

The **temperature-monitoring device <u>must be returned</u> to the supplier** to help Pfizer fulfill its commitment to reusable resources. Remove the temperature-monitoring device and the temperature-monitoring return kit from the Single-Use Thermal Shipping Container.

For complete instructions on how to return the temperature-monitoring device using the included temperature-monitoring return kit, please refer to the **Return Instructions** downloadable resource available at **www.cvdvaccine-us.com**. Do not return the vaccine or vaccine vials.

For assistance on returns, you can contact:
US number: 1-701-540-4039
pfizer.logistics@controlant.com

**After removal of the temperature-monitoring device and temperature-monitoring return kit, the Single-Use Thermal Shipping Container should be disposed of at your facility.**

2023COMM002 v2.0
© 2023 Pfizer Inc. All rights reserved. February 2023