# EXHIBIT 16

# RETURN INSTRUCTIONS FOR MEDIUM AND SINGLE-USE THERMAL SHIPPING CONTAINERS

The vaccine supply you received was shipped in one of two types of containers: **Medium (Reusable) Thermal Shipping Container** or **Single-Use Thermal Shipping Container**

The type of thermal shipping container you received with your shipment is labeled on the outside of the box as either **Medium ULT** (or otherwise indicates **Do Not Discard)** or **Single Use ULT.** The examples shown below are for illustrative purposes only and may not exactly replicate the thermal shipping container you receive.




**Medium (Reusable) Thermal Shipping Container:**

***Return BOTH the Temperature-Monitoring Device and thermal shipping container.*** *See pages 2-3 for complete return instructions.*




**Single-Use Thermal Shipping Container:**

***Return ONLY the Temperature-Monitoring Device.*** *See pages 4-5 for complete return instructions.*

The type of thermal shipping container your vaccine order was shipped in determines what components require returning to the supplier after use. Returning these components is necessary to help Pfizer fulfill its commitment to reusable resources. If the thermal shipping container you received is labeled **Medium ULT** (or otherwise indicates **Do Not Discard)**, you must return both the Temperature-Monitoring Device and the thermal shipping container to the supplier. **For complete return instructions for Medium Thermal Shipping Containers, see pages 2-3 of this guide.**

If the thermal shipping container you received is labeled **Single Use ULT**, return only the Temperature-Monitoring Device to the supplier. The Single-Use Thermal Shipping Container should be disposed of at your facility. **For complete return instructions for Single-Use Thermal Shipping Containers, see pages 4-5 of this guide.**

# Instructions for Recipients of Medium (Reusable) Thermal Shipping Containers

## Returning the Thermal Shipping Container and Temperature-Monitoring Device

The thermal shipping container may be used as temporary storage for up to 30 days from delivery.

After use, the thermal shipping container, including the Temperature-Monitoring Device, must be returned to the supplier to help Pfizer fulfill its commitment to reusable resources. Do not return vaccine or vaccine vials. Please see instructions below for proper disposal.

**To prepare the thermal shipping container for return, properly discard the dry ice.** Do not directly handle dry ice without appropriate protective equipment. Take necessary precautions by reviewing the Dry Ice Safety Data Sheet, and consult with your Occupational Health Department.

To discard the dry ice, open the thermal shipping container and leave it at room temperature in a well-ventilated area. It will sublimate from a solid to a gas. **DO NOT leave dry ice in an unsecured area. DO NOT place in drain or flush in toilet. DO NOT dispose in trash. DO NOT place in a closed area such as an airtight container or walk-in cooler.**

When the thermal shipping container is ready to be returned, and all the components are inside, seal it with tape. A preprinted return shipping label will be included inside the thermal shipping container or already adhered to the flap of the thermal shipping container. When coordinating the return of the thermal shipping container, apply the preprinted return shipping label over the existing shipping label. Some thermal shipping containers have a peel-away tape backing under the flaps to seal the container closed. When coordinating the return of that type of thermal shipping container, follow the instructions on the flap of the thermal shipping container to ensure the return label is facing outside. **Contact the carrier identified on the return label to arrange the return.**

**Ensure Authenticity—Help Prevent Counterfeiting:** Ensure the safety of the vaccine vials by limiting access to only authorized personnel. The location they are stored in must be secure and locked when not in use. To prevent counterfeits, discard vaccine vials in sharps containers and empty vial cartons as medical waste or deface or safely crush all materials so they cannot be reused. Remember, the vaccine is only available through government-authorized vaccination centers—such as doctors' offices, authorized pharmacies, outpatient clinics, community vaccination locations, and hospitals. The vaccine can only be administered by licensed healthcare professionals, or other individuals that are approved vaccinators, at government-authorized vaccination sites. Individual doses are not for sale.

### Elements Required for Return

- Thermal shipping container and inner components
- Temperature-Monitoring Device
- Dry ice pod

# Instructions for Recipients of Medium (Reusable) Thermal Shipping Containers (cont'd)

## Returning the Thermal Shipping Container and Temperature-Monitoring Device

**Note: Ensure the Dry Ice UN1845 markings and diamond-shaped Class 9 hazard label on the thermal shipping container are covered by placing a blank label over them in preparation for the return, as the container no longer contains dry ice.**




### Possible locations for blank stickers:

Blank sticker labels may be found on the back page of the Shipping and Handling Guidelines.

A label may also be found on the inside flap of the thermal shipping container. This label is to cover both the UN1845 markings and the original shipping label.

**For assistance on returns, contact:**
**US number: +1 701-540-4039**
**EU/UK number: +44 161-519-6199**
**pfizer.logistics@controlant.com**

**Place the thermal shipping container at a designated pickup location.**

# Instructions for Recipients of Single-Use Thermal Shipping Containers

## Returning the Temperature-Monitoring Device

The Temperature-Monitoring Device must be returned to the supplier to help Pfizer fulfill its commitment to reusable resources.

Remove the Temperature-Monitoring Device Return Kit from the flap of the Single-Use Thermal Shipping Container. Then, gently remove the Temperature-Monitoring Device with the probe from the foam lid (or foam compartment on box flap) and payload area. **After removal of the Temperature-Monitoring Device Return Kit and the Temperature-Monitoring Device with probe, and the dry ice is properly discarded, the Single-Use Thermal Shipping Container should be disposed of at your facility.** See instructions for Discarding Dry Ice and Disposal of Single-Use Thermal Shipping Container on page 5.




**To return the Temperature-Monitoring Device, place it inside the bubble bag that is located inside the pre-labeled foldable Return Box and seal the box.**




Place the Return Box in your daily express pickup area if carriers are already conducting daily drop-offs and pick-ups. If a request for carrier pickup is needed, please utilize the link in the email you received from pfizer.logistics@controlant.com upon arrival of your shipment. If foldable Return Box is missing, lost, or damaged, or the pre-attached label is non-scannable, please utilize the link in the email you received from pfizer.logistics@controlant.com upon arrival of your shipment.

**Place the Return Box at a designated pickup location.**

# Instructions for Recipients of Single-Use Thermal Shipping Containers (cont'd)

## Discarding Dry Ice

**The Single-Use Thermal Shipping Container should not be used as temporary storage.** You should discard the dry ice. Do not directly handle dry ice without appropriate protective equipment. Take necessary precautions by reviewing the Dry Ice Safety Data Sheet, and consult with your Occupational Health Department.

To discard the dry ice, open the thermal shipping container and leave it at room temperature in a **well-ventilated area**. It will sublimate from a solid to a gas. **DO NOT leave dry ice in an unsecured area. DO NOT place in drain or flush in toilet. DO NOT dispose in trash. DO NOT place in a closed area such as an airtight container or walk-in cooler.**

## Disposal of Single-Use Thermal Shipping Container

**The Single-Use Thermal Shipping Container should be disposed of at your facility.** To dispose of the Single-Use Thermal Shipping Container, please recycle the outer cardboard box and inner cardboard components. The remaining foam box and lid may be recycled or routed to landfill per local and state regulations.

**For assistance on returns, contact:**
**+1 701-540-4039**
**pfizer.logistics@controlant.com**

© 2021 Pfizer Inc. All rights reserved. October 2021