# EXHIBIT 18

**Current as of June 16, 2021. For the most up-to-date information, visit www.cvdvaccine-us.com.**

# RETURNING REAL-TIME TEMPERATURE MONITOR AND THERMAL SHIPPING CONTAINER

The thermal shipping container may be used as temporary storage only for the 195-pack cartons for up to 30 days from delivery.

The thermal shipping container included with the 25-pack cartons should be returned within 10 days of delivery and should not be used as temporary storage.

After use, the thermal shipping container, including the temperature-monitoring device, must be returned to the supplier to help Pfizer fulfill its commitment to reusable resources.

**To prepare the thermal shipping container for return, properly discard the dry ice.** Take necessary precautions by reviewing the Dry Ice Safety Data Sheet, and consult with your Occupational Health Department.

To discard, open the thermal shipping container and leave it at room temperature in a **well-ventilated area.** It will sublime from a solid to a gas. **DO NOT leave dry ice in an unsecured area. DO NOT place in drain or flush in toilet. DO NOT dispose in trash. DO NOT place in a closed area such as an airtight container or walk-in cooler.**

When the thermal shipping container is ready to be returned, and all the components are inside, seal it with tape. A preprinted return shipping label will be included inside the thermal shipping container or already adhered to the flap of the thermal shipping container. **Contact the carrier identified on the return label to arrange the return.**

When coordinating the return of the Softbox thermal shipping container, apply the preprinted return shipping label over the existing shipping label.

The AeroSafe thermal shipping container has a peel-away tape backing under the flaps to seal the container closed. When coordinating the return of the AeroSafe thermal shipping container, follow instructions on the flap of the thermal shipping container to ensure the return label is facing outside.

## Elements Required for Return

- Thermal shipping container and inner components
- Temperature-monitoring device
- Dry ice pod

**Note: Ensure the Dry Ice UN1845 markings and diamond-shaped Class 9 hazard label on the thermal shipping container are covered by placing a blank label over them in preparation for the return, as the container no longer contains dry ice.**

**For Softbox, blank sticker labels to place over the UN1845 markings can be found on the back page of the Shipping and Handling Guidelines.**

**For AeroSafe, a label can be found on the inside flap of the thermal shipping container. This label is to cover both the UN1845 markings and the original shipping label.**







**For assistance on returns, you can contact:**

**US number: +1 701-540-4039**
**EU/UK number: +44 161-519-6199**
**pfizer.logistics@controlant.com**

**Additional contacts for AeroSafe returns:**

**US number: +1 855-551-4919**
**returns@aerosafeglobal.com**

Place the thermal shipping container at a designated pickup location.

Pfizer

BIONTECH

Manufactured by
Pfizer Inc.
New York, NY 10017

Manufactured for
BioNTech Manufacturing GmbH
An der Goldgrube 12
55131 Mainz, Germany
Emergency Use Authorization Holder

The Pfizer-BioNTech COVID-19 Vaccine, which is based on BioNTech proprietary mRNA technology, was developed by both BioNTech and Pfizer.

PP-CVV-USA-0312
© 2021 Pfizer Inc. All rights reserved. June 2021