# EXHIBIT 20

**ATTENTION: PLEASE READ**

Improper handling may cause problems

# SHIPPING AND HANDLING GUIDELINES

## MEDIUM

**Thermal Shipping Container**

To ensure appropriate controls are in place, review the enclosed Dry Ice Safety Data Sheet BEFORE accessing the contents from the thermal shipping container and consult with your Occupational Health Department.

BIONTECH Pfizer

**Current as of January 24th, 2022. For the most up-to-date brochure, visit www.cvdvaccine.com.**

# TABLE OF CONTENTS


CONNECT WITH US .......... 3
GENERAL INFORMATION .......... 4
FACTS ABOUT DRY ICE .......... 4
HANDLING .......... 5
GENERAL SAFETY GUIDANCE FOR DRY ICE .......... 6
VENTILATION .......... 7
BURN TREATMENT .......... 7
DISPOSAL .......... 7
DRY ICE REPLENISHMENT .......... 7
CONTENTS AND PACKAGING .......... 8-9
UNPACKING THE THERMAL SHIPPING CONTAINER .......... 10-12
DISCARDING DRY ICE .......... 13
RETURNING THE THERMAL SHIPPING CONTAINER .......... 14-15

# CONNECT WITH US

For general questions, visit **www.cvdvaccine.com** or call the telephone number provided below.

**www.cvdvaccine.com**

**1-877-VAX-C019**

(1-877-829-2619)

**For countries outside of the US, visit www.pfizer.com/products/product-contact-information to see the list of Pfizer's Global Medical Information Numbers**

# GENERAL INFORMATION

This guide details user processes and procedures that must be followed upon receiving the vaccine.

The nature of this vaccine requires it to be kept at extremely low temperatures during shipment. To achieve this, multiple dose vials of the frozen vaccine are shipped in insulated thermal shipping containers containing dry ice. This allows the vaccine to remain frozen at this low temperature.

**For information about specific temperature requirements and ranges to monitor, as well as dry ice safety, storage, and handling, please go to www.cvdvaccine.com.**

# FACTS ABOUT DRY ICE

Dry ice is the frozen form of carbon dioxide. When heated, most frozen solids melt to a liquid form, but dry ice transforms directly into a gas (sublimation). Dry ice sublimates at temperatures at or above -109°F (-78°C).

The main hazards of dry ice include **asphyxiation** and **burns**. Use of dry ice in confined spaces (small rooms or walk-in coolers) and/or poorly ventilated areas can result in depletion of oxygen, causing asphyxiation. Exposed skin should be protected from contact with dry ice. To ensure appropriate controls are in place, **review the enclosed Dry Ice Safety Data Sheet BEFORE accessing the contents from the thermal shipping container and consult with your Occupational Health Department.**

# HANDLING

Use caution when lifting the thermal shipping container, as it may be heavy. Depending on the amount of vaccine ordered, the thermal shipping container will vary in weight. Do not place anything on top of the thermal shipping container. Contact Pfizer Customer Service at 1-877-VAX-CO19 (1-877-829-2619) immediately to communicate any issues.

**Do not open the vial cartons or remove vials until you are ready for thawing or use.** Visit www.cvdvaccine.com for further information.

**You will need to take precautions when preparing to handle dry ice**. Before opening the thermal shipping container, make sure the area in which you are working has proper ventilation. Use of dry ice in confined spaces, such as small rooms, walk-in coolers, and/or poorly ventilated areas, can result in depletion of oxygen, causing asphyxiation. Make sure you are wearing safety goggles or safety glasses with side shields and waterproof insulated gloves when handling dry ice.

To ensure all appropriate safeguards are in place, review the enclosed Dry Ice Safety Data Sheet, and consult with your Occupational Health Department.



*Masks were worn due to pandemic; refer to SDS for dry ice protection.*

**In the event of vial breakage, damage, or leakage, to prevent cuts and exposure to the product, do not handle the vial with bare hands. Wear protective gloves and dispose of the vial pieces in a medical sharps container using forceps, tongs, or other appropriate tools.**

# GENERAL SAFETY GUIDANCE FOR DRY ICE 'CAUTION'



**Do not touch - avoid eye contact**

Use waterproof insulated gloves when removing or adding dry ice to prevent cold burns and frostbite. Avoid contact with face and eyes. Wear safety goggles or safety glasses with side shields.



**Do not eat**

Dry ice is harmful if eaten or swallowed. If ingested, seek immediate medical care.



**Do not store in confined spaces**

Dry ice changes to a gas very rapidly at room temperature, displacing oxygen. Only use dry ice in open or well-ventilated areas.



**Do not place in airtight containers**

Airtight containers may explode as dry ice rapidly expands to a gas when exposed to temperatures above -109°F (-78°C).

# VENTILATION

At room temperature (including most cold storage temperatures), dry ice becomes carbon dioxide gas, which may cause difficulty breathing or suffocation. If dry ice has been in a closed area, trailer, or container, open doors and allow adequate ventilation before entering. **If you feel short of breath or develop a headache, these may be signs that you have inhaled too much carbon dioxide. Leave the area immediately.** Carbon dioxide is heavier than air and accumulates in low, poorly ventilated spaces.

Operational practices for accessing a closed area where dry ice is present should be reviewed and agreed upon with your Occupational Health and Safety officer.

# BURN TREATMENT

Dry ice may cause cold burns to the skin. Use waterproof insulated gloves when handling dry ice. Seek medical care as directed by the Dry Ice Safety Data Sheet.

# DISPOSAL

Once dry ice is no longer needed, open the container and leave it at room temperature in a well-ventilated area. It will readily sublimate from a solid to a gas. DO NOT leave dry ice in an unsecured area. DO NOT place in drain or flush in toilet. DO NOT dispose in trash. DO NOT place in a closed area such as an airtight container or walk-in cooler.

# DRY ICE REPLENISHMENT

The thermal shipping container can be used as a temporary storage device. For dry ice replenishment requirements, dry ice pellet size, and pack-out instructions for replenishing the thermal shipping container with dry ice, see the Thermal Shipping Container Dry Ice Replenishment Instructions on **www.cvdvaccine.com**. Follow the Guidelines for Safe Storage and Handling of Dry Ice.

# CONTENTS AND PACKAGING

There are multiple types of thermal shipping containers and vial carton sizes, all with similar components.

**The example shown below is for illustrative purposes only and may not exactly replicate the thermal shipping container you receive. For actual photography of the various thermal shippers you may receive, please go to www.cvdvaccine.com.**

**Be sure to read all instructions that are included with the thermal shipping container and its components.**



**The thermal shipping container you received may vary in weight and should be opened on the floor, as it may be heavy.**

| Item | Description |
|---|---|
| A DRY ICE POD | *Holds the top layer of dry ice* |
| B VIAL CARTONS | *Each vial carton contains multiple dose vials and may appear different or include additional packaging, depending on the size of your order* |
| C VIAL CARTON COMPARTMENT | *Fixed compartment within the thermal shipping container that holds the vial cartons* |
| D FOAM LID | *Top foam lid that includes an embedded temperature-monitoring device and remains connected to the box* |
| E THERMAL SHIPPING CONTAINER | *Outer box of the thermal shipping container* |

REMOVABLE DRY ICE SDS TO BE STAPLED HERE

**Ensure Authenticity—Help Prevent Counterfeiting:** Ensure the safety of the vaccine vials by limiting access to only authorized personnel. The location they are stored in must be secure and locked when not in use. To prevent counterfeits, discard vaccine vials in sharps containers and empty vial cartons as medical waste or deface or safely crush all materials so they cannot be reused. Remember, the vaccine is only available through government-authorized vaccination centers—such as doctors' offices, authorized pharmacies, outpatient clinics, community vaccination locations, and hospitals. The vaccine can only be administered by licensed healthcare professionals, or other individuals that are approved vaccinators, at government-authorized vaccination sites. Individual doses are not for sale.

# UNPACKING THE THERMAL SHIPPING CONTAINER

## Step Instructions

1 First, break the seal to open the thermal shipping container.



2 When you open the thermal shipping container, **you will see a temperature-monitoring device embedded in the foam lid.**

Take caution when opening the thermal shipping container. Gently open the lid of the thermal shipping container using the cutout in the foam lid.



*The foam lid contains an embedded temperature-monitoring device.*

**3** The temperature-monitoring device continuously tracks the temperature during shipment to document if the frozen vaccine product has been maintained at the required temperature during transport to vaccination centers. **Upon receipt, press and hold the stop button for 5 seconds. Sites are responsible for continuing to monitor the product storage temperature.**

**Information about temperature monitoring can be found at www.cvdvaccine.com.**

**4** Make sure that you are now wearing waterproof insulated gloves and safety goggles or safety glasses with side shields as you prepare to handle layers of the container that have dry ice.

Beneath the foam lid is the dry ice pod, which holds a layer of dry ice to help maintain the temperature of the multiple dose vials.

There will also be dry ice in compartments in the container that surround the box that holds the vial carton compartment.

**If using the thermal shipping container as temporary storage, both of those areas will need to be filled when replenishing the dry ice.**

Using your waterproof insulated gloves, remove the dry ice pod.



5

**You may see a lid for the compartment that holds the vial carton.** If your thermal shipping container comes with a lid for the vial carton compartment, open it to access the vial carton. **Carefully remove the vial carton.** The compartment holding the vial carton is affixed to the inside of the thermal shipping container and should not be removed when accessing or removing the vial carton.

**Remember, do not open the vial cartons or remove vials until you are ready for thawing or use.** Visit www.cvdvaccine.com for further information.



6

Review the Product Safety Data Sheets (available by visiting **https://safetydatasheets.pfizer.com/**).

**You must immediately store the vaccine product, preferably in an ultra-low-temperature (ULT) freezer.**

**If a ULT freezer is not available, the thermal shipping container may be used as <u>temporary</u> storage.** If using the thermal shipping container as temporary storage, it must be opened, inspected, and replenished within 24 hours of receipt. However, there are alternate, temporary storage options available; visit www.cvdvaccine.com.



*Masks were worn due to pandemic.*

**For information about specific temperature requirements and ranges to monitor and temporary storage information, please go to www.cvdvaccine.com.**

# DISCARDING DRY ICE

**After the thermal shipping container is no longer needed to store the vaccine, you can discard the dry ice.** Take necessary precautions by reviewing the Dry Ice Safety Data Sheet, and consult with your Occupational Health Department.

To discard, open the thermal shipping container and leave it at room temperature in a **well-ventilated area**. It will sublimate from a solid to a gas. **DO NOT leave dry ice in an unsecured area. DO NOT place in drain or flush in toilet. DO NOT dispose in trash. DO NOT place in a closed area such as an airtight container or walk-in cooler.**



*Masks were worn due to pandemic; refer to SDS for dry ice protection.*

**In the US, issues with the shipment should be immediately communicated to Pfizer Customer Service at 1-800-666-7248. For countries outside of the US, visit www.pfizer.com/products/product-contact-information to see the list of Pfizer's Global Medical Information Numbers.**

# RETURNING TEMPERATURE-MONITORING DEVICE AND THERMAL SHIPPING CONTAINER

The thermal shipping container may be used as temporary storage for up to 30 days from delivery.

After use, the thermal shipping container, including the temperature-monitoring device, must be returned to the supplier to help Pfizer fulfill its commitment to reusable resources. Do not return vaccine or vaccine vials. Please see instructions below for proper disposal.

When the thermal shipping container is ready to be returned, and all the components are inside, seal it with tape. A preprinted return shipping label will be included inside the thermal shipping container or already adhered to the flap of the thermal shipping container. When coordinating the return of the thermal shipping container, apply the preprinted return shipping label over the existing shipping label. Some thermal shipping containers have a peel-away tape backing under the flaps to seal the container closed. When coordinating the return of that type of thermal shipping container, follow the instructions on the flap of the thermal shipping container to ensure the return label is facing outside. **Contact Controlant if you need assistance with orchestrating a return.**

## Elements Required for Return

- Thermal shipping container and inner components
- Temperature-monitoring device
- Dry ice pod

**Note: Ensure the Dry Ice UN1845 markings and diamond-shaped Class 9 hazard label on the thermal shipping container are covered by placing a blank label over them in preparation for the return, as the container no longer contains dry ice.**




## Possible locations for blank stickers:

Blank sticker labels may be found on the back page of the Shipping and Handling Guidelines.

A label may also be found on the inside flap of the thermal shipping container. This label is to cover both the UN1845 markings and the original shipping label.

**For assistance on returns, you can contact:**

**US number: +1 701-540-4039**

**EU/UK number: +44 161-519-6199**

**pfizer.logistics@controlant.com**

**Place the thermal shipping container at a designated pickup location.**

## Use peel-off stickers to cover UN1845 markings.

Ensure the Dry Ice UN1845 markings and diamond-shaped Class 9 hazard label on the thermal shipping container are covered by placing these blank labels over them, in preparation for the return, as the container no longer contains dry ice.

**White stickers placed here (to be used for returning the thermal shipping container)**

BIONTECH Pfizer

PP-CVV-USA-3199 PAA186714

© 2022 Pfizer Inc. All rights reserved January 2022