# EXHIBIT 21

GUIDE

# Cold Chain Management : A Comprehensive Guide




The pharmaceutical cold chain management sector represents one of the fastest-growing segments in contract development and manufacturing organization (CDMO) services, driven by the explosive growth of temperature-sensitive biologics, vaccines, and advanced therapies. As biopharmaceutical innovation accelerates toward complex modalities requiring ultra-low temperature storage and precision logistics, CDMOs with specialized cold chain capabilities have become indispensable partners in bringing life-saving treatments to patients worldwide.

This comprehensive market report examines the current state and future trajectory of pharmaceutical cold chain management within the CDMO landscape, including market dynamics, manufacturing challenges, regulatory

requirements, and strategic considerations for drug developers seeking specialized cold chain partners.

The global cold chain market for pharmaceuticals, valued at USD 6.4 billion in 2024, is projected to reach USD 6.6 billion in 2025 and USD 9.6 billion by 2025, with a 3.8% CAGR during the forecast period, 2025 to 2035.




*Source- Roots Analysis*

## What is Cold Chain Management?

Cold chain management within pharmaceutical contract manufacturing refers to the comprehensive system of temperature-controlled processes, infrastructure, and logistics that maintain the integrity, safety, and efficacy of temperature-sensitive pharmaceutical products throughout the entire drug development and commercialization lifecycle. This encompasses storage, handling, packaging, transportation, and monitoring of products that require specific temperature ranges—from controlled room temperature (20°C to 25°C) to refrigerated conditions (2°C to 8°C) to cryogenic storage (below 0°C to as low as -150°C or lower).

For CDMOs, cold chain management extends beyond simple refrigeration. It involves:

Integrated Infrastructure: Temperature-controlled manufacturing suites, storage facilities, and quality control laboratories designed to maintain product integrity during development and production processes.

Specialized Equipment: Advanced refrigeration systems, cryogenic freezers, controlled-rate freezers, liquid nitrogen storage, and temperature-mapping capabilities to ensure uniform temperature distribution.

Real-Time Monitoring Systems: IoT-enabled sensors, data loggers, temperature indicators, and remote monitoring platforms that provide continuous surveillance and immediate alerts for temperature excursions.




*Source- Trackobit*

Validated Processes: Scientifically validated procedures for temperature control during all manufacturing operations, including cell culture, purification, formulation, fill-finish, and packaging.

Regulatory Compliance: Adherence to stringent Good Manufacturing Practice (GMP) and Good Distribution Practice (GDP) requirements established by the FDA, EMA, WHO, and other regulatory authorities.

Supply Chain Integration: Seamless coordination with logistics partners to maintain the cold chain from manufacturing facility through distribution to end users, including clinical trial sites or commercial channels.

## How Cold Chain Management Works in CDMO Operations

The pharmaceutical cold chain in a CDMO setting operates as an integrated, end-to-end system that touches every aspect of drug substance and drug product manufacturing:

### 1. Process Development and Tech Transfer

During early-stage development, CDMOs establish critical temperature parameters for each manufacturing step. This includes determining optimal storage temperatures for raw materials, intermediates, and finished products, as well as defining temperature ranges for bioreactor operations, purification steps, and formulation activities. Technology transfer from sponsors requires meticulous documentation of temperature-sensitive operations to ensure manufacturing consistency.

### 2. Manufacturing Operations

Temperature control begins with raw material receipt and extends through every production stage. For biologics manufacturing, this includes maintaining precise temperatures during cell culture (typically 36-37°C), controlled cooling during harvest operations, refrigerated storage of intermediate pools (2-8°C), and cryogenic storage of drug substance (-60°C to -80°C or lower). Fill-finish operations for sterile products require specialized Grade A/B cleanroom environments with precise temperature and humidity control.

### 3. Quality Control and Stability Testing

CDMOs must maintain separate temperature-controlled environments for stability studies, with validated chambers set to ICH stability conditions. Real-time and accelerated stability programs require continuous temperature monitoring with alarm systems and backup power to prevent temperature excursions that could invalidate study data.

**4. Storage and Inventory Management**

≡ 🔍

Finished drug products and clinical trial materials are stored in validated, temperature-controlled warehouses with segregated zones for different temperature requirements. Advanced warehouse management systems track inventory location, temperature history, and expiration dates while maintaining complete chain of custody documentation.

**5. Packaging and Distribution**

CDMOs working with cold chain products must validate thermal packaging solutions to ensure products maintain required temperatures during shipment. This includes qualification of insulated shippers, phase change materials, gel packs, and active temperature-controlled containers. Distribution partnerships with specialized logistics providers using refrigerated containers and vehicles equipped with real-time GPS tracking and temperature monitoring ensure product integrity during transit.

## What Conditions and Therapies Require Cold Chain Management?

The pharmaceutical cold chain serves an expanding array of therapeutic modalities and disease areas:

**Biologics and Biosimilars**

Every third drug approved is a biologic, and more than 85% of biologics require cold chain management. This includes:

- Monoclonal antibodies for oncology, autoimmune diseases, and inflammatory conditions
- Recombinant proteins (insulin, growth factors, clotting factors)
- Biosimilar versions of reference biologics
- Antibody-drug conjugates (ADCs) combining biologics with cytotoxic payloads

**Vaccines**

Vaccines represent one of the most temperature-sensitive pharmaceutical categories, requiring strict cold chain adherence from manufacturing through administration. COVID-19 vaccines highlighted the critical importance of cold chain infrastructure, with mRNA vaccines from Pfizer-BioNTech requiring ultra-cold storage at -60°C to -80°C and Moderna's vaccine stored at -20°C.

Traditional vaccines for diseases including influenza, pneumonia, hepatitis, HPV, and childhood immunizations typically require storage at 2-8°C. The WHO estimates that nearly 50% of vaccines are wasted annually due to improper temperature management, representing billions of dollars in losses and compromised public health outcomes.

**Cell and Gene Therapies**

The global cell and gene therapy CDMO market was valued at USD 6.31 billion in 2024 and is predicted to reach USD 74.03 billion by 2034, expanding at a CAGR of 27.92%. These advanced therapies require the most stringent cold chain management:

- CAR-T cell therapies for hematological cancers require cryogenic storage at -150°C or lower in liquid nitrogen vapor phase
- Gene therapies using viral vectors (AAV, lentivirus) require ultra-cold storage
- Tissue-engineered products and regenerative medicine therapies with living cells

**Peptides and Proteins**

GLP-1 agonists for diabetes and obesity (semaglutide, liraglutide) have created explosive demand for peptide manufacturing and cold chain capabilities. These products typically require refrigerated storage and have generated significant capacity expansion among CDMOs specializing in peptide synthesis and injectable formulations.

**Specialty Pharmaceuticals**

- Insulin and other diabetes medications
- Blood coagulation factors for hemophilia

- Immunoglobulins for immune deficiencies
- Certain antibiotics and antimicrobials
- Ophthalmic medications
- Diagnostic reagents and contrast agents

## Growth Drivers for Cold Chain CDMO Services

### 1. Biologics Pipeline Expansion

Biopharmaceuticals represent over half of the late-stage pipeline, with categories such as GLP-1 agonists for diabetes and obesity, cell and gene therapies for rare diseases, and monoclonal antibody-based cancer therapies shaping demand trajectories. The FDA approved 50 novel drugs in 2024, with a significant proportion being advanced biologics and specialty medicines supported by a 74% first-cycle approval rate.

The rapid expansion of the biologics pipeline has shifted cold chain requirements toward cryogenic storage using liquid nitrogen. More than 85% of biologics require temperature-controlled manufacturing, storage, and distribution, creating sustained demand for specialized CDMO capabilities.

### 2. COVID-19 Pandemic Legacy

The COVID-19 pandemic dramatically accelerated investment in cold chain infrastructure and capabilities. The successful global distribution of billions of doses of mRNA vaccines requiring ultra-cold storage demonstrated both the critical importance and feasibility of large-scale cold chain operations. This experience catalyzed significant capacity expansion and technology adoption that continues to benefit the broader pharmaceutical cold chain sector.

### 3. Precision Medicine and Personalized Therapies

Growth in precision medicine and orphan drugs is boosting the need for flexible, scalable, and customized packaging services from CDMOs. Personalized cell and gene therapies manufactured for individual patients require sophisticated chain-of-custody systems and patient-specific temperature-controlled logistics, driving demand for specialized CDMO services.

**4. Globalization of Clinical Trials**

International clinical trials for novel therapies require global cold chain logistics capabilities. CDMOs must coordinate temperature-controlled shipment of investigational products to trial sites worldwide, maintain stability data across diverse climate zones, and provide real-time visibility to sponsors. This creates demand for CDMOs with integrated global cold chain networks.

**5. Technology Integration**

Advancements in cold chain monitoring technology have revolutionized the industry, with temperature monitoring sensors and devices such as data loggers and indicators enabling real-time monitoring and tracking of products during shipment, increasing overall cold chain efficiency. The monitoring components segment is projected to grow at a CAGR of 22.5% through 2033, driven by the imperative for real-time visibility and compliance in temperature-sensitive logistics.

Integration of Internet of Things (IoT), artificial intelligence, blockchain technology, and automated systems has dramatically improved cold chain reliability, transparency, and efficiency. These technologies enable predictive maintenance, proactive intervention before temperature excursions, and complete traceability throughout the supply chain.

**6. Regulatory Requirements**

Increasingly stringent regulatory requirements from FDA, EMA, and other global health authorities mandate comprehensive temperature monitoring, documentation, and validation throughout the product lifecycle. Serialization requirements and supply chain transparency regulations create additional demand for sophisticated cold chain management systems that CDMOs must implement.

**7. Outsourcing Trends**

Pharmaceutical companies are increasingly outsourcing non-core technologies to experienced CDMOs rather than investing in building in-house production facilities for specialized modalities, driven by the need for access to specialized production facilities, cost considerations, and speed to market. Building cold chain infrastructure requires massive capital investment, specialized expertise, and ongoing operational costs that many innovator companies prefer to outsource.

## Contract Manufacturing Challenges with Cold Chain Products

CDMOs specializing in temperature-sensitive products face unique operational and strategic challenges that require sophisticated capabilities and significant investment:

### 1. Process Development and Technology Transfer

Transferring manufacturing processes for temperature-sensitive products presents heightened complexity. Critical process parameters related to temperature control must be precisely defined, validated, and reproduced at commercial scale. Variables including cooling rates, hold times at specific temperatures, freeze-thaw cycles, and storage conditions can dramatically impact product quality.

CDMOs must invest in process characterization studies to understand temperature sensitivity throughout manufacturing. This includes worst-case scenario testing, accelerated stability studies, and validation of temperature excursion limits. The technology transfer process requires comprehensive documentation of temperature-related critical quality attributes and detailed standard operating procedures for maintaining temperature control.

### 2. Validation and Qualification Requirements

Cold chain equipment and facilities require extensive validation and qualification activities that are both time-consuming and expensive. This includes:

- Installation Qualification (IQ) and Operational Qualification (OQ) for all temperature-controlled equipment

- Performance Qualification (PQ) demonstrating equipment maintains specified temperature ranges under various loading conditions
- Temperature mapping studies for cold rooms, freezers, and refrigerators to identify hot and cold spots
- Validation of temperature monitoring systems and alarm functionality
- Qualification of backup power systems and contingency plans
- Requalification following equipment maintenance or facility modifications

These validation activities require specialized expertise and represent significant non-billable costs for CDMOs that must be recovered through service pricing.

**3. Supply Chain Coordination**

Cold chain manufacturing requires seamless coordination with multiple external partners including raw material suppliers, logistics providers, and distribution partners. Each handoff point represents a potential vulnerability where temperature control could be compromised.

CDMOs must qualify and audit logistics partners to ensure they maintain required capabilities. This includes verifying refrigerated transportation equipment, validated packaging solutions, real-time monitoring capabilities, and contingency procedures for equipment failures or transportation delays. Maintaining this qualified supplier network across global operations creates ongoing overhead costs.

**4. Regulatory Compliance and Documentation**

Regulatory authorities impose stringent requirements for cold chain operations, and CDMOs must maintain comprehensive documentation demonstrating continuous temperature control. This includes:

- Continuous temperature monitoring records with data integrity controls
- Deviation investigations for any temperature excursions, regardless of duration
- Corrective and Preventive Action (CAPA) systems to address root causes
- Change control procedures for modifications to temperature-controlled systems
- Annual product quality reviews analyzing temperature excursion trends

- Validation documentation for all cold chain processes and equipment

The pharmaceutical industry must comply with Good Manufacturing Practices (GMPs) and Good Distribution Practices (GDPs) to ensure product integrity, with strict application of these rules varying by geography and country. Some countries including Germany and Austria have tightened their GDP enforcement, creating additional compliance complexity for CDMOs serving European markets.

### 5. Client Communication and Transparency

Pharmaceutical companies are demanding greater integration and visibility into their CDMO's supply chain operations. Sponsors increasingly expect real-time access to temperature data, rapid communication about any excursions, and detailed stability and handling information. CDMOs must invest in digital platforms providing client portals with temperature monitoring dashboards, shipment tracking, and automated alert systems.

### 6. Business Continuity and Risk Management

Cold chain operations require comprehensive business continuity planning to address multiple potential failure scenarios:

- Backup power systems with redundant generators and uninterruptible power supplies
- Secondary refrigeration equipment to transfer materials during primary system failures
- Disaster recovery plans for natural disasters, facility damage, or equipment catastrophic failure
- Validated emergency procedures for rapid product transfer to alternate facilities
- Insurance programs covering product loss due to temperature excursions

These redundant systems and contingency plans represent significant capital and operational costs but are essential for maintaining client trust and protecting valuable product inventory.

### 7. Cost Management

In the U.S., inflationary input costs associated with consumables and cold chain logistics are increasing operational expenses for CDMOs, forcing them to carefully balance capacity investment and margins while managing operational risks. Energy costs for refrigeration, specialized packaging materials, temperature monitoring systems, and qualified logistics services all contribute to higher cost structures compared to ambient temperature manufacturing.

CDMOs must develop sophisticated cost models that accurately reflect these higher operational costs while remaining competitive in the market. This often requires operational excellence initiatives targeting energy efficiency, automation to reduce labor costs, and optimization of cold chain logistics to minimize waste.

## Advice for Finding the Right CDMO for Cold Chain Products

Selecting an appropriate CDMO partner for temperature-sensitive pharmaceutical products represents a critical decision that can significantly impact development timelines, regulatory success, and commercial launch readiness. The following framework provides guidance for evaluating and selecting cold chain-specialized CDMOs:

### 1. Technical Capabilities and Infrastructure Assessment

**Temperature Range Capabilities**: Verify the CDMO maintains all temperature ranges required for your product throughout its lifecycle. This includes:

- Controlled room temperature (CRT: 20-25°C) capabilities for some stability testing
- Refrigerated storage (2-8°C) for most biologics and vaccines
- Frozen storage (-20°C to -30°C) for longer-term drug substance storage
- Ultra-low temperature storage (-60°C to -80°C) for certain biologics and cell therapies
- Cryogenic storage (below -150°C) in liquid nitrogen for cell and gene therapies

**Facility Design and Equipment**: Evaluate the physical infrastructure including:

- Square footage and capacity of temperature-controlled clean rooms for manufacturing

- Volume capacity of cold storage areas (cubic feet/meters) with current utilization rates
- Quality and age of refrigeration equipment with maintenance records
- Redundancy and backup systems for power, refrigeration, and environmental control
- Temperature mapping and monitoring systems with alarm capabilities
- Environmental monitoring programs including temperature, humidity, and particulate levels

**Manufacturing Scale Capabilities**: Confirm the CDMO can support your product at required scales:

- Laboratory-scale capabilities (milliliters to liters) for process development
- Clinical-scale manufacturing (liters to tens of liters) for Phase I-III trials
- Commercial-scale capacity (hundreds to thousands of liters) for market supply
- Flexibility to scale up or down based on clinical and commercial needs

**2. Regulatory Track Record and Quality Systems**

**Regulatory Approvals and Inspections**: Review the CDMO's regulatory history:

- Current FDA establishment registration and inspection history with Form 483s and warning letters
- EMA registration and inspection records for European markets
- Other international regulatory approvals relevant to your target markets
- Number of successful regulatory submissions and product approvals from the facility
- Experience with your specific product modality and regulatory pathway

**Quality Management System Maturity**: Assess the sophistication of quality systems:

- Quality Manual and standard operating procedures specific to cold chain operations
- Deviation management system with metrics on temperature excursions and investigations

- Change control procedures and their effectiveness in managing cold chain modifications
- CAPA system demonstrating continuous improvement in temperature control
- Risk management approaches for identifying and mitigating cold chain vulnerabilities
- Supplier qualification programs for logistics partners and raw materials

**3. Cold Chain-Specific Expertise**

**Technical Experience**: Evaluate depth of cold chain knowledge:

- Years of experience manufacturing temperature-sensitive products
- Number of cold chain products manufactured and their diversity (vaccines, biologics, cell therapies, etc.)
- Experience with your specific modality, product type, and temperature requirements
- Publications, presentations, or thought leadership in cold chain management
- Staff expertise including number of personnel trained in cold chain operations

**Technology and Innovation**: Assess adoption of advanced cold chain technologies:

- Real-time monitoring systems with IoT integration and data analytics
- Automated temperature control systems with predictive maintenance capabilities
- Digital platforms for client visibility and transparency
- Advanced packaging technologies for clinical and commercial distribution
- Continuous improvement initiatives targeting cold chain optimization

**4. Geographic Footprint and Logistics Network**

**Facility Locations**: Consider geographic distribution of manufacturing sites:

- Proximity to your headquarters or key clinical trial sites
- Regional manufacturing capabilities to serve target commercial markets
- Redundancy across multiple sites to mitigate supply chain risks
- Compliance with local content or manufacturing requirements in key markets

**Logistics Partnerships**: Evaluate integrated cold chain logistics capabilities:

- Qualified partnerships with specialized cold chain logistics providers (DHL, FedEx, UPS, etc.)
- Internal cold chain distribution capabilities including refrigerated warehousing
- Global distribution network capable of maintaining temperature control to all target markets
- Real-time tracking and monitoring systems throughout the supply chain
- Proven track record for on-time delivery with temperature integrity
- Contingency plans for logistics disruptions

### 5. Capacity and Flexibility

**Available Capacity**: Assess capacity to support your program:

- Current capacity utilization and projected availability for your timeline
- Commitment to reserve capacity for your commercial launch
- Capital investment plans for capacity expansion aligned with your growth trajectory
- Flexibility to accommodate demand variability or unexpected growth

**Technology Transfer and Integration**: Evaluate the process for initiating services:

- Structured technology transfer process with defined timelines and milestones
- Experience transferring cold chain processes from sponsors or other CDMOs
- Technical writing capabilities for documentation and regulatory submission support
- Project management approach and communication protocols
- Willingness to work collaboratively and incorporate sponsor input

### 6. Financial Stability and Business Model

**Corporate Structure and Ownership**: Understand the business entity:

- Privately held, publicly traded, or private equity owned
- Financial stability and investment capacity for ongoing infrastructure improvements

- Strategic priorities and commitment to cold chain services
- Cultural fit with your organization's values and working style

**Pricing Structure**: Evaluate commercial terms:

- Transparency in pricing with detailed breakdown of cost components
- Competitive pricing relative to market benchmarks for comparable services
- Flexibility in commercial models (fee-for-service, risk-sharing, capacity reservation, etc.)
- Total cost of ownership including hidden costs like technology transfer, validation, or regulatory support

**Long-Term Partnership Potential**: Consider sustainability of the relationship:

- CDMO's strategic plans and vision for cold chain services
- Willingness to grow and evolve with your program needs
- Cultural alignment and ease of working relationship
- Track record for long-term client relationships and partnership success

### 7. Risk Mitigation and Business Continuity

**Disaster Recovery and Contingency Planning**: Verify robust backup systems:

- Documented business continuity plans specific to cold chain operations
- Backup power generation capacity with regular testing protocols
- Redundant refrigeration systems and emergency response procedures
- Insurance coverage for product loss due to temperature excursions
- Proven ability to respond to and recover from disruptions

**Supply Chain Resilience**: Assess vulnerability to disruptions:

- Diversification of critical raw material suppliers
- Safety stock policies to buffer against supply shortages
- Alternate sourcing strategies for single-source materials
- Geopolitical risk assessment and mitigation plans
- Demonstrated performance during recent global disruptions (COVID-19, natural disasters, etc.)

**8. Technology and Digital Capabilities**

**Monitoring and Tracking Systems**: Evaluate technological sophistication:

- Real-time temperature monitoring with automated alerts
- Data logging systems with secure storage and data integrity controls
- Client portal access for visibility into temperature data and shipment status
- Integration capabilities with sponsor systems for seamless data exchange
- Mobile applications for remote monitoring and alerts

**Data Analytics and Predictive Capabilities**: Assess advanced analytical tools:

- Predictive maintenance systems to prevent equipment failures
- Trend analysis for temperature performance and continuous improvement
- Root cause analysis tools for deviation investigations
- Reporting dashboards with customizable metrics and KPIs

**9. Auditing and Due Diligence Process**

**Pre-selection Evaluation**: Conduct thorough preliminary assessment:

- Request and review quality manuals, facility brochures, and capability statements
- Conduct virtual facility tours focusing on cold chain infrastructure
- Review regulatory inspection history and responses to observations
- Check references from current clients with similar products
- Evaluate financial statements and business stability indicators

**On-site Audit**: Perform comprehensive facility inspection:

- Physical inspection of temperature-controlled manufacturing and storage areas
- Review of temperature mapping studies and validation documentation
- Interview key personnel including quality, operations, and technical staff
- Observation of manufacturing operations and material handling procedures
- Review of monitoring systems, alarm logs, and deviation investigations
- Assessment of training programs and personnel competency

- Evaluation of change control and CAPA effectiveness

**Post-audit Decision Framework**: Develop systematic evaluation criteria:

- Scorecard approach weighting critical factors based on program priorities
- Risk assessment identifying potential vulnerabilities and mitigation plans
- Comparative analysis against other candidate CDMOs
- Internal stakeholder alignment on selection decision
- Development of risk mitigation strategies for identified gaps

**10. Communication and Collaboration**

**Transparency and Responsiveness**: Evaluate communication effectiveness:

- Frequency and quality of routine communication
- Escalation procedures for urgent issues including temperature excursions
- Response time to inquiries and problem-solving approach
- Willingness to share data, documentation, and performance metrics
- Proactive communication of potential issues or changes

**Collaborative Mindset**: Assess partnership orientation:

- Flexibility in accommodating sponsor requirements and preferences
- Openness to process improvements and optimization initiatives
- Willingness to participate in joint problem-solving sessions
- Commitment to knowledge sharing and technology transfer
- Cultural compatibility and interpersonal dynamics with key contacts

## Conclusion

Cold chain management has become a defining competency for pharmaceutical CDMOs as biologics, advanced therapies, and precision medicine dominate the development pipeline. With the pharmaceutical cold chain market projected to reach USD 6.6 billion in 2025 and USD 9.6 billion by 2025, with a 3.8% CAGR during the forecast period, 2025 to 2035, temperature-controlled manufacturing represents a high-growth, strategically critical service offering.

Pharmaceutical companies increasingly prefer outsourcing cold chain operations to specialized CDMOs rather than building internal capabilities, driven by massive capital requirements, operational complexity, and global reach needs. For sponsors developing temperature-sensitive therapeutics, selecting the right CDMO partner through systematic evaluation of technical capabilities, regulatory compliance, and infrastructure will directly impact development timelines and commercial success. As the industry continues its shift toward complex biologics and personalized therapies, CDMOs that master cold chain management will capture disproportionate value in this expanding market.

## Frequently Asked Questions (FAQs)

### What is pharmaceutical cold chain management in CDMO operations?

Pharmaceutical cold chain management encompasses the complete system of temperature-controlled processes, infrastructure, and logistics required to maintain product integrity throughout development, manufacturing, storage, and distribution. This includes specialized facilities, monitoring systems, validated processes, and supply chain coordination to ensure products remain within specified temperature ranges.

### Why is cold chain management critical for biologics and advanced therapies?

More than 85% of biologics require cold chain management because proteins, antibodies, cells, and genetic materials are highly sensitive to temperature variations that can cause degradation, loss of potency, or safety issues. Cell and gene therapies require cryogenic storage at -150°C or below, making cold chain integrity critical for patient safety and therapeutic efficacy.

### What temperature ranges are used in pharmaceutical cold chain management?

Pharmaceutical cold chains operate across multiple ranges: controlled room temperature (20-25°C), refrigerated conditions (2-8°C) for most vaccines and biologics, frozen storage (-20°C to -30°C), ultra-low temperature (-60°C to -80°C) for mRNA vaccines, and cryogenic storage (below -150°C) for cell and gene therapies.

**How do CDMOs monitor temperature throughout the cold chain?**

CDMOs utilize digital thermometers and sensors, data loggers, wireless monitoring systems with automated alerts, IoT devices, GPS tracking, and RFID tags. All monitoring systems require validation and regular calibration to ensure accuracy and regulatory compliance.

**What happens if a temperature excursion occurs?**

Temperature excursions trigger immediate investigation protocols. CDMOs must document the excursion, notify sponsors, conduct product impact assessments, implement corrective actions, and potentially quarantine or destroy affected product. Approximately 4% of cold chain shipments experience temperature deviations.

**What regulatory standards govern pharmaceutical cold chain operations?**

FDA requirements include 21 CFR Part 211 and 21 CFR 205.50. EMA standards include EU Guidelines for Good Distribution Practice (2013/C 343/01). WHO provides Model Guidance for Storage and Transport. USP provides standards through General Chapters <1079>, <659>, and <1118>.

**What are the biggest challenges CDMOs face in cold chain management?**

Key challenges include massive capital requirements, high energy costs, capacity constraints, technology complexity, talent shortages, regulatory compliance across multiple jurisdictions, temperature excursion risks, and cost pressures from sponsors.

**How do I evaluate a CDMO’s cold chain capabilities?**

Assess temperature range capabilities, facility infrastructure, regulatory track record, quality systems, technical experience, logistics partnerships, available capacity, financial stability, risk mitigation plans, technology capabilities, and communication effectiveness through document review and on-site audits.

## Recent Cold Chain CDMO News

Cold Chain Technologies Expands APAC Network with New Hubs and Partnerships (Aug 2025)

Almac Completes Cold Chain Expansion at Craigavon HQ (July 2025)

Aenova to Launch 6,500m³ Cold Chain Facility at Latina Site by 2026 (July 2025)

Cold Chain Technologies Introduces Reusable CCT Tower Elite with Integrated IoT Monitoring (April 2025)

Eutecma and tempmate Partner to Deliver Integrated Cold Chain Solutions (April 2025)

Cold Chain Technologies Acquires Global Cold Chain Solutions (March 2025)

**White Paper [Download]**

Tower Cold Chain Expands Global Reach Following Acquisition by Cold Chain Te

***Do***
***la***




**Why Compliance-Driven CDMOs Win Sponsor Contracts**

RESOURCES




## [DOWNLOAD] Partnerships for an Uncertain World: The CDMO Live Europe 2026 Report




## CDMO Contract Negotiations Timelines Explained




EXCLUSIVE DOWNLOAD

## Target Product Profile (TPP) Explained

**Download the full CDMO Live Report** for 112 pages of insights and best practices in external manufacturing.

**First Name***

**Last Name***

**Job Title***

**Company Name***

Phone number

**Your Business Email***

**Download the Report**

## More Category Guides

Medical Devices CDMO: Contract Services, Market Report & OEM Outsourcing Guide [2026]

**Read More »**

Nutraceutical CDMO Guide: Services, Market Size & How to Choose the Right Partner

**Read More »**

Oligonucleotide CDMO: Manufacturing Services, Market Report & Outsourcing Guide

**Read More »**

Fill and Finish: CDMO Services, Capabilities & Market Guide

**Read More »**

Drug Development Plan Explained: DPP Templates and Examples

**Read More »**

Digital Manufacturing in Pharma: Market Trends, Technologies & Forecast [2025-2030]

**Read More »**

# Welcome to PharmaSource

Join the global community of external manufacturing profes

**Stay ahead** of trends and best practices

**Exclusive downloads** and podcasts

**Get invites** to special events and meetups

**Sign up** for our weekly newsletter

Your business email*

Sign Up

## Follow us

Email Newsletter

LinkedIn

Podcast

© Life Science Networks 2026

## Top Links

CDMO Live

External Manufacturing Leaders

Supplier Directory

Promote Your Company

## Get in touch

About Us

PharmaSource Studio

Content Guidelines

Privacy Policy