# EXHIBIT 22

FORMULATION: 5 Through 11 Years of Age

# Pfizer-BioNTech COVID-19 Vaccine

## Transporting Vaccine for Vaccination Clinics Held at Satellite, Temporary, or Off-Site Locations

### Procedure

Follow storage and handling best practices outlined in CDC's *Vaccine Storage and Handling Toolkit,* COVID-19 Vaccine Addendum (https://www.cdc.gov/vaccines/hcp/admin/storage/toolkit/storage-handling-toolkit.pdf), to maintain the cold chain when packing and transporting vaccine.

Transport Pfizer-BioNTech COVID-19 Vaccine with a temperature monitoring device in a:

- Portable ultra-cold freezer unit
- Portable refrigerator unit
- Container/packout qualified to maintain the recommended temperatures

Upon arrival at the clinic, place vaccine in an on-site storage unit that maintains recommended temperatures, if available. If there is no storage unit available, keep the vaccine in the transport container, maintaining recommended temperatures.

### Best Practices for Transporting mRNA Vaccines

- Protect vaccines as much as possible from drops, shocks, and vibration.
- To minimize movement, transport vials in the carton whenever possible.
- If individual, undiluted vials must be transported:
  - Place vials with padding materials like bubble wrap or similar materials to prevent breaking.
  - Secure storage containers during transport.
  - Keep vaccine vials upright whenever possible.
  - Protect from light.

### Temperature monitoring:

Record time and minimum/maximum temperatures:

- At the start of transport
- Whenever the transport container is opened
- When transport concludes

### General Information

- Transport equal amounts of vaccines, diluents, and ancillary supplies (including vaccination record cards and personal protective equipment).
- **ONLY** unpunctured vials may be transported.
  - Unpunctured vaccine vials may be transported more than once.
- Transport thawed vaccine at refrigerated temperatures.
  - Individual vials or partially filled trays must be transported at refrigerated temperatures.
  - Vaccine stored at refrigerated temperatures should not be refrozen.
- Do **NOT** transport punctured vials or pre-drawn syringes

FORMULATION: 5 Through 11 Years of Age

# Pfizer-BioNTech COVID-19 Vaccine

## Transporting Vaccine for Vaccination Clinics Held at Satellite, Temporary, or Off-Site Locations

| Temperatures and Transport Container | Temperature Monitoring Device | Beyond-Use Time/Date | Additional Considerations |
|---|---|---|---|
| **Ultra-cold transport:** Between -90°C and -60°C (-130°F and -76°F) in a portable ultra-cold freezer or qualified container/packout | Digital data logger (DDL) with a probe designed to measure ultra-cold temperatures | Vaccine may be stored in an ultra-cold freezer until the expiration date. | Only full trays of vaccine may be transported at ultra-cold temperatures. |
| **Refrigerated transport:** Between 2°C and 8°C (36°F and 46°F) in a portable refrigerator or qualified container/packout | DDL with a buffered temperature probe that displays current, minimum, and maximum temperatures | **Unpunctured vials only:** Vaccine may be stored at refrigerated temperatures for up to 10 weeks. Vials may be transported more than once. | Any time used for transport counts against the 10 week time limit for storage at these temperatures. Punctured, mixed vials or predrawn syringes **CANNOT** be transported. |

Resources:

**CDC's Transport Temperature Log**
https://www.cdc.gov/vaccines/covid-19/downloads/transport-temperature-log.pdf

**CDC's Beyond-Use Date (BUD) labels**
https://www.cdc.gov/vaccines/covid-19/info-by-product/pfizer/downloads/bud-tracking-labels.pdf

**USP COVID-19 Vaccine Toolkit: Operational Considerations for Healthcare Practitioners**
https://www.usp.org/covid-19/vaccine-handling-toolkit