# EXHIBIT 23

Import Globals



Home Products ▾ Countries Covered ▾ Solution ▾ Company ▾ REQUEST A DEMO



# Pfizer�S Global Trade In Medicines: A 2025 Outlook






**Oct 10, 2025**

## Pfizer�s Global Trade in Medicines: A 2025 Outlook

Pfizer is still one of the most well-known names in the constantly changing world of international medicines. As per **USA Import Data** by Import Globals, with yearly sales of USD 63.6 billion as of 2024, the American pharmaceut behemoth continued to rank in the top five globally. Pfizer's exports and worldwide presence continue to influence ncare markets in more than 200 countries, despite obstacles including diminishing sales of COVID-related products ierce competition from generics and biosimilars.

Leave a message

Pfizer has a huge production and trading network. The business collaborates with more than 300 outside suppliers and runs more than 35 production facilities across the globe. Based on **Pfizer Import Export Trade Data** by Import Globals, Pfizer is able to generate billions of doses of medications and vaccines every year because to these facilities. These goods are transported across continents to get to patients, pharmacies, and hospitals in almost every nation.

**Pfizer Export Data**

| Year | Pfizer U.S. Pharma Export Estimate | Trends |
|---|---|---|
| 2020 | USD 41.7 B (U.S. pharma export total) & Pfizer being the largest exporter | Pfizer led U.S. exports, contributing a significant share to the USD 41.7 B pharma export total for that year. |
| 2021 | USD 59.1 B U.S. pharma exports; Pfizer led again | Massive surge, largely due to global demand for Comirnaty and Paxlovid. |
| 2022 | USD 90.3 B U.S. pharma exports; Pfizer still leading | Reflects ongoing pandemic and heightened vaccine distribution. |
| 2023 | USD 90.3 B pharma exports (8% YoY growth); Pfizer USD 32 B of that | Pfizer alone supplied USD 32 B in exports. |




The United States continues to be Pfizer's primary market, accounting for roughly 61% of its revenue in 2024, based on **USA Customs Data**. Exports and international alliances, however, accounted for the remaining 39% of sales, with significant markets in Europe, China, Latin America, and developing Asian and African economies.

Remarkably, as per **China Import Trade Analysis** by Import Globals, Pfizer's influence in the Chinese market is expanding quickly, although its direct export share to China only makes up around 4% of its total sales. Pfizer and China's 3SBio inked a USD 6 billion licensing agreement in 2025 to jointly develop and market a new cancer medication. This collaboration follows a broader pattern in which large Western pharmaceutical companies enter Asian markets through joint ventures and licensing to get around tariffs, regional laws, and financial obstacles.

## Supply Chain Resilience & Manufacturing Strength

Pfizer's strong supply network is one of its main advantages in international trading. To ensure resiliency, the corporation has made significant investments in automation, AI-driven logistics, and new manufacturing technology. According to **Pfizer Export Data** by Import Globals, over 146 nations received Pfizer's mRNA vaccine, Comirnaty, during the COVID-19 pandemic, proving the company's capacity to manage extensive exports under extreme time constraints.

**Top 5 Global Pharmaceutical Companies**

| Rank | Company | Pharma Revenue (USD Billion) |
|---|---|---|
| 1 | Johnson & Johnson | 88.8 |
| 2 | Roche | 66.4 |
| 3 | Merck & Co. | 64.2 |
| 4 | Pfizer | 63.6 |

Leave a message




Pfizer kept updating its plants in the United States and abroad in 2024–2025 to reduce the risk of geopolitical unrest and possible trade restrictions based on USA Import Data. To ensure local production of injectables, biologics, and vaccines, the company has expanded its facilities in Michigan, Belgium, Ireland, and Singapore.

There are substantial cost-cutting initiatives associated with this upgrading. By the end of 2025, Pfizer anticipates saving USD 4.5 billion in operating costs, and by 2027, another USD 1.2 billion. To boost exports, these savings are put back into supply chain improvements and research and development.

### Leading Export Drugs

A small number of popular medications and vaccines that continue to fuel demand globally make up the majority of Pfizer's export portfolio. As per **Pfizer Import Trade Statistics** by Import Globals, Eliquis (blood thinner), Comirnaty (COVID-19 vaccine), Paxlovid (COVID-19 antiviral), Vyndaqel (heart disease medication), and Prevnar (pneumonia vaccine) together accounted for almost USD 30 billion of its yearly revenue in 2024.

**Pfizer's Leading Export Drugs**

| Medicine (Brand—Generic) | Global Revenue (USD Billion) | Export Insight |
|---|---|---|
| Eliquis (Apixaban) | 13.5 B | Co-marketed with BMS; highest global revenue, widely exported |
| Prevnar Family | 6.4 B | Leading pneumococcal vaccine; distributed globally |
| Paxlovid (Nirmatrelvir + Ritonavir) | 5.7 B | Oral COVID antiviral still in export; Q4 2024 revenue $0.727 B |
| Vyndaqel Family (Tafamidis) | 5.4 B | Rare disease drug with strong international uptake |

Pfizer's best-selling product, Eliquis, brought in USD 7.3 billion last year. Eliquis, one of the best-selling prescription medications in the world, is co-marketed by the firm with Bristol Myers Squibb worldwide. According to **Pfizer Import Shipment Data** by Import Globals, with sales of USD 6.4 billion, its pneumococcal conjugate vaccine, Prevnar, is the world leader in pneumonia prevention and experienced high demand in both developed and developing nations.

Despite down from pandemic highs, Pfizer's COVID-19 antiviral Paxlovid generated USD 5.7 billion in 2024, which is still noteworthy because many nations store antivirals as a public health measure. Pfizer's entry into specialized rare disease markets is evidenced by the USD 5.4 billion recorded by Vyndaqel, a niche medication for transthyretin amyloid cardiomyopathy.

### Latest Statistics Snapshot

Based on Pfizer's 2024 annual report, Q1 2025 filings, and the most recent industry insights, the table below summarizes the company's recent trade-related statistics.

Leave a message

| | |
|---|---|
| % Revenue from Other Markets | 35% |
| Patients Reached | Over 400 million globally |
| Top Exported Medicine: Eliquis | USD 7.3 billion |
| Top Exported Vaccine: Prevnar | USD 6.4 billion |
| COVID Antiviral: Paxlovid | USD 5.7 billion |
| Rare Disease Drug: Vyndaqel | USD 5.4 billion |
| COVID Vaccine: Comirnaty | USD 5.3 billion |
| Major Licensing Deal (China) | USD 6 billion deal with 3SBio for cancer therapy |
| Cost Savings Target (2025) | USD 4.5 billion |
| Additional Savings by 2027 | USD 1.2 billion |
| Number of Manufacturing Sites | 35+ |
| Export Destinations | Over 200 countries |

## Trends Affecting Pfizer's International Trade

Pfizer's ability to export is based on both its strategic decisions to adjust to changes in the worldwide market and its successful medications. Based on **Pfizer Import Export Trade Analysis** by Import Globals, Pfizer and its counterparts have been forced to localize manufacturing, enter into license agreements, and engage in region-specific R&D collaborations as a result of growing geopolitical tensions and trade obstacles.

Additionally, the business is putting more and more emphasis on digital supply chain solutions. Pfizer uses AI and predictive analytics to monitor temperature-sensitive goods, optimize shipping routes, and modify manufacturing schedules in response to demand signals from global markets.

Furthermore, as per **USA Export Import Global Trade Data** by Import Globals, Pfizer's future export success will also depend on its innovation pipeline because patent cliffs for key blockbuster medications are imminent. It is rapidly growing its research in immunology, vaccines, and oncology, fields that are expected to account for the majority of its exports during the next ten years.

## International Trade, Access, and Public Health

The export network of Pfizer contributes significantly to global health equality. The corporation has pledged to increase access to medications in low- and middle-income nations through differential pricing and licensing initiatives, even though detractors frequently draw attention to price disputes. Actually, according to the Access to Medicine Index, which monitors initiatives to lower the cost of pharmaceuticals in underdeveloped regions, Pfizer routinely places in the top 5 pharmaceutical firms.

For years to come, Pfizer is probably going to be at the forefront of global supply strategies for vaccines and antivirals due to the lessons learned from the COVID-19 pandemic and the increased focus on pandemic preparation.

**What's Up Next**

Pfizer's revenue trend appears to be stabilized as of 2025. According to its forecast, adjusted earnings per share will range from USD 2.80 to USD 3.00, while yearly revenues will continue to fall between USD 61 and USD 64 billion. The company's varied export portfolio and licensing-driven growth in Asia will continue to produce robust trade flows even as COVID-related sales normalize.

Pfizer's efforts in automation, regional production, and digital logistics will be crucial to maintaining its position as a major pharmaceutical company on a worldwide scale as new medications hit the market and robust supply chains are required by global health systems. Import Globals is a leading data provider of **USA Import Export Trade Data**. Subscribe to Import Globals to get more global trade details!

## FAQs

**Que. What is Pfizer's main export product?**

Eliquis, a leading blood thinner, is currently Pfizer's biggest single revenue driver globally.

**Que. How many countries does Pfizer export to?**

**Ans.** Pfizer exports its medicines and vaccines to over 200 countries worldwide.

Leave a message

**Que. Where can you obtain detailed Pfizer Import Export Global Data?**

**Ans.** Visit **www.importglobals.com** or email **info@importglobals.com** for more information on up-to-date data.

## Ask for Free Sample Data and Demo

Name

Email

Phone Number

Company Name

Country

Message

Leave a message

Import Globals



## About Us

About Us

why choose us

FAQs

Clients

Blog

Contact Us

Refund Policy

Payment Options

HS Codes

## Continent

Africa Trade Data

Asia Trade Data

Europe Trade Data

North America Trade Data

Oceania Trade Data

South America Trade Data

## Countries

Turkey Import Data

Turkey Export Data

Vietnam Import Data

Vietnam Export Data

Philippines Import Data

Philippines Export Data

Russia Import Data

Russia Export Data

US Import Data

US Export Data

Bangladesh Import Data

Bangladesh Export Data

Explore More

## Contact Us

**REGISTERED OFFICE**: N-4/19A, DLF Phase-2, Cyber City, Gurugram, Haryana, Pin Code- 122002

+91-9999887320

info@importglobals.com

FOLLOW US ON



© Copyright 2021 Import Globals

Leave a message