# EXHIBIT 24

RFgen Login



# Pfizer Supply Chain Modernization Leading The Way In Healthcare

**Topic Tags:** Pharmaceuticals , Supply Chain

Author *Elias Schoelmann / February 29, 2024. – Article updated on November 3, 2025*

Sh

Login

ensures that medicines navigate the globe to arrive in the hands of patients where and when they need them.

The story of the Pfizer supply chain goes beyond just moving products. Join us as we explore how cutting-edge technology and a dedication to science converge to deliver lifesaving medications around the world.

# Success Relies on Global Scale and Excellence

Pfizer's Global Supply (PGS) network is a testament to its unwavering commitment to healthcare excellence at scale. To ensure its place at the forefront of pharmaceutical manufacturing and supply chain management, Pfizer:

## Operates 58 Manufacturing Sites Worldwide

Spanning continents, these sites are equipped with cutting-edge technology to ensure the production of high-quality medicines. Efficient supply chain technology and manufacturing processes are two major factors that **contributed to over $58.4 billion in revenue** in 2023 alone.

Leveraging diverse locations ensures redundancy and resilience against regional disruptions. Meanwhile, incorporating automation, digital monitoring, and data analytics assist in optimizing production.

## Harnesses Data for Decision-Making

Pfizer uses sophisticated data analytics to streamline its operations and enhance decision-making processes. Real-time insights allow for swift adjustments in production schedules based on demand and supply dynamics.

By using predictive analytics based on past performance, Pfizer can anticipate future challenges a an accordingly.

Login



Get live monitoring with real-time supply chain KPI dashboards

SCHEDUAL A DEM

## Focuses on Quality, Safety, and Value

Every Pfizer product undergoes rigorous quality control measures to ensure patient safety and efficacy. Quality assurance programs help each product adhere to the highest industry standards.

In addition, continuous improvement initiatives help compliance go beyond baseline regulatory requirements, enhancing product value.

# Addressing Supply Chain Challenges with Science

Large supply chains must navigate significant complexity to provide a consistent supply of their products. Fluctuating demand and unforeseen disruptions, such as drug shortages, must be met with a unique blend of science and strategy.

For Pfizer, addressing these challenges reactively isn’t enough. Instead, the business works proactively to address shortages, especially with critical injectable medicines in clinical settings. Real-time supply chain data is key to this approach.

Login



## Proactively Addresses Drug Shortages

Collecting and utilizing comprehensive data is the only way to understand supply chain operations. This is how Pfizer predicts potential shortages before they happen.

In addition, strategic partnerships with key healthcare bodies helps ensure collaboration in developing swift solutions that enable fast supply recovery.

## Maintains Compliance with Extended-Use Dating Support

Extended-Use Dating Support refers to guidelines that allow for the use of products or materials beyond their original expiration date, under certain conditions. Compliance with these guidelines is important for product viability in life sciences and pharmaceuticals.

Login

compliance and safety.

## Invests in Advanced Technology

Pfizer could not achieve its astounding success without technology. By investing in automation technologies for the supply chain, the business enhances efficiency, transparency, production capabilities, and resilience.

Developing these technological capabilities quickly and aggressively enables greater agility in the face of the unexpected, allowing Pfizer to future-proof its supply chain.




## Supports Supply Recovery

Login

Meanwhile, science-based solutions allow Pfizer to leverage its scientific expertise to find innovative solutions for maintaining supply during times of crisis.

## Transformation in the Wake of COVID-19



The COVID-19 pandemic served as a catalyst for major transformation within Pfizer. In a short m[illegible] of time, the Pfizer vaccine became a household name.

Login

The transformation took place due to a sudden unprecedented demand for its vaccine. This necessitated expanding its manufacturing, particularly at its Kalamazoo, Michigan site, where COVID-19 vaccines and treatments were made.

In addition, distribution had to be expanded through global partnerships. Pfizer also adapted its logistics, employing ultra-cold storage solutions for vaccine transportation and direct delivery models to expedite delivery.

# The Next Generation of Manufacturing

Because of the pandemic, Pfizer began to embrace a broader vision for the future of pharmaceutical manufacturing. Innovations developed during this period set new industry benchmarks.

Two of these innovations include the first large-scale lipid nanoparticle (LNP) manufacturing system and advanced shipping containers for ultra-cold vaccines. The LNP manufacturing system enables the production of mRNA vaccines at scale, setting the pace for future lipid-based therapies.

As for ultra-cold shipping solutions, these involve creating shipping containers that double as ultra-cold freezers so that vaccines maintain their integrity during transport. This innovation has proven crucial for expanding vaccine access to the hardest-to-reach areas, such as rural and undeveloped communities.

Originally devised for COVID-19 vaccines, these technological advances are now being applied to a wider range of products, including gene therapies, oncology treatments, and other mRNA medicines.

# Scaling Operations for Resilience

Login

This expansive network has fortified Pfizer's supply resilience, ensuring that essential medicines reach patients without interruption.

To complement its vast supply chain, Pfizer's strategy is to diversify suppliers and establish parallel supply chains to assure resilience.

Engaging a broad network of suppliers minimizes risk by avoiding reliance on a single source for raw materials and components. This way, regional disruptions have greatly reduced impact on supply chain management.

The company also established parallel supply chains in major markets in both the United States and Europe to buffer against localized uncertainty. Stocking these dual supply chains requires thoughtful over-production and strategic stockpiling of critical medicines to prevent unforeseen shortages.

# Innovation in Digital Supply Chain Management

Digital technologies have become integral to Pfizer's **supply chain strategy**. To achieve improvements in service and cycle times, the company focused on enhancing visibility and gaining live insights into operational data through technological means.

These technologies include:

- Digital tool integration for real-time tracking of shipments while ensuring timely delivery and quality control with less than 0.1% production loss.
- **High-quality data collection** for supply chain analytics and predictive planning.
- Cold chain technology for safe delivery of medicines requiring cold and ultra-cold storage.
- IoT devices integrated with cloud analytics platforms to ensure capture of environmental information, temperature, light levels, and more during shipment.

Login

**Login**

Login



Login

Login

# Environmental Responsibility and Community Engagement

Pfizer’s commitment to sustainability and social responsibility is evident in its approach to environmentally efficient manufacturing.

The LEED Platinum-certified facility in Suzhou, China, offers a shining example of green design in pharmaceutical manufacturing. It also reflects a broader commitment to reducing Pfizer’s environmental footprint.

To further reduce its carbon footprint, Pfizer carefully manages waste and water conservation across its operations. Employing energy-efficient technologies and renewable energy resources help drive sustainability initiatives.

These green programs also foster a future where innovation in science and manufacturing thrives.

Login



# A Vision for the Future

As Pfizer continues to navigate the challenges and opportunities of a rapidly evolving global landscape, the company's supply chain stands as a testament to the power of innovation and resilience.

Login

# Your Next Read

### Build Compliance and Operational Resilience Through Automation



Automation, Compliance, Supply Chain

**Read More** >

### How Execution Readiness Strengthens Supply Chain Strategy




Inventory/Warehouse, Supply Chain, Technology

**Read More** >

Login

## Subscribe to our Blog

Stay sharp. Stay informed. Stay ahead.

EMAIL

SUBSCRIBE

## SOLUTIONS

### Problems We Solve

Inventory Management

Warehouse Operations

Manufacturing Execution

Offline Data Capture

Operational Excellence

### By Industry

Manufacturing

Aerospace & Defenses

Login

Government

Life Sciences

Oil & Gas

Mining & Metals

## PRODUCT

Mobile Unity Platform™

MobileEdge™ Suites

SAP

Oracle EBS

Oracle Cloud SCM

Oracle JDE

Deltek Costpoint

Microsoft Dynamics

Secure Label

## COMPANY

About Us

Careers

**Login**

**Privacy Policy**

## RESOURCES

Blog Post

Videos

Infographic

Insight Brief

Product Sheet

Success Story

## LET'S CONNECT

**Division of DataMAX Software Group, Inc.**
1101 Investment Blvd, Suite 250
El Dorado Hills, CA 95762 USA

**RFgen Singapore**
Level 30, #30-01/01
Singapore Land Tower
50 Raffles Place 048623

**RFgen India Private Limited**
12th floor, H- Tower, Commerzone Rd
Silpa Gram Craft Village, HITEC City
Hyderabad, Telangana 500081

**Login**

© 2018-2026 RFgen Software, A Division of the DataMAX Software Group, Inc. All rights reserved.

Terms | Privacy Policy | CA Privacy | Cookies

Twitter LinkedIn YouTube