# EXHIBIT 25

# Pfizer establishes a global control center in Madrid to reduce delivery time for innovative medicines by up to 7 days

- The company is opening its Global Command Center in its Madrid offices, from where it will comprehensively and in real time monitor shipments made in nearly 180 markets worldwide.
- The transformation towards this integrated logistics model is expected to reduce delivery times by between 3 and 7 days and decrease incidents and deviations by 25%.
- The center will optimize operational resilience through automated assessments based on Artificial Intelligence, machine learning, and predictive risk mechanisms.

**Madrid, June 15, 2026 –** Pfizer today announced the opening of its Global Command Center (GCC) Spain in Madrid, a strategic hub that will revolutionize the company's global supply chain management by moving from a multi-entity coordinated delivery model to a fully integrated delivery system. This will help ensure that Pfizer's innovations reach the people who need them most around the world quickly and securely. The op

Cookie Preferences

ceremony was attended by **Carlos Murillo, President of Pfizer Spain** , and **Roger Smith, Vice President of Pfizer's Global Supply Chain (GSC) Global Logistics** .

The Global Command Center is a strategic initiative and a key priority for Pfizer's Global Supply Chain (GSC) organization. Its purpose is to strengthen a resilient, efficient, and patient-centric supply chain through continuous, real-time monitoring of shipments globally.
From this state-of-the-art operations center, critical variables such as temperature, location, end-to-end delivery times, logistical and geopolitical risks, and market intelligence are comprehensively monitored across approximately 180 markets worldwide. This center also plays a vital role in protecting the integrity, visibility, and efficiency of innovative medicines transport, ensuring they reach patients in the right condition and at the right time.

The implementation of the Global Control Center (GCC) represents a significant transformation of the operating model, evolving from a multi-entity delivery scheme to a comprehensive, door-to-door logistics responsibility solution. This approach is expected to reduce end-to-end delivery times by 3 to 7 days, as well as decrease logistical incidents and deviations by 25%.

The center will thus contribute to optimizing working capital and streamlining the management of temperature-related incidents through automated assessments based on artificial intelligence and machine learning. These capabilities, combined with predictive risk mitigation mechanisms, will improve operational resilience and supply chain continuity.

*"The launch of this Global Command Center in Madrid reinforces Pfizer Spain's role as a strategic hub within the company's global organization. It is also a clear recognition of the talent that exists in our country: highly qualified talent, capable of leading complex and high-impact operations on a global scale. This Center not only allows us to attract new international capabilities and professionals, but also to continue driving the development of our local teams, generating growth opportunities and contributing to projecting a clear*

*'Made in Spain' message in innovation, operational excellence, and commitment to patients*," stated Carlos Murillo, President of Pfizer Spain.

According to Roger Smith, Vice President of GSC Global Logistics at Pfizer: *"Across Pfizer's global supply chain, we ship products to more than 180 countries worldwide by air, sea, and road. Our products require highly specialized shipping solutions that allow us to ship vaccines requiring temperatures as low as -70°C or solid oral dosage medications, often at ambient temperatures (15°C–25°C) and all temperatures in between. To ensure the resilience and monitoring of our products, Pfizer has launched the Global Command Center with our largest operational hub based in Madrid. This new capability and team track and monitor our international shipments in real time, leveraging IoT technology and a sophisticated digital ecosystem across all our global service providers*. " Smith adds,

*"This is the latest in a series of new Global Supply Chain roles we have created in Madrid in recent years, leveraging our Pfizer Spain facilities and the excellent talent available to us in Spain."*

The complexity and criticality of this new scope demand seamless and continuous operation to proactively detect and resolve any issues that could affect product quality, availability, or delivery times. To ensure efficient, continuous global coverage, the GCC will operate through three strategically located centers: Collegeville (USA), Chennai (India), and Madrid (Spain). The Madrid center will operate in two shifts to maintain comprehensive 24/7 monitoring and coordination for real-time increment management, interregional synchronization, and to ensure that incidents are addressed immediately, regardless of time zone.

Download press release

Pfizer

Health

Science

Are

Committed

Vademecum

News

Contact us

Employment

Pfizer for professionals (Pfizer pro)

Privacy Policy

Terms of use

AEPD - Farmaindustria Code of Conduct

---

The medical information provided on this website is for educational purposes only and is not intended to replace the opinions, advice, and recommendations of a healthcare professional. Health-related decisions should be made by a healthcare professional, taking into account the patient's unique circumstances. All content published here has been reviewed according to Pfizer's established procedures, which include medical, quality, and, where applicable, legal review.

© Copyright, 1998-2025. Pfizer, SLU. All rights reserved.

Pfizer, SLU Registered in the Madrid Mercantile Registry, Volume 5924, Section 8, Book of Companies O, Folio 103, Page M-96901. Tax Identification Number (NIF) B-28/089225
Avda. Europa, 20-B. La Moraleja Business Park. 28108 Alcobendas. Madrid. Spain. Tel. +34 91 490 99 00

Spain