# EXHIBIT 26

# American Pharmaceutical Innovation and Job Creation



## The United States Biopharmaceutical Industry Leads the World in Medical Innovation

**$83B**
In R&D IN THE U.S.

Biopharmaceutical companies invest approximately $83 billion a year in research and development in the United States.

**4M**
AMERICAN JOBS

More professionals in Science, Technology, Engineering and Mathematics (STEM) than any other industry in America — responsible for 4 million American jobs.

## Pfizer U.S. Based Manufacturing and Supply

**30K**
U.S. BASED PFIZER EMPLOYEES

**10.5K**
U.S. - BASED PFIZER GLOBAL SUPPLY EMPLOYEES

**49K**
DIRECT AND INDIRECT JOBS

Environment, Health & Safety; logistics and supply chain; manufacturing and packaging; production; line operators; process engineers; chemists; and quality control professionals.

Approximately
**5 Billion**
IN U.S. BASED CAPITAL PROJECTS
OVER SEVEAL YEARS.

**11**
PFIZER-OWNED MANUFACTURING AND DISTRIBUTION FACILITIES IN THE U.S.

173 YEAR-OLD
**AMERICAN**
COMPANY

FOUNDED IN BROOKLYN, N.Y.

ESTAB. 1849

*biopharmaceuticals in Perspective, Fall 2020, PhRMA ChartPack

© 2022 Pfizer Inc. All rights reserved.

November 2022

# Pfizer U.S.-Based Manufacturing, Supply and Distribution Sites

The Pfizer manufacturing and supply division focuses on ensuring that all Pfizer products are produced to the highest standards of quality, safety and efficacy and are available when needed.

Pfizer's U.S. manufacturing facilities are in:




1. **McPherson, KS**
   Vaccines, biologics, biosimilars and sterile injectables
2. **Adover, MA**
   Biologics and vaccines; clinical trial development products
3. **Kalamazoo, MI**
   Vaccines, API and sterile injectables
4. **Rochester, MI**
   Penicillin and sterile injectables
5. **Rocky Mount, NC**
   Sterile injectables
6. **Sanford, NC**
   Vaccines; clinical trial development products
7. **Pearl River, NY**
   Biologics; clinical trial development products
8. **Franklin, OH**
   API
9. **Middleton, WI**
   API

A. **Memphis, TN**
   Distribution center

B. **Pleasant Prairie, WI**
   Distribution center

Major office locations are Collegeville, PA; Lake Forest, IL; New York, NY; and Peapack, NJ.

API: Active Pharmaceutical Ingredient

© 2022 Pfizer Inc. All rights reserved. November 2022