# EXHIBIT 28

# Pfizer-BioNTech COVID-19 Vaccine: U.S. Manufacturing and Distribution Fact Sheet

## Overview

Pfizer is a proven, reliable vaccine producer, supplying vaccines to more than 175 countries – even before the COVID-19 pandemic. Pfizer is one of the largest sterile injectables suppliers in the world.

This proven track record gives us the ability to quickly manufacture, distribute, and scale large quantities of the COVID-19 vaccine. Pfizer leverages multiple company-owned sites in the United States and globally with support from our many partners around the world.

Pfizer successfully manufactured more than 3 billion doses of the Pfizer-BioNTech COVID-19 Vaccine in 2021 and, since 2022, has the capacity to manufacture 4 billion doses, pending global demand.




**As of March 2023, more than 4.3 billion doses have reached almost every corner of the world.**

© 2023 Pfizer Inc. All rights reserved. March 2023

Pfizer



# Distribution

- Since before the first authorization was granted, Pfizer has been working on vaccine distribution in collaboration with the U.S. government, including state officials, and we are very grateful for their partnership.
- Our distribution is built on a flexible, just-in-time system that supports shipping of the frozen vials direct to the point of vaccination.
- In the U.S., our distribution is direct from our manufacturing facility in Kalamazoo, Michigan and Pleasant Prairie, Wisconsin as well as from our partnering UPS' sites in Louisville, Kentucky and Columbus, Ohio to the point of use (POU).
- For transportation, we are leveraging both road and air modes with our main carrier partners. Through this approach, we can reach POUs within a day or two in the U.S.
- Logistical plans were developed, and tools implemented to support effective vaccine transport and storage. These innovations were designed purposefully to suit the varying range of locations where vaccinations take place.
- Some of these innovations include the development of temperature-controlled thermal shippers that utilize dry ice to maintain recommended storage temperature as well as a temperature and location tracking through a device.



Pfizer has a
**99.9% success rate**
in getting shippers containing the Pfizer-BioNTech COVID-19 Vaccine to their destination.

© 2023 Pfizer Inc. All rights reserved.

# Storage

Pfizer now provides multiple different sizes of thermal shippers and packs configurations depending on market and regulatory considerations.

New configurations have been introduced to best support evolving customer needs. For example, based on customer needs, Pfizer introduced a new pack configuration which allows end users to order COVID-19 pediatric doses in a 10-vial pack configuration with the ability to order 1 to 10 packs (10 to 100 vials).

Once a POU receives a thermal shipper with the Pfizer-BioNTech COVID-19 Vaccine, there are multiple temperature and freezer options for storing the product, allowing for maximum customer flexibility.

For example, for the Pfizer-BioNTech COVID-19 vaccine for individuals 5 years old through 11 years old has several storage options:

- 18 months in ultra-low-temperature freezers (-90 to -60 degrees C), which are commercially available.
- 30 days in Pfizer Thermal Shipper Container, ensuring the dry ice is accurately replenished.
- The vaccine can also be stored for up to 10 weeks in refrigerated 2-8°C conditions.

**Pfizer is working hard to gather and assess stability data to continue evaluating storage conditions.**

For additional storage and handling information for the Pfizer-BioNTech COVID-19 Vaccine, please see www.cvdvaccine-us.com, which includes Fact Sheets for Vaccination Providers and for Recipients.

**Emergency Use Authorization**

Pfizer-BioNTech COVID-19 Vaccine, Bivalent has not been approved or licensed by FDA, but has been authorized for emergency use by FDA, under an EUA to prevent Coronavirus Disease 2019 (COVID-19) for use in individuals aged 6 months of age and older. The emergency use of this product is only authorized for the duration of the declaration that circumstances exist justifying the authorization of emergency use of the medical product under Section 564(b)(1) of the FD&C Act unless the declaration is terminated or authorization revoked sooner.