# EXHIBIT 29

# Catalogue of Thermal Shipping Containers

This Catalogue of Thermal Shippers features images across three Medium ULT Thermal Shipper suppliers (AeroSafe, Cold Chain Technologies (CCT), and Softbox) and two Single Use Thermal Shipper suppliers (CCT and Sonoco). Each shipper utilizes real-time temperature monitoring capabilities. Markets may receive any one of the following thermal shipping containers.

## Medium ULT Thermal Shippers




**AeroSafe**




**CCT**




**Softbox**

| Item | Description |
|---|---|
| A DRY ICE POD | *Holds the top layer of dry ice* |
| B VIAL CARTONS | *Each vial carton contains multiple dose vials and may appear different or include additional packaging, depending on the size of your order. Additional packaging configurations could include: (i) a colored bag, (ii) a plastic corrugated box, or (iii) 1-5 individual 195-pack cartons, which look like small pizza boxes.* |
| C VIAL CARTON COMPARTMENT | *Fixed compartment within the thermal shipping container that holds the vial cartons* |
| D FOAM LID | *Top foam lid that includes an embedded temperature-monitoring device and remains connected to the box* |
| E THERMAL SHIPPING CONTAINER | *Outer box of the thermal shipping container* |



*(i) colored bag*



*(ii) plastic corrugated box*



*(iii) individual 195-pack carton*

**Please Note:** The above are for illustrative purposes and the product configuration may vary based on manufacturing location and/or market. Additional configurations may be available.

# Catalogue of Thermal Shipping Containers

This Catalogue of Thermal Shippers features images across three Medium ULT Thermal Shipper suppliers (Aerosafe, Cold Chain Technologies (CCT), and Softbox) and two Single Use Thermal Shipper suppliers (CCT and Sonoco). Each shipper utilizes real-time temperature monitoring capabilities. Markets may receive any one of the following thermal shipping containers.

## Single-Use ULT Thermal Shippers




**CCT**




**Sonoco**

**Please Note:** The above are for illustrative purposes and the product configuration may vary based on manufacturing location and/or market. Additional configurations may be available.

| Item | Description |
| --- | --- |
| A TEMPERATURE-MONITORING DEVICE | *The temperature-monitoring device could either be embedded in the foam lid or located in the foam compartment found on the box flap with the Return Kit (G)* |
| B FOAM LID | *Removable top foam lid that may include an embedded temperature-monitoring device* |
| C DRY ICE POD | *Holds the top layer of dry ice* |
| D VIAL CARTONS | *Each vial carton contains multiple dose vials and may appear different, depending on the size of your order* |
| E VIAL CARTON COMPARTMENT | *Area that holds the vial cartons within the Single-Use Thermal Shipping Container* |
| F THERMAL SHIPPING CONTAINER | *Outer box of the Single-Use Thermal Shipping Container* |
| G RETURN KIT FOR THE TEMPERATURE-MONITORING DEVICE | *Kit used to return the temperature-monitoring device* |