# EXHIBIT 31

# COVID-19 Vaccine Storage & Handling

Robert Starszak, Adrienne Whitney, & Brooke Zeringue

Louisiana Department of Health
Office of Public Health
Immunization Program

LOUISIANA DEPARTMENT OF HEALTH

# Louisiana COVID-19 Vaccination Guidelines

- Only individuals that are in the **current phases** can be vaccinated.
- You must **use the vaccine** distributed to you within **14 days** unless it expires sooner than that.
- All vaccine doses administered must be entered into LINKS within **24 hours and inputted as administered**, NOT historical.
- **Second-doses** are **automatically ordered**, matching the first amount of doses given.
- To request additional vaccine, complete the **Vaccine Request Form** found on the COVID-19 Provider webpage. The deadline each week is 8:30 a.m. on Monday.

# Moderna

## COVID-19 Vaccine

# Overview of the Moderna COVID-19 Vaccine

Age indication:

- 18 years or older.

Dose & Route:

- 0.5 mL; intramuscular

Schedule:

- 0, 28 days

Dose Preparation:

- Multi-dose; 10 doses per vial

# Storage & Handling for Moderna COVID-19 Vaccine: Direct from McKesson




- Vaccine will arrive **frozen**
- Larger quantities

# **Receiving** the Moderna COVID-19 vaccine shipment

- Examine the shipment for **signs of damage**.
- Open the box and **remove the TagAlert Temperature Monitor** from the box.
- Check the TagAlert temperature monitoring device by pressing the blue “start and stop” button.
    - Left arrow points to a **green checkmark. The vaccine is ready to use**.
    - Right arrow points to the **red X**. **Do not use!** Call the phone number indicated in the instructions for further guidance.



LOUISIANA DEPARTMENT OF HEALTH



# Moderna: **Returning** EcoFlex Shipping Container

- Remove the top Koolit PCM gel pack(s).
- Remove the vaccine from the inner corrugated box. Transfer the vaccine in a vaccine-storage refrigerator.
- Ensure the inner corrugated box is back in the EcoFlex shipping system. **This will help prevent damage during return.**

LOUISIANA DEPARTMENT OF HEALTH

# Moderna: **Returning** EcoFlex Shipping Container









- Place the top Koolit PCM gel pack(s) back on top. **This will help prevent damage during return.**
- Fold in the original outer flaps. Fold in the remaining flaps with return shipping label exposed, then tape the seam.
- Give it to UPS to return for reuse.

**Please do not return anything in the box (TagAlert, syringes, needles, empty vaccine vials, etc.)**

LOUISIANA DEPARTMENT OF HEALTH

# **Storage & Handling** for Moderna COVID-19 Vaccine: **Morris & Dickson**




- Vaccine will arrive **thawed**
- Smaller Quantities

# **Receiving** the Moderna COVID-19 vaccine shipment

- The Morris & Dickson driver will **verify there were no temperature excursions** during delivery.
- **Remove the vaccine vials** from the shipper, then transfer them to the fridge.

**The driver will take the shipper and digital data logger (DDL) to be reused.**



# Moderna Vaccine Storage | Refrigerated

# 2°C to 8°C

## 36°F to 46°F

## Refrigerator

- Unopened vial: up to 30 days; however, Louisiana guidelines state the vaccine should be administered within 14 days.
- Punctured vial: up to 6 hours | 2°C to 25°C (36°F to 77°F)

## Room Temperature

- Unopened vial: 12 hours | 25°C (77°F)
- Punctured vial: up to 6 hours | 2°C to 25°C (36°F to 77°F)

**Thawed vaccine cannot be refrozen**

LOUISIANA DEPARTMENT OF HEALTH

# Thawing Moderna Vaccine Vials

## Refrigerator 2°C to 8°C (36°F to 46°F)

- 2.5 hours to thaw

## Room Temperature 15°C to 25°C (59°F to 77°F)

- Thaw for 1 hour
- Unopened vials may be kept at room temperature for up to 12 hours.
- Once punctured, use or discard within 6 hours.

**Thawed vaccine cannot be refrozen**

# Pfizer-BioNTech

## COVID-19 Vaccine

LOUISIANA DEPARTMENT OF HEALTH

# Overview of the Pfizer-BioNtech COVID-19 Vaccine

Age indication:

- 16 years or older.

Dose & Route:

- 0.3 mL; intramuscular

Schedule:

- 0, 21 days

Dose Preparation:

- Multi-dose; 5-6 doses per vial | Reconstitute with diluent

LOUISIANA DEPARTMENT OF HEALTH

**Storage & Handling** for Pfizer-BioNTech COVID-19 Vaccine: **Direct from Pfizer**

# Thermal Shipper





- Shipped in thermal shipping container
- Vaccine arrives **frozen**
- Larger quantities

| Softbox Shipper | AeroSafe Shipper | |
| --- | --- | --- |
|  |  | When opening, you will see a temperature-monitoring device embedded in the foam lid. |
|  |  | Upon receipt, press and hold the stop button for 5 seconds. Sites are responsible for continuing to monitor the product storage temperature. |
|  | | Remove the dry ice pod. Remove the box that holds the vial trays from the thermal shipping container in order to access and remove the vial trays. **Remember, do not open the vial trays or remove vials until you are ready for thawing or use.** |

After removing the vial trays, you must immediately **store the vaccine product in the ultra-low-temperature (ULT) freezer.**

LOUISIANA DEPARTMENT OF HEALTH

# Pfizer-BioNTech: **Returning** Real-Time Temperature Monitor and Thermal Shipping Container

- **Remove the remaining dry ice** by leaving it at room temperature in a well-ventilated area. It will change from a solid to a gas.
- Make sure everything to be returned is inside the box, then **tape it shut**. The return label can be found inside the shipper or already adhered to the inner flap of the thermal shipper.
- **Contact the carrier** identified on the return label to arrange the return.

For further instruction, see the **Returning Thermal Shipping Container instructions** included in the shipper.

LOUISIANA DEPARTMENT OF HEALTH

# Pfizer Vaccine Storage | Frozen

# -80°C to -60°C

## -112°F to -76°F

## Ultra-Low Temperature (ULT) Freezer

- Remove vial trays immediately from the shipper, then transfer to the **Ultra-Low Temperature freezer**.
- The vaccine can be stored in the freezer up to 6 months, but Louisiana guidelines state you must use the vaccine within a 2-week timeframe.

## Pfizer Thermal Shipper with Dry Ice

- The vaccine can be stored in the shipper up to two weeks.
- Quickly inspect the vaccine vial trays, then close the shipper. A new shipment of dry ice will arrive within 24 hours. Replace the dry ice in the shipper as soon as you receive the shipment. Replace every 5 days to maintain the desired temperature, for up to 14 days (you will only receive the initial shipment of dry ice).
- Thermal shipper should only be opened twice daily, max 3 minutes each

# Thawing Pfizer-BioNTech Vaccine Vials

## Refrigerator 2°C to 8°C (36°F to 46°F)

- 25-195 vials: 2-3 hours to thaw
- Fewer vials will take less time

## Room Temperature up to 25°C (77°F)

- Thaw between 30 minutes and 2 hours
- Unopened vials may be kept at room temperature for up to 6 hours. Mix with diluent within the first 2 hours.
- Once diluted, use or discard within the 6-hour timeframe.

**Thawed vaccine cannot be refrozen**

LOUISIANA DEPARTMENT OF HEALTH

# Storage & Handling for Pfizer-BioNTech COVID-19 Vaccine: Morris & Dickson



- Vaccine will arrive **refrigerated**.
- Use in 4.5 days (108 hours).

**Thawed vaccine cannot be refrozen**

# **Receiving** the Pfizer-BioNTech COVID-19 vaccine shipment

- The Morris & Dickson driver will **verify there were no temperature excursions** during delivery.
- **Remove the vaccine vials** from the shipper, then transfer them to the fridge.

**The driver will take the shipper and digital data logger (DDL) to be reused.**



LOUISIANA DEPARTMENT OF HEALTH

# Pfizer Vaccine Storage | Refrigerated

## 2°C to 8°C

### 36°F to 46°F

## Refrigerator

- Unopened vial: 4.5 days (108 hours)
- Punctured vial: up to 6 hours | 2°C to 25°C (36°F to 77°F)

**Thawed vaccine cannot be refrozen**

## Room Temperature

- Unopened vial: 2 hours | 25°C (77°F)
- Punctured vial: up to 6 hours | 2°C to 25°C (36°F to 77°F)
  - Must be reconstituted within 2 hours.
  - A punctured vial, must be reconstituted and used within a 6 hour timeframe.

LOUISIANA DEPARTMENT OF HEALTH

# Current Vaccine Loss in Louisiana

| TYPE OF WASTE | NUMBER OF DOSES |
|---|---|
| Spoiled | 411 |
| Expired | 303 |
| Broken Vial | 24 |
| Dilution Error | 10 |
| Broken Syringe | 3 |
| TOTAL | 752 |

LOUISIANA DEPARTMENT OF HEALTH

# Preventing Vaccine Wastage




- Check and record min/max temperatures at the start of the workday.
- Report out-of-range temperatures immediately.

LOUISIANA DEPARTMENT OF HEALTH

# **Preventing** Vaccine Wastage

- Use older vaccine first.
- **Place "DO NOT UNPLUG" stickers** next to electrical outlets and circuit-breaker boxes vaccine-storage units are connected to.



# Preventing Vaccine Wastage

- Maintain a **list of alternative/backup vaccine recipients** in case scheduled recipients are not administered the vaccine.

- Post on vaccine-storage units a **plan detailing vaccine-handling procedures** in the event of an emergency (e.g., power outage, natural disasters), including transfer to a designated alternate vaccine-storage site.

# Questions?