# EXHIBIT 33

# Here's How Pfizer is Using IoT to Support Vaccine Distribution

**07/14/2021**

**Industry News**

Continuing from our discussion on blockchain technology and its application in temperature-controlled pharmaceutical logistics, in order to effectively monitor the temperature of a shipment from source to end user, you need a reliable method of measurement.

This gives a logistics provider two options. You could have human beings record the temperatures inside the shipments at regular intervals. However, not only does this increase the possibility of human error but could also require the shipments to be opened to record the internal temperature – significantly increasing the chances of an excursion.

Far better is to use digital sensors which are connected to the Internet of Things, and which can constantly monitor the temperature inside shipments and feedback to recording software, such as the blockchain solution previously discussed.

This is exactly the solution Pfizer opted for when looking to manage the effective cold chain transport of its critical and highly temperature sensitive COVID-19 vaccine, partnering with IoT innovators Controlant to provide the technology.

“We selected Controlant's innovative technology and platform to track and monitor the Pfizer-BioNTech Covid-19 vaccines during shipment, from origin sites to their arrival at government preferred channel and designated vaccination locations,” said **Tanya Alcorn, Vice President of Pfizer.** “Controlant's reusable, real-time data loggers and visibility and analysis platform integrate Pfizer's existing control tower technologies to help manage temperature proactively, identify and react expeditiously to any events that can impact the supply chain, all while automating quality and logistics processes.”

Pfizer doesn't presently use a blockchain ledger system in its logistics operation, but it would be incredibly beneficial to combine these two technologies for a rock-solid temperature-controlled pharmaceutical supply chain.

« Return to Blog

## Related Posts

FDA issued warning letters after concerns surrounding pharmaceutical supply chains: April news roundup

NICE director issues warning over Wegovy weight loss drug

Sanofi is Granted Breakthrough Therapy Designation for Its Haemophilia A Treatment