# EXHIBIT 36

CENTERS FOR DISEASE CONTROL AND PREVENTION

## CDC Archive

**This page is archived for historical purposes and is no longer being updated.**

This is archived content from the CDC website. The information here may be outdated and links may no longer function. Go to CDC Home for all other recent information.

View in CDC Archive

Go to CDC Archive Home Page

# Pfizer COVID-19 Vaccine Summary

COMIRNATY®and Pfizer-BioNTech COVID-19 Vaccine 2024-2025 Formula

PURPOSE

The following product summary can be used by product providers to prepare orders for fall and winter virus season.

ARCHIVED CONTENT ARCHIVED CONTENT ARCHIVED C

## Presentations and Indications

- **COMIRNATY** (30 mcg/0.3mL glass pre-filled syringe presentation) is indicated for individuals 12 years of age and older.
- **Pfizer-BioNTech COVID-19 Vaccine** is indicated for individuals 5 through 11 years of age (via a 10mcg / 0.3mL single-dose vial presentation) and for individuals 6 months through 4 years of age (via a 3mcg / 0.3mL multi-dose vial (3 doses per vial) presentation).

## Ordering and Return Policy

### Minimum Initial Order

When ordering vaccines directly from the company, there is no minimum initial order requirement.

### Pre-ordering or Reservation Programs

The reservation platform Pfizer Prime is now open for orders of COMIRNATY (2024-25 Formula) and Pfizer-BioNTech COVID-19 Vaccine (2024-25 Formula), **which are pending FDA review and approval or authorization**. A nominal discount is offered to customers that place a reservation. Customers that order directly on Pfizer Prime can contact Pfizer Customer Service at 1-800-666-7248. Customers can also work with their wholesaler for details on placing reservations via the wholesaler, if preferred.

### Return Policy

#### Unopened Vaccine

For the COMIRNATY Vaccine for individuals 12 years of age and older, customers have the option to return up to 30% of their seasonal purchases, though specific terms may apply based on individual contracts.

For Pfizer-BioNTech COVID-19 Vaccine for individuals 6 months through 11 years of age, Pfizer offers a 100% return policy.

### Opened Vaccine

Returns for opened Pfizer-BioNTech COVID-19 Vaccines for individuals 6 months through 4 years of age in multi-dose vials may be partial, depending on the estimated remaining contents of the vial.

For additional questions, please reach out to Pfizer Customer Service at **800-666-7248**.

## Storage Requirements

### Multi-dose and single-dose vials

The multi-dose and single-dose vials must be stored frozen at ultra-cold temperatures (between -90ºC and -60ºC). Once the vials are thawed, the multi-dose and single-dose vials must be stored refrigerated (between 2ºC and 8ºC).

### Glass single-dose pre-filled syringes

The glass single-dose pre-filled syringes for ages 12 and older must be stored refrigerated (between 2ºC and 8ºC); DO NOT FREEZE. The total time out of refrigeration (at temperatures between 8°C and 25°C) must not exceed 12 hours.

## Diluent Type and Volume

1.1 mL of sterile 0.9% Sodium Chloride Injection, USP.

Reconstitution is required only for the Pfizer-BioNTech COVID-19 Vaccine for individuals 6 months through 4 years of age in multi-dose vials.

## Doses

Overview of the COVID-19 vaccination schedule (2024–2025)

## Shelf Life

| Shelf Life | 6 months through 4 years | 5 years through 11 years | 12 and older |
|---|---|---|---|
| **Unopened, frozen vaccine** | Once received, frozen vials may be stored in an ultra-low temperature freezer at -90°C to -60°C until the expiration date printed on the vials and cartons. Do not store vials at -25°C to -15°C. Once vials are thawed, they should not be refrozen. | | DO NOT FREEZE. |
| **Unopened, refrigerated vaccine** | Once received, frozen vials may be immediately transferred to the refrigerator [2°C to 8°C], thawed and stored for up to 10 weeks, not to exceed the expiration date printed on the vial and cartons. If vials and cartons are received at 2°C to 8°C, they should be stored at 2°C to 8°C. Check that the carton has been updated to reflect the 10-week refrigerated expiry date, not to exceed the expiration date printed on the vial and cartons. | | The vaccine may be stored at 2°C to 8°C until the expiration date printed on the carton and syringe labels (not to exceed 8 months). DO NOT FREEZE. |
| **Opened, refrigerated vaccine** | If not previously thawed at 2°C to 8°C, allow multi-dose vials or single dose vials to thaw at room temperature [up to 25°C (77°F)] for 30 minutes.<br>Multi-dose or single dose vials may be stored at room temperature [8°C to 25°C] for a total of 12 hours prior to the first puncture. After dilution, multiple dose vials should be held between 2°C to 25°C. Multi-dose vials should be discarded 12 hours after dilution. | | After removing the tip cap and attaching an appropriate needle, the glass prefilled syringe should be used immediately. If it cannot be used immediately, it must be used within 4 hours. DO NOT FREEZE. |
| **Opened, room temperature** | If not previously thawed at 2°C to 8°C, allow multi-dose vials or single dose vials to thaw at room temperature [up to 25°C (77°F)] for 30 minutes. | | After removing the tip cap and attaching an appropriate needle, the glass |

| Shelf Life | 6 months through 4 years | 5 years through 11 years | 12 and older |
|---|---|---|---|
| **vaccine** | Multi-dose or single dose vials may be stored at room temperature [8°C to 25°C] for a total of 12 hours prior to the first puncture. After dilution, multiple dose vials should be held between 2°C to 25°C. Multi-dose vials should be discarded 12 hours after dilution. | | prefilled syringe should be used immediately. If it cannot be used immediately, it must be used within 4 hours. DO NOT FREEZE. |

## Additional Information

EXPAND ALL +

### Approval or Authorization Date

FDA approved the updated 2024-2025 formula of COMIRNATY on August 22, 2024.

FDA also granted emergency use authorization for the Pfizer-BioNTech COVID-19 Vaccine 2024-2025 Formula on August 22, 2024.

### Estimated Availability Date

**Pfizer-BioNTech COVID-19 Vaccine 2024-2025 Formula**
Early September

**COMIRNATY**
Early September

### Guidance for Temperature Excursions

For multi-dose vials for ages 6 months through 4 years of age and single-dose vials for ages 5 years through 11 years of age shipped at ultra-low temperatures, the shipping container includes a real-time temperature monitor and documentation to inform the provider how to operate the monitor and receive a quality disposition report by e-mail informing them of the viability of the product. If the product is not viable or if the provider has any questions, they should contact Pfizer Customer Service at 800-666-7248.

For glass single-dose pre-filled syringes for ages 12 and older shipped refrigerated (at 2°C to 8°C), the shipping container does not include a temperature monitor. These shippers are qualified to hold a specific temperature for a set period of time. Upon receipt of the shipper, the provider will see a time stamp on the package informing them of the time the product is viable. If the provider does not receive the shipment per that time stamp or if the provider has any questions, they should contact Pfizer Customer Service at **800-666-7248**.

AUG. 28, 2024

SOURCES SHARE

**CONTENT SOURCE:**

CDC Archive

About CDC

Accessibility

Privacy

FOIA

U.S. Department of Health & Human Services

Policies

USA.gov

CDC Website Exit Disclaimer