# EXHIBIT 37

# Shipper and Logger Return Instructions

*Global Markets*

Current, as of September 7th, 2023





STRICTLY CONFIDENTIAL. The information provided constitutes confidential information and business secrets of Pfizer and BioNTech and shall not be disclosed to third parties.
PFIZER CONFIDENTIAL.

# Important Disclaimer

Please Note: The information in this document constitutes confidential information and/or business secrets of BioNTech and Pfizer. The country MOH has executed a Confidential Disclosure Agreement on behalf of itself and its representatives and/or designees to maintain the confidentiality of this information. In addition, the information in this document, including scientific approaches, assumptions regarding potential safety and efficacy, clinical trial and manufacturing plans and timing estimates, are subject to change based on emerging data, regulatory guidance, and technical developments, among other risks. Please note that it is possible that the final preparation and logistical requirements may change in light of forthcoming data on dosing, stability, manufacturing and shipping requirements (current as of 7 September 2023).



STRICTLY CONFIDENTIAL. The information provided constitutes confidential information and business secrets of Pfizer and BioNTech and shall not be disclosed to third parties.
PFIZER CONFIDENTIAL.

# Table of Contents


| | |
|---|---|
| Softbox Shipper and Logger Returns Process | 5 |
| Softbox Additional Details | 13 |
| Relevant to all Vendors | 18 |




STRICTLY CONFIDENTIAL. The information provided constitutes confidential information and business secrets of Pfizer and BioNTech and shall not be disclosed to third parties.
PFIZER CONFIDENTIAL.

# Shipper and Logger Overview

This guidance features detailed instructions for thermal shipper suppliers. Each thermal shipper utilizes temperature monitoring capabilities.




*Softbox*

**Thermal Shipper**




*Controlant SAGA*

**Temperature Monitoring Device**

**NOTE:** Each thermal shipping container only includes one temperature monitoring device, the Controlant SAGA Logger.

STRICTLY CONFIDENTIAL. The information provided constitutes confidential information and business secrets of Pfizer and BioNTech and shall not be disclosed to third parties.
PFIZER CONFIDENTIAL.

# Softbox

## Shipper and Logger Returns Process

STRICTLY CONFIDENTIAL. The information provided constitutes confidential information and business secrets of Pfizer and BioNTech and shall not be disclosed to third parties.
PFIZER CONFIDENTIAL.

Shipper and Logger Return Instructions: Global Markets

# Softbox Thermal Shipper and Logger Return Process Overview

**Shipment Received** → **Prepare Container for Return*** → **Container Picked Up**

**1 Confirm Receipt of Return Label**

Each shipment will include a blank label inside the Thermal Shipper. Shipments performed by an express carrier* will include a return label (airway bill).

**2 Remove all Dry Ice and all Product from Box**

Follow the provided guidelines for handing dry ice safely. Ensure there is NO dry ice or product left inside the box.

See Dry Ice Safe Handling Guidelines

**3 Secure Temperature-Monitoring Device in Box**

Make sure the temperature-monitoring device is put back in place inside the box where it was positioned at delivery.

**4 Seal Boxes with Transparent Tape**

Ensure tape is NOT covering the UN label on the top right of one of the box's sides.

**5 Use Blank Label to Cover Dry Ice Hazard Labels**

Cover Dry Ice UN1845 Markings & Diamond Shaped Class 9 as the box no longer has dry ice, where appropriate.

**6 Apply Preprinted Labels**

Ensure Return Label and Proforma Invoice are applied to the correct locations on the box.

**7 Arrange for Pick Up(s)**

Click on the link in the Controlant email to request a pickup. This email includes the quality report that's necessary for tracking each box.

**8 Container(s) Picked Up**

Box(es) should be readily accessible for the carrier at prearranged time of pickup.

*DHL Express, UPS Small Parcel, FedEx

BIONTECH Pfizer

STRICTLY CONFIDENTIAL. The information provided constitutes confidential information and business secrets of Pfizer and BioNTech and shall not be disclosed to third parties.
PFIZER CONFIDENTIAL.

Shipper and Logger Return Instructions: Global Markets

# Softbox and Logger Return Process

**2** When receiving a shipment, take out the accompanying **documents** (on top, outside the inner cardboard layers) for returning the box and logger and **safely store them.**

- **Return label** will be provided where express carriers are used: DHL Express, UPS Small Parcel or FedEx
- **Blank label** to cover up dry ice UN1845 mark and diamond shaped Class 9 label
- Shipment delivery Email from Controlant

*Example return label UPS Small Parcel*




*Example return label DHL Express*




If you have not received a **shipment delivery email** from Controlant please contact [pfizer.logistics@controlant.com](mailto:pfizer.logistics@controlant.com) to ask for further guidance.

In case of a **missing return label*** download the label directly from the shipment delivery email received from Controlant (additional guidance).




In case of **missing blank label** you can use a blank piece of paper and transparent tape (ideally 2 pieces of paper to make sure the dry ice UN1845 mark and diamond shaped Class 9 label are not visible through paper).

*Only return label needed for shipments via express carrier: DHL Express, UPS Small Parcel or FedEx

Shipper and Logger Return Instructions: Global Markets

# Softbox and Logger Return Process

**2** Remove all **dry ice** (dry ice safe handling guidelines) and all **product** from the box. Box will **NOT** be accepted for return if there is remaining content inside of it.



**3** Make sure the **temperature monitoring device** is put back in place inside the box where it was positioned at delivery. Only return the shipper and logger – **DO NOT RETURN** unused product in the box.





**4** Seal the box with **transparent tape** and ensure the box is properly closed.








**NOTE:** The Thermal Shipper images above are illustrative and may differ based on the manufacturing location and/or market.

STRICTLY CONFIDENTIAL. The information provided constitutes confidential information and business secrets of Pfizer and BioNTech and shall not be disclosed to third parties.
PFIZER CONFIDENTIAL.

Shipper and Logger Return Instructions: Global Markets

# **Softbox** and Logger Return Process

**5** Use the blank label to **cover** the **Dry Ice UN1845 Markings & Diamond Shaped Class 9** as the box no longer contains dry ice (label preparation instructions).




⚠ Make sure all dangerous goods labels (including all carrier dangerous goods labels) are covered.

**6** Ensure the **pre-printed return label** is applied to the correct location on the box. The inbound transport label needs to be fully removed or covered (label preparation instructions).




⚠ ***For non-EU/non-US countries:*** ensure **Proforma Invoice** for customs clearance (PDF received via email from Controlant) is applied to each box (Proforma Invoice).

**Box and logger are ready for pickup**




**NOTE:** The Thermal Shipper images above are illustrative and may differ based on the manufacturing location and/or market.

Shipper and Logger Return Instructions: Global Markets

# Softbox and Logger Return Process

**7** Open the shipment delivery email received from Controlant and click on ‘**Please confirm collection or usage**’ in order to inform Controlant that the box is ready for collection. In the popup screen select ‘**Yes, they are ready to be collected**’. Controlant automatically receives a notification and will arrange the pickup with the carrier.

The **carrier** will reach out to the POU to confirm and schedule the **pickup date and time**.




**8** Pick up of boxes by the carrier. Boxes should be readily available and accessible for the carrier at prearranged time of pickup.



STRICTLY CONFIDENTIAL. The information provided constitutes confidential information and business secrets of Pfizer and BioNTech and shall not be disclosed to third parties.
PFIZER CONFIDENTIAL.

Shipper and Logger Return Instructions: Global Markets

# **Softbox** Used for Temporary Storage

The shippers, in which the vaccine doses arrive in, can also be used as temporary storage units by refilling with dry ice every five days for up to 30 days of storage. If not using the thermal shipping container as temporary storage, please return as soon as possible. **Controlant needs to be informed about any usage of boxes for temporary storage. Use the link in the shipment delivery email to notify Controlant about this.**



# **Softbox** FAQ

**Q: Is it possible to return shippers in bulk?**

**A:** Shippers can be returned in bulk instead of individually. The **pre-printed return labels** need to be attached to each individual box. In case a **proforma invoice** is needed (for non-EU/non-US countries), one invoice for the entire bulk return is sufficient (and will be provided by Controlant). (bulk return packing instructions)

**Q: Who should I contact in case of any questions regarding the pickup process or further support?**

**A:** The single point of contact for any questions is pfizer.logistics@controlant.com.

**Q: What is the expected lead time between my pickup request and a booked pickup?**

**A:** Overall lead time is **3-5 days**. Controlant confirms pickup requests on a **daily** basis with the carriers. The carriers have **48 hours** to reach out to the POU and arrange the actual pickup date and time.



STRICTLY CONFIDENTIAL. The information provided constitutes confidential information and business secrets of Pfizer and BioNTech and shall not be disclosed to third parties.
PFIZER CONFIDENTIAL.

# Softbox Additional Details

- Email Screenshots
- Label Prep
- Bulk Returns

Shipper and Logger Return Instructions: Global Markets

# **Softbox** Email (Sent in local language and English)

## Shipment Quality Report

Attached to this email are the shipment quality reports that show the temperature of your product during transit.

How to read the shipment quality report

## Returning box and logger

Pfizer is proud to use state-of-the-art, **100% reusable packaging and real-time temperature loggers** to protect your products and fulfill our environmental sustainability commitment.

When you have removed all the product, from the box they arrive in, please follow the return instructions included with the box and shown below.

How to return box and logger

## Is the box and logger ready to be collected ?

Please confirm whether the box and the data logger inside are ready to be collected or if you plan to continue to use the box longer.

Please confirm collection or usage

## Have other questions?

Please contact your local Pfizer customer service.

Pfizer customer service information

Pfizer

Please read the following instructions carefully

Your shipment contains box, please make sure that you have received it.

If any of your product in the below containers is not released please make sure to match the IDs with the information below and keep them separate. A follow up email will be sent within the next 48 hours with further instructions.

| Box ID | Logger ID | Product Status | Quality Report |
|---|---|---|---|
| USU0200056900 | CMS 1001217 | Product is released for use | download |




### Have you detected any issues?

Please let us know in case you have detected any issues with your delivery, for example:

- Missing items
- Broken Vials
- Tampering
- etc.

How to inform Pfizer of issues regarding your delivery

### Storing and monitoring your product

**Note: Once you disable the Controlant Temperature Monitor, Pfizer is no longer monitoring the temperature of your product.**

**Your site is registered for an onsite monitoring service that will allow you to track temperature and respond to alerts as long as you storing the product in the dry-ice box the product came in.**

**A follow up email will be sent shortly with further instructions. If you don't plan the store your product in the box you can opt out of on site monitoring once the follow up email is sent.**

**Your vaccines must be stored between -90°C and -60°C.** You can keep the vaccines in their original box for up to 30 days from delivery if you do not have ultra-cold freezers capable of keeping the product in the required temperature range.

Prior to using the product it must be moved to a refrigerator, between 2°C and 8°C, for at least 3 hours.

How on-site temperature monitoring works

### Are you the right person?

You are registered as the responsible person for notifications regarding this shipment.

If you are not the responsible person, **you must forward this message to the relevant person within your organization or follow the below instructions.**

How to inform Pfizer that you are not responsible for this shipment

## Want to return popup link

Controlant

### Are the boxes and loggers ready to be collected

Please confirm whether the boxes and the data loggers inside are ready to be collected by pressing the relevant button below.

Yes, they are ready to be collected

My return label link is not giving access to labels, can you please assist/email me another.

No, I plan to continue to use the box to store my products

Download return shipping labels

Email:

w[redacted]@gmail.com

Phone:

Pickup instructions:

Cancel Submit



STRICTLY CONFIDENTIAL. The information provided constitutes confidential information and business secrets of Pfizer and BioNTech and shall not be disclosed to third parties.
PFIZER CONFIDENTIAL.

Shipper and Logger Return Instructions: Global Markets

# **Softbox** Email (Want to Return Pop-up Link)




**If you choose ready for collection, this is the response page**

Thank you

We will arrange a pickup shortly

Please follow the "How to return box and logger instructions"

**If pdf download of return shipping labels doesn't work**

Thank you

Response has been received

A PDF version of the return shipping label will be emailed to you to print and attach to the box (using normal clear tape is fine)

**If you plan to continue using the box, this is the response page**

Thank you

We will send you a reminder in 7 days

**If you want to download the return shipping labels in pdf**




STRICTLY CONFIDENTIAL. The information provided constitutes confidential information and business secrets of Pfizer and BioNTech and shall not be disclosed to third parties.
PFIZER CONFIDENTIAL.

Shipper and Logger Return Instructions: Global Markets

# **Softbox** Return Process – Label Prep

### A. COVER DRY ICE INDICATORS

Cover the Dry Ice UN1845 markings and diamond-shaped Class 9 hazard label on the thermal shipping container with the blank labels, where appropriate.

### B. APPLY RETURN LABEL

Apply the pre-printed return shipping label over the existing shipping label

### C. PROFORMA INVOICE

Apply the label containing necessary information for customs clearance (proforma invoice)

Controlant will arrange for needed documentation upon pickup request

C. OPEN AREA FOR PROFORMA INVOICE

A. AREA TO BE COVERED WITH BLANK LABELS

B. EXISTING SHIPPING LABEL COVERED WITH PRE-PRINTED RETURN LABEL




**NOTE:** The Thermal Shipper images above are illustrative and may differ based on the manufacturing location and/or market.

STRICTLY CONFIDENTIAL. The information provided constitutes confidential information and business secrets of Pfizer and BioNTech and shall not be disclosed to third parties.
PFIZER CONFIDENTIAL.

# **Softbox** Bulk Return Instructions

## PACKING INSTRUCTION

12 units palletised on EU Pallet (1200x800mm), either shrink-wrapping or banding is acceptable – see attached example photographs and packing instruction for guidance.

Mark all pallets with return address and Controlant RLS ticket number

Please visit the FAQ section within this document for further details on returning shippers in bulk.

### ULT MEDIUM SHIPPER (EU SERVICE CENTRE) EURO PALLET CONFIGURATION



BOXES PER LAYER: 6
LAYERS PER PALLET: 2
BOXES PER PALLET: 12

PALLET SIZE: 1200mm X 800mm
APPROX. HEIGHT: 1265mm
APPROX. WEIGHT: 120kg

ENSURE THAT THE BARCODES ARE VISABLE ON ALL SHIPPERS

**PACKING STEPS**
1. PLACE A CORRUGATED LAYER PAD ON TOP OF THE PALLET
2. PLACE THE SYSTEMS ON TOP OF THE LAYER PAD AS SHOWN
3. PLACE POLY COVER ON TOP
4. MACHINE SHRINK WRAP

| DESCRIPTION | QTY | SKU: |
|---|---|---|
| EURO PALLET | 1 | 110M000001 |
| LAYER PAD | 1 | 113C200016 |
| ULT MEDIUM SHIPPER | 12 | 102F046001 |

### ULT MEDIUM SHIPPER (EU SERVICE CENTRE) EURO DOUBLE STACK PALLET CONFIGURATION




TOTAL BOXES: 24

PALLET SIZE: 1200mm X 800mm
APPROX. HEIGHT: 2545mm
APPROX. WEIGHT: 243kg

**DOUBLE STACKING INSTRUCTIONS**
AFTER LOADING 1 PALLET OF SYSTEMS, PLACE A HEVY DUTY LAYER PAD ON TOP OF IT. THEN CAREFULLY PLACE A SECOND PALLET OF SYSTEMS ON TOP, ENSURE THAT THE LAYER PAD DOES NOT SHIFT DURING THIS.

UNCONTROLLED IF DOWNLOADED PRINTED, COPIED OR EMAILED

Softbox
TEMPERATURE CONTROL PACKAGING SYSTEMS

PI-0869 \ ISSUE 3 \ URS 228 \ 1-C-4-2 \ 19NOV2020

STRICTLY CONFIDENTIAL. The information provided constitutes confidential information and business secrets of Pfizer and BioNTech and shall not be disclosed to third parties.
PFIZER CONFIDENTIAL.

# Relevant to all vendors

Shipper and Logger Return Instructions: Global Markets

# Proforma invoice for customs clearance (outside of US and EU)

**PROCESS**

1. POU requests pickup to Controlant.
2. As part of their process, Controlant populates the proforma invoice based on the pickup request (quantity and EOR).
3. Controlant sends proforma invoice (PDF-file) to the POU.
4. POU sticks proforma invoice to the outside of the shipper (clearly visible for the carrier).




**Exporter on Record:**
PFIZER NORGE AS
[redacted]
0283 OSLO
NORWAY
[redacted]
logistics.norway@Pfizer.com
NO914339901MVA

Exporter on Record for your country, as defined together with the Pfizer Market Lead.

**Proforma Invoice**
Number: UPS
Date: N/A
Your Order Ref: Individual box and logger

Date and reference fields for shipment tracking and reconciliation (Controlant and Carrier).

**Ship From:**
PFIZER NORGE AS
[redacted]
0283 OSLO
NORWAY
[redacted]
logistics.norway@Pfizer.com
NO914339901MVA

Physical pick up location.

| Item/packages | Product Description | County of Origin | HTS | Quantity | Unit of Measure | Gross weight | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 0-02 | Temperature Monitor - Controlant | Iceland | 9025.80.00 | 1 | Each | 0.1 | [redacted] | [redacted] |
| 0-03 | Soft Box | Netherlands | 6815.99.0000 | 1 | Each | 8.5 | | |

Quantity (loggers and shippers) returned.

STRICTLY CONFIDENTIAL. The information provided constitutes confidential information and business secrets of Pfizer and BioNTech and shall not be disclosed to third parties.
PFIZER CONFIDENTIAL.

# Safe Handling Guideline for Dry Ice

## FACTS ABOUT DRY ICE

Dry ice is the frozen form of carbon dioxide. When heated, most frozen solids melt to a liquid form, but dry ice transforms directly into a gas (sublimation). Dry ice sublimes at temperatures at or above -109°F (-80°C). The main hazards of dry ice include **asphyxiation** and **burns**. Use of dry ice in confined spaces (small rooms or walk-in coolers) and/or poorly ventilated areas can result in depletion of oxygen resulting in asphyxiation. Exposed skin should be protected from contact with dry ice. To ensure appropriate controls are in place, **review the enclosed Safety Data Sheet (SDS) and consult with your EHS/Occupational Health department.**

## VENTILATION

At room temperature (including most cold storage temperatures), dry ice becomes carbon dioxide vapor which may cause difficulty breathing or suffocation. If dry ice has been in a closed area, trailer or container for more than 10 minutes, open doors and allow adequate ventilation before entering. Leave area containing dry ice if you start to pant and breath quickly, develop a headache, notice that your fingernails or lips start to turn blue, or experience other symptoms of asphyxiation. These signs can indicate that you have inhaled too much carbon dioxide. Carbon dioxide is heavier than air and accumulates in low, poorly ventilated spaces.

## BURN TREATMENT

Dry ice may cause cold burns to the skin. Seek medical care as directed by the SDS.

## DISPOSAL

Once dry ice is no longer needed, open the container and leave it at room temperature in a well-ventilated area. It will readily sublime from a solid to a gas. DO NOT leave dry ice in an unsecured area. DO NOT place in drain or flush in toilet. DO NOT dispose in trash.

## GENERAL SAFETY GUIDANCE FOR DRY ICE

### DO NOT TOUCH - AVOID EYE CONTACT

Use insulated gloves when removing or adding dry ice to prevent cold burns and frostbite. Avoid contact with face and eyes. Consider wearing safety glasses.

### DO NOT EAT

Dry ice is harmful if eaten or swallowed. If ingested, seek immediate medical care.

### DO NOT STORE IN CONFINED SPACES

Dry ice changes to a vapor very rapidly at room temperature displacing oxygen. Only use dry ice in open or well-ventilated areas.

### DO NOT PLACE IN AIRTIGHT CONTAINERS

Airtight containers may explode as dry ice rapidly expands to a vapor when exposed to temperatures above -109°F (-80°C).

STRICTLY CONFIDENTIAL. The information provided constitutes confidential information and business secrets of Pfizer and BioNTech and shall not be disclosed to third parties.
PFIZER CONFIDENTIAL.