# EXHIBIT 38

TEXAS Health and Human Services

**Receive Updates / Reciba E-mails Gratis**

Enter Email Address / Entre su dirección de e-mail

e.g. name@example.com

Go / Suscríbase

**Share Bulletin**

# COVID-19 Vaccine Provider Weekly News Digest - Nov. 4, 2022

Texas Health and Human Services Commission sent this bulletin at 11/04/2022 02:00 PM CDT / Este e-mail ha sido enviado por Texas Health and Human Services Commission el 11/04/2022 02:00 PM CDT




## COVID-19 Vaccine Provider Weekly News Digest

***November 4, 2022***

***81st Edition***

---

### NEW! Association of Immunization Managers' COVID-19 Updates

- Single dose vials (Pfizer Gray Cap 12+ Bivalent Booster) are expected the week of November 28th after the Thanksgiving holiday. 50 vial (dose) min order quantity, 12 months ULT, 10 weeks in fridge, will come on dry ice.
- 15 million single dose vials have been purchased in total. Rollout will likely be slow at the beginning with 1-2 million doses during initial rollout. Suggestion to prioritize rural populations, providers who are threatening to disenroll because of multidose vials, etc.
- Pfizer is looking to reduce the minimum dose ordering quantity to ~180 doses down from 300 dose minimum for their multidose gray bivalent product.
- Once COVID vaccines are commercialized, the single dose vial packages will NOT include ancillaries. Suggestion to keep and use surplus ancillaries.
- Bivalent boosters for under 5 and under 6 are likely to come after Christmas.
- Moderna is working on a smaller presentation for their bivalent booster <6 (Moderna 2 dose vials <6 bivalent booster) Pfizer has not shared what their packaging for <5 will look like.
- CDC has heard informally that ACIP will talk about bi-valent primary series COVID vaccines in January. This could mean less reliance on shelf-life extensions for primary series.
- As of November 28th, no longer support temporary storage active monitoring through DDLs (Pfizer). Programs can use supplemental funds to buy DDLs etc.
- A lot of monovalent products are dated to expire November 30th. Both Pfizer and Moderna are looking towards shelf-life extensions during the end of 2022-early 2023.

---

### NEW! Holiday Public Vaccine Shipping

**There will be no COVID deliveries 11/23-11/27.**

In order to be sure to have an adequate routine vaccine supply, please note dates when shipments will be held due to the upcoming holidays. Planning for December is vital; due to the carriers having high holiday volume, it is best to submit orders early to ensure you receive your vaccine within a desired time frame. Please ensure your facility has enough storage space as the volume of vaccine vials will be more than previously distributed or held on site.

---

## Save the Dates!

---

**Texas Vaccine Providers Weekly Webinars**

Join the Texas Vaccine Providers Webinars for the latest updates and Live Q&A discussion.

**ANNOUNCEMENTS:**

Webinars will be switching to a biweekly cadence.

- The next COVID-19 Provider Webinar is on: Nov. **8** at 12 p.m. CST – Register here.

Review highlights, recordings, and slide presentations of past webinars by visiting the COVID-19 Vaccine Providers Webinars page.

Missed the last Webinar? Check it out here.

Post Webinar Survey Link

**Provider Puzzles**

**Congrats to last week's winner: Congrats to last week's winner: Marlinda**

**How to play:** Be the first to accurately fill in the Autumn Pairs Clue blank.

***Fall Edition***

**Autumn Pairs Clues**

1. Charlize Theron/Keanu Reeves in "Sweet_"
2. Matt Damon/Robin Williams in "_ Will Hunting"

### NEW! Thermal shippers for temporary storage of COVID-19 vaccines

Starting November 2022, providers can no longer use the Pfizer-BioNTech COVID-19 vaccine medium ULT shippers for temporary storage after receipt. Section 3.1, covering use of thermal shippers for temporary storage of COVID-19 vaccines, has been removed.

On November 24, 2022, Controlant DDLs will no longer be available for continued temporary storage temperature monitoring following the initial delivery of vaccine shipments.

Pfizer-BioNTech COVID-19 vaccine should not be stored in the thermal shipper used for vaccine distribution on the mainland U.S. after transport is complete. All Pfizer-BioNTech COVID-19 vaccine shipments have supporting Controlant DDL for in-transit temperature monitoring purpose only. Upon receipt, providers should press the 'Stop' button to receive their final report. Also, once the vaccine is received, it must be moved to:

- An ultra-cold freezer and maintained between -90°C and -60°C* (until the vaccine's expiration date).
- A refrigerator and maintained between 2°C and 8°C (to be used within 10 weeks).
- Regardless of storage condition, Pfizer-BioNTech vaccines should not be used after 12 months from the date of manufacture printed on the vials and cartons, unless extended by FDA.

*Storage of the Pfizer-BioNTech vials between -96°C to -60°C is not considered an excursion from the recommended storage condition.

---

### REMINDER: Novavax Monovalent COVID-19 Boosters

On October 19, 2022, CDC's Director Dr. Walensky signed a decision memo allowing Novavax monovalent COVID-19 boosters, which target the original COVID-19 strain. This recommendation followed FDA's granting of an emergency use authorization.

Novavax boosters may be used **if** recipients are unable or unwilling to receive a Pfizer or Moderna updated (bivalent) COVID-19 booster **and** they meet the following requirements:

- Are 18 years of age or older
- Have completed a COVID-19 vaccine primary series at least 6 months ago
- Have **not** gotten any other booster dose

Providers carrying Novavax should update their appointment scheduling systems to allow individuals who are unable or unwilling to receive a bivalent booster to select Novavax as a booster if they meet the requirements listed above.

---

### REMINDER: Live Q&A Five

**1. Q: Are the bivalent boosters interchangeable for ages 6 years and older?**

A: https://www.cdc.gov/vaccines/covid-19/images/COVID19-vaccination-schedule-most-people.png
https://www.cdc.gov/vaccines/covid-19/downloads/COVID-19-immunization-schedule-ages-6months-older.pdf

**2. Q: We have a patient that received vaccine from Mexico, 4 doses, can we give them a bivalent booster?**

A: Yes! Follow the guidelines for those vaccinated outside the United States!
https://www.cdc.gov/vaccines/covid-19/clinical-considerations/interim-considerations-us-appendix.html#appendix-b

**3. Q: For the bivalent vaccine Pfizer 5 to 11 years, does the patient has to have the first three to receive the bivalent or the bivalent will count as the third, and how long we need to wait since the previous to receive the bivalent?**

3. Nia Long/ Mekhi Phifer "Soul _"
4. Gael García Bernal/Anthony Gonzalez in "_"
5. Adam Storke and Julia Roberts "Mystic_"

**ANSWER BANK**

A. Coco
B. Pizza
C. Good
D. November
E. Food

Send your responses to Brittany.gant@dshs.texas.gov for your chance to receive a Digital Data Logger for your facility.

**Training/Job Aids**

Access trainings, VAOS job aids, and other relevant information by visiting the COVID-19 Vaccine Management Resources page.

For a full catalog of the current VAOS job aids, please visit the VAOS Training Catalog.

**EUAs/Fact Sheets for COVID-19 Vaccines**

**Pfizer-BioNTech COVID-19 Vaccines**

**Moderna COVID-19 Vaccines**

**Janssen COVID-19 Vaccine**

**Novavax COVID-19 Vaccine, Adjuvanted**

*Fact sheets for health care providers and patients included*

*Report vaccine side effects toll-free at 1-800-822-7967 or online*

A: https://www.cdc.gov/vaccines/covid-19/downloads/COVID-19-immunization-schedule-ages-6months-older.pdf

**4. Q: Do we have new consent form for bivalent vaccine?**

A: https://www.cdc.gov/vaccines/covid-19/downloads/pre-vaccination-screening-form.pdf Emergency use vaccines don't have "consent", but there are new fact sheets and the screening form is the same:

**5. Q: Can you share a link that will provide us the extension dates for the expiration date for the Pfizer vaccine?**

A: https://lotexpiry.cvdvaccine.com/

---

## REMINDER: FDA Authorizes the Bivalent COVID-19 Booster for Younger Age Groups

The FDA now has authorized the bivalent COVID-19 booster vaccines for younger age groups: https://www.fda.gov/news-events/press-announcements/coronavirus-covid-19-update-fda-authorizes-moderna-and-pfizer-biontech-bivalent-covid-19-vaccines?utm_medium=email&utm_source=govdeliver

- **The Pfizer-BioNTech COVID-19 Vaccine, Bivalent is authorized for administration at least two months following completion of primary or booster vaccination in children down to five years of age.**
- **The Moderna COVID-19 Vaccine, Bivalent is authorized for administration at least two months following completion of primary or booster vaccination in children down to six years of age.**

With today's authorization, the monovalent Pfizer COVID-19 Vaccine is no longer authorized as a booster dose for individuals five through 11 years of age. Both the Moderna COVID-19 Vaccine and Pfizer COVID-19 Vaccine continue to be authorized for primary series administration in individuals six months of age and older.

---

This service is provided to you at no charge by the Texas Department of State Health Services.

Visit us on the web at http://www.dshs.texas.gov.

SUBSCRIBER SERVICES:
Manage Preferences | Delete Profile | Help

Powered by
GRANICUS Communications

Privacy Policy | Cookie Statement | Help