# EXHIBIT 41

Subscribe to updates from Michigan Dept of Health & Human Services

Email Address e.g. name@example.com

Subscribe

Share Bulletin

# URGENT Addendum–Provider Information Regarding Use of Controlant On-Site Monitoring for Pfizer Vaccine

Michigan Dept of Health & Human Services sent this bulletin at 11/23/2022 04:43 PM EST

*This message was sent to AIM, FAB, Health Systems, INE, IAP, LHD Health Officers, LHD Medical Directors, MACI, MACI 2, PH Imms Leads, MCIR Region Contacts, COVID-19 Vaccine Providers, and Imms All Staff. I apologize for any duplications.*

*Addendum*

Dear Immunization Partners,

Due to questions regarding the email that was sent on 11-22-22 (see attachment), referencing the Controlant on-site monitoring for Pfizer vaccine, we reached out to Pfizer with your questions and concerns for more information. We are sending Pfizer's guidance on how to upload temperature data and who and how to contact if you have further questions.

**Who is Affected:** All sites that have used Onsite Monitoring provided by Controlant since the start of the Pfizer COVID-19 distribution.

**What There is To Do:** Verify that all temperature reports for all vaccines received is downloaded and stored correctly as the Onsite Monitoring feature will be discontinued on November 25, 2022. Temperature data will be available until November 28, 2022, for download.

**If Help is Needed:** For assistance reach out to support@controlant.com or Onsitemonitoring@controlant.com.

If you are one of the sites using Controlant as your on-site monitoring device we are including instructions for the manual upload process. You will now be required to use a digital data logger (DDL) for monitoring the temperatures of your vaccine storage units (see attachment).

The Saga logger collects data during the active shipment period and sends them automatically to the Controlant cloud enabled SCM platform. When a lack of signal or battery level prevents the device from connecting to the Controlant cloud, it is necessary to recover this data to verify product stability.

Many times, it is still possible to "wake-up" the logger enough for it to transmit this data to the cloud, however other times it is necessary to upload the data manually to a computer.

In both cases, a manual data upload would be the best and fastest way to verify this product's quality status. Please take the logger device to an area with strong cellular reception and press the stop button a few times. If the logger arrives with the battery depleted, please charge the battery before doing so. Then, if able, please complete a manual download by following these steps:

1. Type https://upload.controlant.com (Note: Do not include www. Do include https:// in the URL) Data Upload (controlant.com)
2. Connect the device to a computer via the USB cable on the back of the device and find the Controlant external unit. The unit name (D:) might vary on different computers.
3. Find the file DATA.BIN and drag it to the Controlant website. Drop the file, as per instructions.
4. Once you have loaded the file successfully, you will receive a message confirming the action.
5. Eject the Controlant device and inform your direct Controlant contact (Customer Success team or support@controlant.com) that the data has been successfully uploaded to the platform.
6. If the upload of the data is not successful, the SCM platform displays an error message on the page. Please contact support@controlant.com if you require further assistance, stating your location country and Saga logger ID number.

We hope this helps to address any questions you may have. If you have further questions or concerns, please contact us at checcimms@michigan.gov or the manufacturer, Controlant.

- Provider Information Regarding Use of Controlant On-Site Monitoring for Pfizer Vaccine 11.22.2022.pdf

Thank you,
MDHHS Division of Immunization

Powered by
GRANICUS
Communications

Privacy Policy | Cookie Statement | Help