# EXHIBIT 43

Subscribe to updates from County of Los A

Email Address e.g. name@examp

Subscribe

Share Bulletin

# Weekly Vaccine Update and Order Reminder 4/29

County of Los Angeles, California sent this bulletin at 04/29/2022 03:46 PM PDT

Weekly Vaccine Update and Order Reminder 4/29

## Vaccine Updates and Reminders

- Please place all orders in myCAvax on or before the Monday 5/2 5pm deadline. Refer to CDPH's Ordering and Delivery Cadence **here.**
- A vaccine comparison guide can be found **here**.
- COVID-19 Timing by age guide can be found **here**.
- Updated COVID-19 Second dose timing job aid can be found **here**.
- Make sure to report your inventory to **VaccineFinder** before you place your order.
  - Beginning May 1st, you must report your inventory weekly by 5pm on Fridays.
- **Orders submitted in myCAvax with outdated VaccineFinder inventory information WILL NOT be approved.**

## CDPH/DHCS Webinar: Billing and Reimbursement

For those who were unable to join the CDPH/DHCS webinar held today to cover important COVID-19 billing and reimbursement issues, you can access the slides and webinar recording on the EZIZ.org/COVID website.

As a reminder, you cannot charge any out-of-pocket costs for COVID-19 vaccine. Please look for an important email sent 4/27/22 from the County of Los Angeles with details about this issue.

## Planning for Under 5 Vaccinations

Please join CDPH for a Planning for Under 5 Vaccinations Webinar. Content will include current information about Under 5 COVID-19 vaccines, clinical updates, storage & handling, and job aids, resources, and trainings.

May 9, 2PM-3PM **Register here**.

May 10, 5:30PM-6:30PM **Register here**.

## Pfizer Trainings

- Pfizer medical updates and trainings through May 2022 can be found **here**

## Shelf-Life Extensions

- Both Janssen (J&J) and Pfizer have received a shelf-life extension
- J&J's extension has been updated from 6 months to 9 months. This shelf-life extension applies to all **inventory dated to expire on March 7, 2022 or later**. Vaccine dated prior to March 7, 2022 should be disposed of according to state and local regulation and reported as waste according to the COVID-19 provider agreement.
  - Check new expiry date: Janssen COVID-19 Vaccine Expiry Checker (vaxcheck.jnj)
  - A link to the CDPH job aid can be found **here**.
- Pfizer's shelf-life extension gives the vaccine 12 months of total storage in ultracold.
  - Applies to the Pfizer Tris-sucrose (12+ years, **gray cap** and 5-11 years, **orange cap**) formulations.
  - Extension is 9 to 12 months. For example: if you printed manufacturing date is 06/2021 your 12-month expiry date will be May 31st 2022.
  - Check expiration dates in the Emergency Use Authorizations (EUAs)
    - Fact Sheet for Healthcare Providers Administering Vaccine EUA of Pfizer-BioNTech COVID-19 Vaccine for 12 and older gray cap DO NOT DILUTE (fda.gov)
    - Fact Sheet for Healthcare Providers Administering Pfizer-BioNTech COVID-19 Vaccine for 5 through 11 years orange cap DILUTE (fda.gov)

## Moderna Shipper Returns

- Effective 4/29/22, providers will no longer receive UPS return labels for medium and large frozen shipping containers. UPS return labels will continue to be provided for small shipping containers, which represent more than 98% of all Moderna shipments, so that these containers may be returned and refurbished.
- Please dispose of any medium or large frozen shipping containers and packing materials as you would any other waste. Providers are encouraged to recycle the cardboard components of their medium and large frozen shipping containers through their local recycling program.

## SAGA Digital Data Logger Issues

**Quality Reporting**

- Once you open your shipper, press and hold the stop button on the logger for five seconds to stop temperature monitoring. A Quality Report should be provided via email within 1-3 hours. Do not use the vaccine within this shipper until you receive the quality report from Controlant advising on further use.

**Manual Upload Instructions**

- If the temperature monitoring device is unable to connect with the cell network, please follow the steps below. These steps allow Points of Use (POUs) to ensure proper data connection through a manual data upload using your local internet network. The manual data process steps are the same for both Controlant 10.01 and/or Controlant SAGA loggers.
  - **Step 1.**
    - Connect the temperature monitoring device to a computer that has access to your local network using the USB cable provided with the temperature monitoring device. Manually upload the temperature monitoring data onto the computer.
  - **Step 2.**
    - The data file will upload onto the computer in the form of a *.bin file*. Once you have located the .bin file on your computer, please manually upload this file to https://upload.controlant.com. Manually uploading the data to this website allows the data from the temperature monitoring device to reach the Pfizer Control Tower which helps to ensure supply chain visibility.

- **Step 3.**
  - Once the data is received at the Control Tower, a quality disposition report is created which documents quality considerations and identifies any suspected nonconforming items.
- A full set of instructions and troubleshooting information can be found on the Pfizer website at Receiving your single-use Controlant shipment – Pfizer.

## *Ancillary Kits*

- You can opt-out of ancillary kits for Moderna, Janssen, and now **Gray Cap Adult Pfizer**
- You CANNOT opt-out of ancillary kits for standard orders of **Orange Cap Pediatric Pfizer** (5-11 years old) due to diluent
- For small orders of **Orange Cap,** you can leave a note in the comments section to opt-out of ancillary kits
- Supplies cannot be sent back to McKesson
- Supplies can be used elsewhere in your clinic for non-COVID vaccine activities
- Supplies can be given to another provider
  - There is a national shortage of normal saline so other providers may want your excess Pfizer diluent if you no longer have the corresponding vaccine!
- Vaccine cards can be shredded if you have a large excess supply and don't foresee being able to use them for lost cards or future vaccinations
- If you have excess ancillary kits or need additional ancillary kits, please contact our LA DPH COVID Vaccine Call Center at:
  - 833-505-0761
  - COVIDVaccineReq@ph.lacounty.gov

## *LACDPH Provider Office Hours Information*

Microsoft Teams meeting

**Join on your computer or mobile app**

Click here to join the meeting

**Or call in (audio only)**

+1 323-776-6996,,350547595# United States, Los Angeles

Phone Conference ID: 350 547 595#

Find a local number | Reset PIN

Learn More | Meeting options

## *FDA Announcement*

Update: FDA Announces Tentative Advisory Committee Meeting Schedule Regarding COVID- 19 Vaccines a link can be found **here**.

## *COVID-19 Therapeutics Links*

**Best resources for up-to-date information on COVID-19 Therapeutics:**

- Therapeutics Locator (HHS): COVID-19 Therapeutics Locator (arcgis.com)
- NIH Treatment Guidelines: COVID-19 Treatment Guidelines (nih.gov)
- ASPR/HHS website: COVID-19 Therapeutics | HHS/ASPR
- Side-by-side comparison table for specific drugs: Side-by-Side Overview of Outpatient Therapies Authorized for Treatment of Mild-Moderate COVID-19 (hhs.gov)
- CDPH COVID-19 Treatments site (information for patients and providers): COVID-19 Treatments (ca.gov)
- Healthcare Provider Fact Sheets: Paxlovid, Sotrovimab, Bebtelovimab, Remdesivir (here for patients <12 years of age), Molnupiravir, and Evusheld
- LA County Department of Public Health Therapeutics Page
- LAHAN: 3/2/2022 click **here**

For more information, please contact your MHOAC

## *LAHAN: Los Angeles County Health Alert Network*

LAHAN: Los Angeles County Health Alert Network latest messaging on the CDC Health Advisory:

Updated Information on Availability and Use of Treatments for Outpatients with Mild to Moderate COVID-19 Who are at Increased Risk for Severe Outcomes of COVID-19 can be found **here**.

---

Update your subscriptions, modify your password or email address, or stop subscriptions at any time on your Subscriber Preferences Page. You will need to use your email address to log in. If you have questions or problems with the subscription service, please visit subscriberhelp.govdelivery.com.

This service is provided to you at no charge by County of Los Angeles.

Powered by
GRANICUS Communications

Privacy Policy | Cookie Statement | Help