# EXHIBIT 44

# Controlant Acquires Business Intelligence Solution, BI Manager, Adds VP of Data

Controlant

NEWS PROVIDED BY
**Controlant →**
Mar 15, 2021, 07:00 ET

REYKJAVIK, Iceland and SAN FRANCISCO, March 15, 2021 /PRNewswire/ -- Controlant, the leading provider of sustainable, real-time Digital Supply Chain visibility and Cold Chain solutions for the Pharmaceuticals & Life Sciences and Food & Beverage industries, has acquired BI Manager, and its product business units, from Icelandic business intelligence solutions provider Intenta. As part of the acquisition, Intenta's Co-founder and Chief Technology Officer, Bjarki Elias Kristjansson, will join Controlant as Vice President of Data. The financial terms of the acquisition will not be disclosed.

"The BI Manager product will further enhance Controlant's Cold Chain as a Service® Digital Visibility Platform and fits squarely with our objectives to provide our growing portfolio of customers with the data and communications tools they need to make proactive and responsive decisions about their logistics and supply chain strategies," said Gisli Herjolfsson, CEO and Co-founder of Controlant.

"Analytics and automation are key elements of our solution, in addition to our extensive platform integration service, which enable enterprises to aggregate data efficiently," said Erlingur Brynjolfsson, CTO and co-founder of Controlant. "We are excited to add the BI Manager technology and the team's expertise in this area to further enhance our business intelligence portfolio and R&D initiatives."

"The team and tools we built at Intenta have proven beneficial to the modernization of the Supply Chain and Cold Chain industry, as demonstrated through our work with Controlant leading up to its acquisition of BI Manager. Through Controlant's acquisition of BI Manager, my team and I are better positioned to expedite innovation and adoption of Business Intelligence tools within Pharma & Life Sciences and Food & Beverage," said Bjarki Kristjansson, former CTO and Co-founder of Intenta and new Vice President of Data at Controlant.

Controlant's real-time and reusable IoT data loggers travel with products from the manufacturer through last mile delivery, including vaccines, pharmaceuticals, food, beverages, beauty and toiletry products, sending data into Controlant's cloud-enabled software control tower platform. Data feeds into a data lake, where powerful business intelligence insights can be gleaned, including "what-if" scenarios, and other predictive reporting, to increase supply chain responsiveness, resiliency, and agility, while fueling broader decision-making regarding selection of suppliers, carriers, packaging, and external points and ports of interest such as airports, harbors, and customs/border preferences. Importantly, visibility and actionable insights also significantly reduce product loss and supply chain waste, increasing an organization's sustainability.

Controlant's current work with Pfizer, globally, as well as, the US Department of Health and Human Services and other Operation Warp Speed stakeholders including state and local governments, in the distribution and storage of COVID-19 vaccines, serves as a tangible model for Controlant's other work with global pharmaceutical manufacturers, logistics providers, and food & beverage brands across 115 countries. Controlant's rapid implementation of a technology-driven Cold Chain Control Tower along with Pfizer and USG stakeholders, accelerated the adoption of real-time technologies in the Pharma & Life Sciences supply chain, and serves as a case study for near-future implementation of such technologies in direct-to-patient and consumer models, including clinical trials and last-mile delivery.

To learn more and get news updates about **Controlant**, follow us on Twitter **@controlant** and LinkedIn **in/controlant**.

**About Controlant**

Controlant is a leader in real-time supply chain monitoring and visibility for heavily regulated industries, such as pharmaceuticals & life sciences and food & beverage sectors. Controlant's mission is to deliver value across the end-to-end supply chain by dramatically increasing the visibility of product flow and quality while minimizing waste and increasing responsiveness through a completely new category of automated Cold Chain as a Service® solutions. Using Controlant's IoT, cloud-enabled advanced analytics, API connectivity, and cost-reducing operational services, customers are achieving an annualized ROI and, in many cases, millions of dollars in savings, reducing material losses, and enhancing the reliability of their operations. Controlant is empowering Fortune 500 and world-leading enterprises, as well as their supply chain stakeholders, to achieve greater efficiency by automating their business processes and optimizing communication through technology.

Contact:

Jessie VanderVeen

Chief Marketing Officer
jessie@controlant.com
+354 690 5192

SOURCE Controlant

Related Links

https://controlant.com

