AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-08691**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Pfizer Inc. c/o C T Corporation System**
was received by me on **10/08/2026:**

- [X] I personally served the **SUMMONS; COMPLAINT; CIVIL COVER SHEET; EXHIBITS; RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF WEARNE DIGITAL PTE LTD** on the individual at **28 Liberty St, New York, NY 10005** on **10/08/2026 at 12:00 PM**; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or
- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or
- [ ] I returned the summons unexecuted because ; or
- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 112.00** for services, for a total of **$ 112.00**.

I declare under penalty of perjury that this information is true.

Date: 10/08/2026

*Server's signature*

**Stephen Theus**

*Printed name and title*

**26 Court Street**
**Suite 1812**
**BROOKLYN, NY 11242**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; CIVIL COVER SHEET; EXHIBITS; RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF WEARNE DIGITAL PTE LTD, to Vincenza Cipriano, Intake Specialist who identified themselves as the person authorized to accept. The individual appeared to be a black-haired Middle Eastern female contact 45-55 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**

Tracking #: **0245377961**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Wearne Digital PTE LTD

*Plaintiff(s)*

v.

Pfizer Inc.

*Defendant(s)*

Civil Action No. 1:26-cv-08691

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pfizer Inc.
C T Corporation System
28 Liberty St., New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Francisco Villegas
Damir Cefo
Kristin Whidby
Villegas & Cefo, LLP
1350 Avenue of the Americas, FL 2
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/02/2026

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

Tammi M. Hellwig

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-08691

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❐ I personally served the summons on the individual at *(place)* ______________________
______________________________ on *(date)* ______________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❐ I returned the summons unexecuted because ______________________________ ; or

❐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc: